**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY **16** 2023

TAMMY H. DOWNS, CLERK

By:_____ **DEP CLERK**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CENTRAL WIRE, INC.,**

     **Plaintiff,**

v.

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA,**

     **Defendant.**

Civil Action No. _2:23-cv-117-BSM_

**JURY DEMAND**

This case assigned to District Judge _Miller_

and to Magistrate Judge _Kearney_

## COMPLAINT

COMES NOW the Plaintiff, Central Wire, Inc., and for its Complaint against Travelers Property Casualty Company of America, alleges as follows:

### PARTIES AND JURISDICTION

1.    Plaintiff Central Wire, Inc. ("Plaintiff") is a corporation formed under the laws of the State of Pennsylvania with its principal office located in Union, Illinois. At all times relevant hereto, Plaintiff was, and still is, the owner of the commercial building located at 1020 Highway 65 South, Dumas, Desha County, Arkansas (the "Property").

2.    Defendant Travelers Property Casualty Company of America ("Defendant") is an insurance company organized under the laws of the State of Connecticut and engaged in the business of insurance in Arkansas, including Desha County. Defendant's principal office is located in Hartford, Connecticut.

3.    This Complaint originates as the result of a severe winter storm event that damaged the Property and Defendant's unlawful actions in refusing to properly and fully pay Plaintiff's

claim for insurance proceeds.

4.    A substantial part of the events or omissions giving rise to Plaintiff's claims herein occurred in Desha County, Arkansas. Venue is proper in this Court.

5.    Complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

## FACTS

### The Property and the Policy of Insurance

6.    At all times relevant hereto, the Property was a commercial building consisting of a metal roofing system.

7.    At the time of the subject storm loss and thereafter, the Property was used as a manufacturing plant for small gauge wire.

8.    Below is an aerial view of the Property:



9.    At all times material hereto, the Property was insured by Defendant. Specifically, Plaintiff was insured pursuant to the terms of an insurance contract, bearing Policy Number KTJ-

CMB-7J14877-9-20, whereby Defendant agreed to insure the Property against property damage (the "Policy").

10.     As relevant hereto, the Policy term included the period of July 31, 2020 through July 31, 2021.

11.     A copy of the Policy in place from July 31, 2020 through July 31, 2021 is attached as **Exhibit 1**.

12.     The Policy provided insurance coverage for direct physical loss of or damage to the building located on the Property. The Policy is an "all risks" policy, which means it provided insurance coverage for all direct physical loss of or damage to covered property within the policy period unless otherwise specifically excluded or limited in the Policy.

13.     The insurance coverage provided by the Policy with regard to the Property was on a replacement cost valuation basis, which means that coverage is provided on a replacement cost basis without deduction for depreciation.

14.     When Defendant insured the Property, it made no recommendations for roof repairs or maintenance, issued no roof exclusion, and satisfied itself that the roof was in good condition and suitable for its risk appetite.

15.     Pursuant to the Policy, Plaintiff paid a premium to Defendant in exchange for insurance coverage. Plaintiff paid the required premiums at all times relevant to this Complaint.

**The February 2021 Winter Storm and Resulting Damage to the Property**

16.     In February 2021, a severe winter storm event (involving historic amounts of snow and ice, multiple freeze/thaw cycles, and other attributes uniquely attributable to this catastrophic event) (the "Loss") struck the Property, causing substantial damage to the building located on the Property. As a result of the Loss, the building located on the Property suffered immediate and

3

direct physical loss and damage, including but not limited to, damage to the roof, interior insulation, and other interior components.

**Pre-Storm Condition of the Insured Structures**

17.    Prior to the Loss, the building located on the Property was in good condition without significant roof leaks or other problems with the roof. Also, the building was well-maintained and showed no signs of need for roof replacement before the Loss.

18.    The roof of the building located on the Property was in good condition before the Loss. There were no signs of systematic failure or deficiencies that would be typical of a roof that had reached the end of its service life. On the contrary, the roof was in good condition until the damage caused by the Storm.

**Post-Storm Condition of the Insured Structures**

19.    As a result of the Loss, the building located on the Property sustained severe damage to its roof, as well as interior water intrusion saturating the insulation under the roof and damaging interior finishes. The damage manifested in various ways. Some of the primary manifestations of the storm damage were expanded and open-end laps in almost all metal roofing lap locations, which resulted from pressures created by the winter storm and the interaction of freeze/thaw cycles and ice-damming at drains. Gutters on the building at the Property were detached by the weight of snow and ice during the Storm. Additionally, due to ice-damming caused by the multiple freeze/thaw cycles, water on the roof rose, causing water to infiltrate through the storm-caused open-end laps. In addition to the damaged metal roofing system, moisture saturated the interior insulation material below the roof, thereby damaging it. The storm-caused damage is widespread, necessitating replacement of the metal roof and the insulation and other interior components inside the building envelope.

20.     As a result of and during the Loss, the roof of the building located on the Property began to leak in multiple areas.

**The Insurance Claim**

21.     The Policy was in effect at the time of the Loss, and the damage to the Property resulting from the Loss is compensable under the terms of the Policy. As it relates to the Loss, there is no applicable exclusion.

22.     Upon discovery, Plaintiff promptly reported the Loss to Defendant.

23.     The damage resulting from the Loss was reported shortly after the storm event, and Defendant assigned it a claim number – FDP2879.

24.     Plaintiff fulfilled all of the duties that were imposed upon it by the Policy.

25.      Plaintiff requested that Defendant pay the costs associated with repairing the damage caused by the Loss to the building located on the Property.

**Defendant's Handling and Denial of the Claim**

26.     Defendant refused to pay Plaintiff's valid claim and denied payment for the claim associated with the Loss.

27.     On or about June 17, 2021, Defendant sent Plaintiff an estimate and refused to make any payment for the damage caused by the Loss, instead asserting that any covered damage amounted to $27,079.15 and was less than the Policy's deductible. Defendant's assertion regarding the amount of the Loss was factually false.

28.     Defendant's denial of payment for the claim was wrongful and in breach of the Policy's terms. There is no reasonable coverage dispute concerning coverage for the damage sustained to the building located on the Property as a result of the Loss.

29.     Plaintiff disagreed with Defendant's denial of any payment for the claim.

30.     On March 14, 2023, Plaintiff sent Defendant a sworn statement in proof of loss associated with the Loss. Plaintiff claimed the cost of repairs totaled $872,991.10 (replacement cost value), less deductible for a net claim of $772,991.10.

31.     The sworn proof of loss was accompanied, by, among other documents, a detailed estimate provided by a licensed general contractor.

32.     By its denial of Plaintiff's claim, Defendant waived any requirement that Plaintiff submit a sworn proof of loss, but Plaintiff nonetheless submitted same in an effort to give Defendant an opportunity to reconsider its position on Plaintiff's claim and make the payments owed.

33.     The Policy provides that Defendant "will give notice of its intentions within 30 days after [it] receives the proof of loss . . . ."

34.     Defendant ignored Plaintiff's proof of loss delivered to Defendant on March 14, 2023, and has not provided any substantive response at all.

35.     Even before submission of the sworn proof of loss, Defendant was on notice that payment under the Policy as a result of the Storm was due.

36.     Defendant's refusal to promptly and fully pay Plaintiff the amounts owed pursuant to the terms of the Policy was without justification and was in bad faith.

37.     Defendant's refusal to pay the money and benefits due and owing Plaintiff under the Policy caused Plaintiff to initiate this Complaint to recover the insurance proceeds and/or other Policy benefits to which Plaintiff is entitled.

## CAUSES OF ACTION

### Count I – Breach of Contract

38.     The preceding allegations are incorporated herein by reference as if set forth

verbatim.

39.     The Policy issued by Defendant to Plaintiff is a binding contract and is supported by valid consideration.

40.     Defendant is in total, material breach of the Policy, and Defendant is liable to Plaintiff in the maximum amount allowed by the Policy for the Loss. Specifically, Defendant breached its contract with Plaintiff by its failure and refusal to fully and promptly pay the amounts owed to Plaintiff as required by the terms of the Policy.

41.     As a result of Defendant's breach of contract, Plaintiff sustained substantial compensable losses for the amounts claimed under the Policy, including but not limited to the replacement cost value and/or actual cash value of the damage to the building located on the Property, plus temporary repairs and consequential damages.

42.     Defendant is liable to Plaintiff for its losses.

**Count II –Bad Faith**

43.     The preceding allegations are incorporated by reference as if set forth verbatim herein.

44.     Defendant had a duty to exercise good faith in dealing with Plaintiff during the handling of Plaintiff's claim. Defendant's refusal to pay the amounts contractually owed to Plaintiff was undertaken with a specific intent and an affirmative engagement of dishonest, malicious, and/or oppressive conduct in order to avoid a just obligation to Plaintiff. Defendant's actions in the handling of Plaintiff's claim constitute bad faith.

45.     As a result of Defendant's bad faith, Plaintiff sustained damages.

46.     Defendant acted in bad faith in an attempt to avoid liability under the Policy.

47.     Defendant's bad faith proximately caused damage to Plaintiff.

48.     The bad faith of Defendant is evidenced by the fact that, at all times hereto, Defendant knew that Plaintiff was justifiably relying on the money and benefits due under the terms of the Policy, as well as the actions of Defendant as set forth in the paragraphs below. Nevertheless, affirmatively acting with conscious disregard for Plaintiff's rights and with the intention of causing or willfully disregarding the probability of causing unjust and hardship on Plaintiff, Defendant consciously refused to pay Plaintiff's valid claim and withheld monies and benefits rightfully due Plaintiff. Defendant was obligated to pay Plaintiff's claim associated with the Loss , Defendant lacked a reasonable basis in law and fact for its refusal and failure to pay the claim, Defendant knew there was no reasonable basis for its refusal and failure to pay the claim, and Defendant affirmatively acted dishonestly, maliciously, and/or oppressively in order to avoid liability for the claim.

49.     Defendant's bad faith is evidenced by all of the facts and allegations set forth above in this Complaint, together with the following actions or inactions by Defendant which were affirmatively perpetuated with evil motive and/or with malicious indifference to the rights of Plaintiff:

      a.  Defendant's dishonest, malicious, and/or oppressive failure to fully inform Plaintiff of its rights and obligations under the Policy;

      b.  Defendant's dishonest, malicious, and/or oppressive failure to attempt in good faith to effectuate prompt, fair and equitable settlements of Plaintiff's claim when liability was reasonably clear;

      c.  Defendant's dishonest, malicious, and/or oppressive refusal to pay Plaintiff's claim and to otherwise honor its obligations under the Policy without conducting a reasonable investigation based on all available information;

d. Defendant's dishonest, malicious, and/or oppressive refusal to fully investigate Plaintiff's claim;

e. Defendant's engaging in acts and practices toward Plaintiff that amount to acts of dishonesty, maliciousness, and/or oppressiveness that are contrary to the good faith duties owed to Plaintiff;

f. Defendant's dishonest, malicious, and/or oppressive refusal to pay Plaintiff fully for its losses;

g. Defendant's dishonest, malicious, and/or oppressive failure to pay all amounts due and owing under the Policy with no reasonable or justifiable basis; and

h. Defendant's dishonest, malicious, and/or oppressive interpretation of policy exclusions and/or limitations that are contrary to reason, good faith, and the foreseeable and reasonable expectations of its insureds.

50.     In so acting, Defendant intended to and did injure Plaintiff in order to protect its own financial interests and to avoid liability under the Policy for the Loss. Defendant is liable to Plaintiff for bad faith.

51.     Defendant's actions as outlined in this Complaint justify an award of punitive damages to Plaintiff. Defendant acted wantonly in causing injury to Plaintiff or with such a conscious indifference to the consequences that malice may be inferred.

**Count III – Violations of A.K.A. § 23-79-208**

52.     The preceding allegations are incorporated by reference as if set forth verbatim herein.

53.     Defendant violated A.K.A. § 23-79-208(a)(1) in its handling and denial of payment to Plaintiff for the covered Loss.

54.    Defendant was required by the Policy to pay the Loss within thirty days of Plaintiff's submission of its sworn proof of loss.

55.    Defendant failed to make such payment, and in fact, Defendant ignored Plaintiff and provided no response whatsoever. Defendant performed zero additional investigation after Plaintiff's demand for payment.

56.    As a result, Defendant is liable to Plaintiff, in addition to the amounts owed under the Policy as a result of the Storm, twelve percent (12%) damages plus attorneys' fees.

WHEREFORE, as a result of the foregoing, Plaintiff respectfully requests that this Honorable Court award a judgment against Defendant as follows:

A.    For specific performance of the insurance policy issued by Defendant to Plaintiff;

B.    For compensatory damages to Plaintiff as a result of Defendant's breach of contract, in an amount to be determined by the jury;

C.    For compensatory and punitive damages to Plaintiff as a result of Defendant's bad faith, in amounts to be determined by the jury;

D.    For statutory damages in an amount equal to 12% of the loss and damaged owed to Plaintiff as a result of the Storm;

E.    For reasonable attorneys' fees;

F.    For all costs incurred by Plaintiff as a result of this action;

G.    For pre- and post-judgment interest; and

H.    For such other further and general relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiff demands a jury.

Respectfully submitted,


s/ J. Brandon McWherter
J. Brandon McWherter
AR Bar No.  2018088
Attorney for Plaintiff
McWHERTER SCOTT & BOBBITT, PLC
341 Cool Springs Blvd., Ste. 230
Franklin, Tennessee 37027
Telephone: (615) 354-1144
Email: brandon@msb.law

MS 01 00 10 18

# THE TRAVELERS INSURANCE COMPANIES

One Tower Square
Hartford, CT 06183

## DECLARATIONS

**Policy Number:**     KTJ-CMB-7J14877-9-20          **Issue Date:**     09/29/2020

**NAMED INSURED AND MAILING ADDRESS:**
CENTRAL WIRE HOLDINGS, INC.
400 STATE HIGHWAY 212
MICHIGAN CITY, IN 46360

**POLICY PERIOD:**          **FROM:**    07/31/2020     **TO:**     07/31/2021

Effective 12:01 a.m. at description and location of property covered.

**POLICY TERRITORY:** See Policy Territory Schedule

**COVERAGE FORMS AND ENDORSEMENTS FORMING A PART OF THIS POLICY:**
The complete policy consists of this Declarations and the Supplemental Coverage Declarations and the forms listed on MS C0 02 07 99.

**PREMIUM:**     $ 356,337

**TAXES & SURCHARGES:**     See attached for Taxes & Surcharges due in addition to above premium.

**INSURING COMPANIES:**
In return for payment of the premium, the Company agrees with the Named Insured to provide the insurance afforded by this policy. That insurance will be provided by the Company designated by an "X" below.

**X**     Travelers Property Casualty Company of America (a Stock Company) - Other than Texas Locations

*Secretary*                              *President*

**X**     The Travelers Lloyds Insurance Company (Texas Locations Only)

*Secretary*

The company listed above has executed this policy, but it is valid only if countersigned by our authorized representative.

**PRODUCER NAME AND ADDRESS**          Countersigned by: _____
HUB INTER'L MIDWEST                                    (Authorized Representative)
55 E JACKSON BLVD STE 14A                    Date: _____
CHICAGO, IL 60604

MS 01 00 10 18

**TAXES AND SURCHARGES**

**POLICY NUMBER:**     KTJ-CMB-7J14877-9-20

**EFFECTIVE DATE:**     7/31/2020 12:00:00 AM

| DESCRIPTION | AMOUNT |
|---|---|
| Florida Insurance Premium Surcharge | $ 46 |
| FLA Emergency Mgmt. Preparedness, Asst. Trust Fund Surcharge | $ 4 |
| Total | $ 50 |

MS 01 00 10 18

**POLICY TERRITORY SCHEDULE**

**POLICY NUMBER:** KTJ-CMB-7J14877-9-20

**EFFECTIVE DATE:** 07/31/2020

The Policy Territory is the United States of America, Canada and the following countries and jurisdictions:

| UNITED ARAB EMIRATES | UNITED KINGDOM | |
|---|---|---|

MS C0 02 07 99

**INDEX OF FORMS**

| | |
|---|---|
| Index of Forms | MS C0 02 07 99 |
| Supplemental Coverage Declarations | MS C0 03 10 18 |
| Property Coverage Form | MS C1 00 10 18 |
| Business Income and/or Rental Value Coverage Form Excluding Extra Expense | MS C1 02 10 18 |
| Extra Expense Coverage Form | MS C1 03 10 18 |
| Earthquake, Volcanic Eruption, Landslide and Mine Subsidence | MS C2 04 10 18 |
| Flood | MS C2 06 10 18 |
| Boiler and Machinery | MS C2 10 10 18 |
| Electronic Vandalism | MS C2 19 10 18 |
| Exclusion Nuclear Hazard War Military Action & Pathogenic | MS C2 37 09 02 |
| Builders Risk | MS C3 01 10 18 |
| Expediting Expenses - Boiler and Machinery | MS C3 20 07 99 |
| Utility Services - Direct Damage | MS C3 27 10 18 |
| Leasehold Interest Coverage | MS C3 32 10 18 |
| Utility Services - Time Element | MS C4 09 10 18 |
| Policy Conditions, Additional Provisions and Definitions Form | MS C5 01 10 18 |
| Replacement Cost | MS C5 05 10 18 |
| Errors and Omissions | MS C5 26 10 18 |
| Extra Expense Deductible | MS C5 27 10 18 |
| High Hazard Wind Areas - U.S.A. | MS C6 06 10 15 |
| HH/Mod Haz EQ, Volcanic Eruption, Landslide & Mine Subsidence  Areas - U.S.A. | MS C6 09 10 15 |
| Additional Insured | MS C6 12 07 99 |
| Arkansas Changes | MS C8 40 10 18 |
| California Changes | MS C8 43 10 18 |
| Connecticut Changes | MS C8 49 01 19 |
| Florida Changes | MS C8 57 10 18 |
| Illinois Changes | MS C8 70 11 18 |
| Indiana Changes - Cancellation and Nonrenewal | MS C8 72 10 18 |
| Indiana Changes | MS C8 73 10 18 |
| South Carolina Changes | MS C9 55 03 20 |
| Texas Changes | MS C9 63 07 20 |
| Attorney In Fact - Texas | MS C9 64 08 13 |
| Wisconsin Changes | MS C9 82 10 18 |
| Dependent Properties Outside of the U.S.A. - Covered Cause of Loss Limitations | MS G2 06 10 18 |
| HH Earthquake, Volcanic Eruption, Landslide and Mine Subsidence  Areas - Non-USA | MS G4 08 10 15 |
| IMPORTANT NOTICE-INFO OR COMPLAINTS-TX | PN T0 22 12 15 |
| SOUTH CAROLINA - POLICYHOLDER NOTIFICATION | PN T0 57 03 20 |
| IMP NOTICE - RISK MGMT PLANS - FLORIDA | PN T0 60 05 10 |
| JURISDICTIONAL INSPECTIONS OF EQUIP IN THE USA(INCL ITS TERRITORIES/POSSESSIONS) | PN T1 89 10 15 |
| IMPORTANT NOTICE-CONTACT INFO - FLORIDA | PN T2 19 05 10 |
| IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION | PN T4 54 01 08 |
| IMPORTANT NOTIC-PLCYHLDR INFO-AR | PN T4 71 12 09 |
| IMPORTANT NOTICE-COMPLAINTS-ILLINOIS | PN T5 68 07 12 |
| IMPT NOTICE- FILE CLAIM WIND/HAIL-TEXAS | PN T9 70 03 13 |
| IMPORTANT NOTICE - FLOOD - TEXAS | PN U3 53 06 19 |
| Terrorism Disclosure | TR IA 01 01 15 |
| Cap on Certified Terrorism | TR IA 04 01 15 |

KTJ-CMB-7J14877-9-20

MS C0 03 10 18

# Supplemental Coverage Declarations

READ THE ENTIRE POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES AND WHAT IS AND IS NOT COVERED.

**A.** **POLICY LIMIT:** In no event shall liability under this policy arising out of one occurrence exceed $67,000,000, nor shall liability in any one occurrence for any one Building, any one Structure or Business Personal Property at any one location exceed 110% of the individually stated value for such property as shown in the latest Statement of Values or other documentation on file with the Company, nor shall liability exceed any specific Limit of Insurance applying to any insured loss, coverage or location(s).

If, at the time of loss, the values shown on the latest Statement of Values or other documentation on file with the Company are not individually stated for each Building, each Structure or Business Personal Property at each location:

1. The value for each Building and Structure will be developed by multiplying the reported Building and Structure value that includes the value of the individual Building or Structure that is damaged, by the proportion that the square footage of that individual Building or Structure bears to the total square footage of all Buildings and Structures contemplated in that reported Building and Structure value.

2. The value of Business Personal Property at each location will be developed by multiplying the reported Business Personal Property value that includes the value of Business Personal Property at the individual location of damage, by the proportion that the square footage of all Buildings and Structures at that individual location bears to the total square footage of all Buildings and Structures at all locations contemplated in that reported Business Personal Property value.

**B.** **LIMITS OF INSURANCE** – For application of Limits of Insurance, refer to Conditions A.2. and A.3. in the Policy Conditions, Additional Provisions and Definitions Form:

| | | | |
|---|---|---|---|
| **1.** | Buildings, in any one occurrence:<br>Included means, included in the Policy Limit. | | Included |
| **2.** | Business Personal Property excluding Personal Property of Others, in any one occurrence:<br>Included means, included in the Policy Limit. | | Included |
| **3.** | Personal Property of Others, in any one occurrence: | $ | 25,000 |
| **4.** | "Electronic Data Processing Data and Media", in any one occurrence: | $ | 500,000 |
| **5.** | Accounts Receivable, in any one occurrence: | $ | 1,000,000 |
| **6.** | Valuable Papers and Records, in any one occurrence: | $ | 1,000,000 |
| **7.** | "Fine Arts", in any one occurrence: | $ | 250,000 |
| **8.** | Newly Constructed or Acquired Property, at any one building, in any one occurrence:<br>    Number of days 120. | $ | 2,500,000 |
| **9.** | "Outdoor Property" including Debris Removal, in any one occurrence:<br>Trees, shrubs and plants are subject to a maximum per item of: | $<br><br>$ | 100,000<br><br>1,000 |

KTJ-CMB-7J14877-9-20

MS C0 03 10 18

| | | | | |
|---|---|---|---|---|
| 10. | Personal Effects and "Fine Arts" of Officers and Employees of the Insured: | | | |
| | Per Employee: | $ | 1,000 |
| | In any one occurrence: | $ | 100,000 |
| | | | | |
| 11. | Covered Property at Undescribed Premises, in any one occurrence: | | | |
| | At or in Transit to or from an "Exhibition" Site: | $ | 250,000 |
| | At any Installation Premises or Installation Property in Temporary Storage: | $ | 1,000,000 |
| | At any other Non-Owned, Non-Leased or Non-Regularly Operated Premises: | $ | 1,000,000 |
| | | | | |
| 12. | Covered Property in Transit, in any one occurrence, occurring within, or in the "territorial waters" or airspace of: | | | |
| | a. | The United States of America: | $ | 1,000,000 |
| | b. | Mexico: | | Not Covered |
| | c. | Any other countries or jurisdictions while in transit between points in the Policy Territory: | $ | 300,000 |
| | | | | |
| 13. | Debris Removal, in any one occurrence: | | | |
| | a. | 25% of the sum of the amount paid for Covered Property loss and the applicable deductible. | | |
| | b. | Additional Debris Removal Expense: | $ | 1,000,000 |
| | | | | |
| 14. | "Pollutant" Cleanup and Removal – Direct Damage, aggregate in any one policy year: | $ | 100,000 |
| | | | | |
| 15. | Claim Data Expense – Direct Damage, in any one occurrence: | $ | 300,000 |
| | | | | |
| 16. | Ordinance or Law | | | |
| | Loss to the Undamaged Portion of Buildings, in any one occurrence: | $ | 5,000,000 |
| | Demolition Cost, in any one occurrence: | | Included |
| | Increased Cost of Construction, in any one occurrence: | | Included |
| | Included means, included in the Limit shown for Loss to the Undamaged Portion of Buildings. | | |
| | | | | |
| 17. | Limited "Fungus", Wet Rot and Dry Rot Coverage – Direct Damage: | | | |
| | a. | In any one occurrence: | $ | 15,000 |
| | b. | Aggregate in any one policy year: | $ | 100,000 |
| | | | | |
| 18. | Business Income, in any one occurrence: | $ | 41,194,182 |
| | Rental Value, in any one occurrence: | | Included |
| | Included means, included in the Limit shown for Business Income. | | |

Ordinary Payroll:    Limited - 30 days

Extended Business Income or Rental Value at 60 days.

Civil Authority 30 days.

KTJ-CMB-7J14877-9-20

|  | | | MS C0 03 10 18 |
|---|---|---|---|
| | Ingress or Egress, in any one occurrence:<br>Number of miles 1.<br>Number of days 30. | $ | 1,000,000 |
| | "Dependent Property", in any one occurrence: | $ | 1,000,000 |
| | Ordinance or Law - Increased "Period of Restoration", in any one occurrence: | $ | 250,000 |
| | Newly Acquired Premises – Time Element, in any one occurrence:<br>Number of days 120. | $ | 500,000 |
| | Claim Data Expense – Time Element, in any one occurrence: | $ | 25,000 |
| | "Pollutant" Clean Up and Removal – Time Element, aggregate in any one policy year: | $ | 25,000 |
| | Limited "Fungus", Wet Rot and Dry Rot Coverage – Time Element 30 days. | | |
| **19.** | Extra Expense, in any one occurrence: | $ | 5,000,000 |
| | Civil Authority 30 days. | | |
| | Ingress or Egress, in any one occurrence:<br>Number of miles 1.<br>Number of days 30. | $ | 1,000,000 |
| | Ordinance or Law - Increased "Period of Restoration", in any one occurrence: | $ | 50,000 |
| | Newly Acquired Premises – Extra Expense, in any one occurrence:<br>Number of days 120. | $ | 50,000 |
| | Claim Data Expense – Extra Expense, in any one occurrence: | $ | 25,000 |
| | "Pollutant" Clean Up and Removal – Extra Expense, aggregate in any one policy year: | $ | 25,000 |
| | Limited "Fungus", Wet Rot and Dry Rot Coverage – Extra Expense 30 days. | | |
| **20.** | Earthquake, Volcanic Eruption, Landslide and Mine Subsidence – aggregate in any one policy year, for all losses covered under this policy, commencing with the inception date of this policy: | | |
| | **a.** Occurring in Alaska, Hawaii or Puerto Rico: | | Not Covered |
| | **b.** Occurring in California: | $ | 5,000,000 |
| | **c.** Occurring in High Hazard Earthquake, Volcanic Eruption, Landslide and Mine Subsidence Areas in the United States of America as per MS C6 09: | | Not Covered |

KTJ-CMB-7J14877-9-20

MS C0 03 10 18

| | | | |
|---|---|---|---|
| **d.** | Occurring in Moderate Hazard Earthquake, Volcanic Eruption, Landslide and Mine Subsidence Areas in the United States of America as per MS C6 09: | $ | 25,000,000 |
| **e.** | Occurring anywhere else in the United States of America: | $ | 25,000,000 |
| **f.** | Occurring within the Policy Territory in High Hazard Earthquake, Volcanic Eruption, Landslide and Mine Subsidence Areas outside of the United States of America as per MS G4 08: | | Not Covered |
| **g.** | Occurring anywhere else in the Policy Territory outside of the United States of America: | $ | 10,000,000 |

If more than one Annual Aggregate Limit applies in any one occurrence, the most the Company will pay is the highest involved Annual Aggregate Limit. The most the Company will pay during each annual period is the largest of the Annual Aggregate Limits shown.

**21.** Flood – aggregate in any one policy year, for all losses covered under this policy, commencing with the inception date of this policy:

| | | | |
|---|---|---|---|
| **a.** | Occurring in the United States of America resulting from Flood to buildings, structures or property in the open within Flood Zone A or Zones prefixed A as classified under the National Flood Insurance Program or to property in or on buildings or structures located within such Flood Zones: | $ | 2,500,000 |
| **b.** | Occurring in the United States of America resulting from Flood to buildings, structures or property in the open within Flood Zone V or Zones prefixed V as classified under the National Flood Insurance Program or to property in or on buildings or structures located within such Flood Zones: | | Not Covered |
| **c.** | Occurring anywhere else in the United States of America: | $ | 25,000,000 |
| **d.** | Occurring at the following premises outside of the United States of America: | | |
| |   1)    1 FOSTER ST, PERTH, ON | | |
| |           1 NORTH ST, PERTH, ON | $ | 1,000,000 |
| **e.** | Occurring anywhere else in the Policy Territory outside of the United States of America: | $ | 10,000,000 |

KTJ-CMB-7J14877-9-20

MS C0 03 10 18

Any loss resulting from Flood in the United States of America to a building, structure or property in the open which is, at the time of loss, within more than one Flood Zone will be subject to the insurance and Annual Aggregate Limit, if any, that would apply under this policy if that building, structure or property in the open was wholly located within the most hazardous of the Flood Zones, as identified in MS C2 06, in which it is located. The Flood Zone that applies to a building or structure will also apply to any property in or on such building or structure.

If, at the time of loss resulting from Flood in the United States of America, the community in which property is located has been suspended from the National Flood Insurance Program, the Flood Zone(s) that applied prior to the suspension will be used in determining the Flood Zone(s) that apply to the property.

If more than one Annual Aggregate Limit applies in any one occurrence, the most the Company will pay is the highest involved Annual Aggregate Limit. The most the Company will pay during each annual period is the largest of the Annual Aggregate Limits shown.

| | | | |
|---|---|---|---|
| **22.** | Boiler and Machinery (Insured's Premises only): | | |
| | Property Damage, in any one Accident: | | Included |
| | Business Income and Rental Value, in any one Accident: | | Included |
| | Extra Expense, in any one Accident: | | Included |
| | Leasehold Interest, in any one Accident: | | Included |
| | Hazardous Substance, in any one Accident: | | |
| | Ammonia Contamination: | $ | 1,000,000 |
| | Any other substance: | $ | 1,000,000 |
| | Water Damage, in any one Accident: | $ | 5,000,000 |
| | Consequential Damage, in any one Accident: | $ | 1,000,000 |
| | Included means, included in the Limit of Insurance that otherwise applies under this policy to the coverage for which included is indicated. | | |
| **23.** | Limited Electronic Vandalism Cause of Loss Coverage, aggregate in any one policy year: | $ | 100,000 |
| **24.** | Builder's Risk, in any one occurrence: | | |
| | Maximum at any one Construction Site: | $ | 1,000,000 |
| | Maximum at all Construction Sites: | $ | 1,000,000 |
| | Builder's Risk, Property At Temporary Storage Location: | $ | 10,000 |
| | Builder's Risk, Property in transit: | $ | 10,000 |
| **25.** | Expediting Expenses, Boiler & Machinery only, in any one occurrence: | $ | 100,000 |
| **26.** | Leasehold Interest, in any one occurrence: | $ | 1,000,000 |

KTJ-CMB-7J14877-9-20

MS C0 03 10 18

| | | | | |
|---|---|---|---|---|
| **27.** | Errors and Omissions, in any one occurrence: | | $ | 1,000,000 |
| **28.** | Utility Services – in any one occurrence: | | | |
| | Utility Services, combined Direct Damage and Time Element, including Boiler and Machinery: | | $ | 1,000,000 |
| **29.** | With respect only to loss occurring in a country or jurisdiction within the Policy Territory, other than the United States of America: | | | |
| | **a.** | Coinsurance Deficiency, in any one occurrence: | $ | 1,000,000 |
| | **b.** | Devaluation of Currency, in any one occurrence: | $ | 1,000,000 |
| | **c.** | Tax Liability, in any one occurrence: | $ | 1,000,000 |
| | **d.** | Tenants', Neighbors', and Landlords' Liability, in any one occurrence: | $ | 1,000,000 |

**C.    DEDUCTIBLES:**  For application of Deductibles, refer to the Application of Deductibles conditions in the Policy Conditions, Additional Provisions and Definitions Form.

    **1.**    By Earthquake, Volcanic Eruption, Landslide and Mine Subsidence:

| | | | | | |
|---|---|---|---|---|---|
| **a.** | Occurring in California, in any one occurrence: Percentage applies per Unit | 5 | % | $ | 250,000 |
| **b.** | Occurring in Moderate Hazard Earthquake, Volcanic Eruption, Landslide and Mine Subsidence Areas in the United States of America as per MS C6 09, in any one occurrence: Percentage applies per Unit | 2 | % | $ | 100,000 |
| **c.** | Occurring anywhere else in the United States of America where Earthquake, Volcanic Eruption, Landslide and Mine Subsidence coverage applies, in any one occurrence: | | | $ | 100,000 |
| **d.** | Occurring outside of the United States of America, in any one occurrence: | | | $ | 100,000 |

As respects Business Income, any applicable percent deductible shown above applies.

As respects Business Income, if no percent deductible applies, the deductible for Business Income is included in the occurrence deductible.

As respects Rental Value, any applicable percent deductible shown above applies.

As respects Rental Value, if no percent deductible applies, the deductible for Rental Value is included in the occurrence deductible.

As respects Extra Expense, the deductible is included

KTJ-CMB-7J14877-9-20

MS C0 03 10 18

in the occurrence deductible.

2. By Flood:

a. Occurring in the United States of America within Flood Zone A or Zones prefixed A, as classified under the National Flood Insurance Program, the deductible in any one occurrence for each building or structure and its contents separately, will be the amount recoverable under the National Flood Insurance Program when the maximum amount of insurance permitted by the National Flood Insurance Program applies, whether or not the coverage is purchased or maintained. In the event the community in which the premises are located has been suspended from the National Flood Insurance Program, each such deductible shall instead be the amount that would have been recoverable under the National Flood Insurance Program if the community had not been suspended and the maximum amount of insurance that would have been permitted by the National Flood Insurance Program applied.
In addition, the following deductible will apply to property not eligible and coverages not available under the National Flood Insurance Program that are covered under this policy, and any difference in the valuation between the policies, in any one occurrence: $ 500,000

b. Occurring anywhere else in the United States of America where Flood coverage applies, in any one occurrence: $ 100,000

c. Occurring outside of the United States of America, in any one occurrence: $ 100,000

As respects Business Income, the deductible is included in the occurrence deductible.

As respects Rental Value, the deductible is included in the occurrence deductible.

As respects Extra Expense, the deductible is included in the occurrence deductible.

Any loss resulting from Flood in the United States of America to a building, structure or property in the open which is, at the time of loss, within more than one Flood Zone will be subject to the Flood deductible, if any, that would apply under this policy if that building, structure or property in the open was wholly located within the most hazardous of the Flood Zones, as identified in MS C2 06, in which it is located. The Flood Zone that applies to a building or structure will also apply to any property in or on such building or structure.

If, at the time of loss resulting from Flood in the United States of America, the community in which property is located has been suspended from the National Flood Insurance Program, the Flood Zone(s) that applied prior to the suspension will be used in determining the Flood Zone(s) that apply to the property.

Page 7 of 9

KTJ-CMB-7J14877-9-20

MS C0 03 10 18

3.    By "Windstorm" or Hail:

    a.    Occurring in High Hazard Wind Areas, as per
        MS C6 06, in any one occurrence, within:

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1) | TEXAS<br>Percentage applies per Unit | 5 | % | $ | 150,000 |
| | 2) | Any other High Hazard Wind Areas in the<br>United States of America:<br>Percentage applies per Unit | 5 | % | $ | 250,000 |

Except as otherwise provided above:

    b.    Occurring in the following states, in any one
        occurrence:

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1) | ARKANSAS<br>Percentage applies per Unit | 3 | % | $ | 250,000 |

    c.    Occurring anywhere else in the United States of
        America where "Windstorm" or Hail coverage
        applies, in any one occurrence:            $     100,000

    d.    Occurring outside of the United States of America,
        in any one occurrence:            $     100,000

As respects Business Income, any applicable percent
deductible shown above applies.

As respects Business Income, if no percent deductible
applies, the deductible for Business Income is included
in the occurrence deductible.

As respects Rental Value, any applicable percent
deductible shown above applies.

As respects Rental Value, if no percent deductible
applies, the deductible for Rental Value is included in
the occurrence deductible.

As respects Extra Expense, the deductible is included
in the occurrence deductible.

| | | |
|---|---|---|
| 4. | By Boiler and Machinery, in any one Accident:<br>Applicable to Direct Damage only. | $ 100,000 |
| 5. | By Boiler and Machinery to Business Income and Rental<br>Value, in any one Accident: | Hours 48 |
| 6. | By Boiler and Machinery to Extra Expense, in any one<br>Accident: | Hours 48 |
| 7. | To Utility Services - Direct Damage, including Boiler and<br>Machinery, in any one occurrence: | $ 100,000 |
| 8. | To Utility Services - Time Element, including Boiler and<br>Machinery, in any one occurrence: | Hours 24 |

KTJ-CMB-7J14877-9-20

|  |  |  | MS C0 03 10 18 |
|---|---|---|---|
| **9.** | To any other covered loss, in any one occurrence: | $ | 100,000 |
|  | Except |  |  |
|  | To Property in Transit, in any one occurrence: | $ | 25,000 |

**D.  VALUATION PROVISION:** Replacement Cost applies as per MS C5 05, except as otherwise stated within endorsement MS C5 05, within this Supplemental Coverage Declarations or elsewhere in this policy.

**E.  SOLE AGENT PROVISION:** For any insurance afforded by this policy, CENTRAL WIRE HOLDINGS, INC. shall act on behalf of all insureds with respect to the giving and receiving of notice of cancellation or nonrenewal, the payment of premiums, the receiving of return premiums, and the acceptance of any endorsement issued to form a part of this policy.

**F.  PREMIUM ADJUSTMENT:** This policy will be adjusted as needed for any changes in values and premiums.

**G.  ISSUING COMPANY:** Travelers Property Casualty Company of America (a Stock Company) - Other than Texas Locations

**ISSUING COMPANY:** The Travelers Lloyds Insurance Company (Texas Locations only)

KTJ-CMB-7J14877-9-20

# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Words and phrases that appear in quotation marks have special meaning.  Refer to Section D., Definitions, in the Policy Conditions, Additional Provisions and Definitions Form.

## A. COVERAGE

The Company will pay for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.  Covered Causes of Loss means risks of direct physical loss unless the loss is excluded in Section D., Exclusions, limited in Section E., Limitations, or otherwise extended, excluded or limited in this Coverage Form, the Supplemental Coverage Declarations or by endorsement.  The Company will also pay for Covered Costs and Expenses as described in Section B.2.

## B. COVERED PROPERTY AND COVERED COSTS AND EXPENSES

Covered Property means the types of property, as described in this Section B.1. and limited in Section C., Property and Costs Not Covered, for which a Limit of Insurance is shown in the Supplemental Coverage Declarations.

### 1. COVERED PROPERTY

    **a. Buildings**, meaning the buildings or other structures at the Insured's premises for which a Building value is shown in the most recent Statement of Values or other documentation on file with the Company, including:

        (1) Completed additions;

        (2) Fixtures, including outdoor fixtures;

        (3) Machinery and equipment permanently attached to the building;

        (4) Personal property owned by the Insured that is used to maintain or service the buildings, structures or grounds; and

        (5) If not covered by other insurance:

            (a) Additions under construction, alterations and repairs to the buildings or structures; and

            (b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the Insured's premises, used for making alterations or repairs to the buildings or structures.

        Buildings do not include "Outdoor Property" except as provided in Section B.1.h.

    **b. Business Personal Property** located in or on the buildings or structures at the Insured's premises for which a Business Personal Property value is shown in the most recent Statement of Values or other documentation on file with the Company, or in the open (or in a vehicle) within 1,000 feet of such premises, consisting of the following unless otherwise specified in the Supplemental Coverage Declarations:

        (1) Furniture and fixtures;

        (2) Machinery and equipment, including "electronic data processing equipment";

        (3) "Stock";

        (4) All other personal property owned by the Insured and used in the Insured's business;

        (5) Labor, materials or services furnished or arranged by the Insured on personal property of others;

© 2017 The Travelers Indemnity Company. All rights reserved.

(6) The Insured's use interest as tenant in improvements and betterments.  Improvements and betterments are fixtures, alterations, installations or additions:

    (a) Made a part of the buildings or structures occupied or leased, but not owned, by the Insured; and

    (b) Acquired or made at the Insured's expense but which the Insured is not permitted to remove; and

(7) Personal Property of Others (including the Insured's employees) used in the Insured's business that is in the care, custody, or control of the Insured or for which the Insured has agreed in writing to insure prior to any loss or damage.

However, payment by the Company for loss or damage to Personal Property of Others will only be for the account of the owner of the property.

Business Personal Property does not include:

(1) "Electronic Data Processing Data and Media" except as provided in Section B.1.c.;

(2) Accounts Receivable except as provided in Section B.1.d.;

(3) Valuable Papers and Records except as provided in Section B.1.e.; or

(4) "Fine Arts" except as provided in Section B.1.f.

**c.  "Electronic Data Processing Data and Media"**

at or within 1,000 feet of the Insured's premises for which a Building, Business Personal Property or "Electronic Data Processing Data and Media" value is shown in the most recent Statement of Values or other documentation on file with the Company.

**d.  Accounts Receivable**

meaning accounts receivable records of the Insured while at or within 1,000 feet of the Insured's premises for which a Building or Business Personal Property value is shown in the most recent Statement of Values or other documentation on file with the Company, including records stored on electronic data processing media.  Credit card company charge records will be considered accounts receivable records until delivered to the credit card company.

(1) The Company will pay:

    (a) Amounts due the Insured from customers that the Insured is unable to collect because of loss or damage to the Insured's accounts receivable records;

    (b) Interest charges on any loan required to offset amounts the Insured is unable to collect because of loss or damage to the Insured's accounts receivable records, pending the Company's payment of these amounts;

    (c) Collection expenses in excess of the Insured's normal collection expenses that are made necessary by the loss; and

    (d) Other reasonable expenses that the Insured incurs to re-establish the Insured's records of accounts receivable.

(2) The Company will not pay for loss or damage that requires an audit of records or any inventory computation to prove its factual existence.

(3) In the event the Insured cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

    (a) The Company will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs;

    (b) The Company will adjust the total for any normal fluctuations in the amounts of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month; and

© 2017 The Travelers Indemnity Company. All rights reserved.

(c) The following will be deducted from the total amount of accounts receivable, however that amount is established:

    (i) The amount of the accounts for which there is no loss;

    (ii) The amount of the accounts that the Insured is able to re-establish or collect;

    (iii) An amount to allow for probable bad debts that the Insured is normally unable to collect; and

    (iv) All unearned interest and service charges.

**e. Valuable Papers and Records**

at or within 1,000 feet of the Insured's premises for which a Building or Business Personal Property value is shown in the most recent Statement of Values or other documentation on file with the Company. This coverage does not apply to papers and records that exist on electronic data processing media, records of accounts receivable, or money or securities.

**f. "Fine Arts"**

at or within 1,000 feet of the Insured's premises for which a Building, Business Personal Property or "Fine Arts" value is shown in the most recent Statement of Values or other documentation on file with the Company.

**g. Newly Constructed or Acquired Property** meaning:

(1) New buildings while being built on the Insured's premises for which a Building or Business Personal Property value is shown in the most recent Statement of Values or other documentation on file with the Company, or on a newly acquired location, including materials, equipment, supplies and temporary structures which are at or within 1,000 feet of the premises;

(2) Buildings newly acquired by the Insured at locations other than the Insured's premises for which a Building or Business Personal Property value is shown in the most recent Statement of Values or other documentation on file with the Company;

(3) Buildings the Insured becomes newly required to insure under a written contract; and

(4) Personal property of a type insured under this policy at or within 1,000 feet of a newly acquired building or a newly acquired location.

Insurance under this coverage for each newly constructed or acquired property will end when any of the following first occurs:

(1) This policy is cancelled or expires;

(2) 120 days (or the revised number of days shown for this coverage in the Supplemental Coverage Declarations) expire after the Insured acquires or begins to construct the buildings;

(3) The Insured reports the new values to the Company; or

(4) The property is more specifically insured elsewhere.

If the Company elects to add the property as Covered Property under this policy, the Company will charge the Insured additional premium for values reported from the date construction begins or the Insured acquires the property.

**h. "Outdoor Property"**

at the Insured's premises for which a Building or Business Personal Property value is shown in the most recent Statement of Values or other documentation on file with the Company, but only for loss or damage caused by or resulting from the following Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

© 2017 The Travelers Indemnity Company. All rights reserved.

(4) Riot or civil commotion;

(5) Vandalism; or

(6) Aircraft or vehicles.

This insurance also applies to the necessary and reasonable expense incurred by the Insured to remove debris of "outdoor property" at the Insured's premises caused by or resulting from a Covered Cause of Loss listed above that occurs during the policy period. Such expenses will be paid only if reported to the Company in writing within 180 days of the date of direct physical loss or damage. This will not increase the Limit of Insurance that applies to "Outdoor Property".

**i.    Personal Effects and "Fine Arts" of Officers and Employees of the Insured**

meaning personal effects and "fine arts" owned by officers, partners or employees of the Insured. Such property must be located at or within 1,000 feet of the Insured's premises for which a Building or Business Personal Property value is shown in the most recent Statement of Values or other documentation on file with the Company. Payment for loss or damage to personal effects and "fine arts" will only be for the account of the owner of the property.

**j.    Covered Property at Undescribed Premises** meaning:

(1) Covered Property at an "exhibition" site, including while in transit to and from the "exhibition" site. Coverage for this property applies worldwide.

(2) Covered Property that will or has become a permanent part of an installation project being performed for others by the Insured, or on the Insured's behalf, while such property is at the installation premises or at other premises where the property is temporarily stored. Coverage for this installation property applies only at premises within the Policy Territory that are not owned, leased or regularly operated by the Insured and are not otherwise insured under this policy, and will apply only until the Insured's interest in the property ceases, the installation is accepted, the installation is abandoned, or this policy is cancelled or expires, whichever occurs first.

(3) Covered Property at any other premises within the Policy Territory that are not owned, leased or regularly operated by the Insured and are not otherwise insured under this policy.

This coverage does not apply to personal effects of officers, partners or employees of the Insured.

**k.    Covered Property in Transit**

meaning Covered Property in due course of transit at the risk of the Insured:

(1) Over the road, on inland waters, on "territorial waters" or in air space of countries or jurisdictions within the Policy Territory; and

(2) Over the road, on inland waters, on "territorial waters" or in air space of countries or jurisdictions that are not within the Policy Territory, while in the due course of transit at the risk of the Insured between points within the Policy Territory.

This coverage applies to shipments from the time the Covered Property leaves the initial point of shipment and continues until the property is delivered at its destination. In the event the Covered Property is not deliverable or is rejected by the consignee, such property will be covered while in due course of transit back to the Insured and while temporarily being held by the receiver or carrier awaiting its return to the Insured.

The Company will also pay for:

(1) Any general average or salvage charges incurred by the Insured as respects losses to waterborne shipments.

© 2017 The Travelers Indemnity Company. All rights reserved.

(2) The Insured's contingent interest in shipments sold on a F.O.B. (Free On Board) basis but only in the event that any loss recoverable hereunder is not collectible from the consignee or any other insurance.

(3) Loss of Covered Property occasioned by the unintentional acceptance of fraudulent bills of lading, shipping receipts or messenger receipts by the Insured or any agent, customer or consignee of the Insured.

This coverage does not apply to personal effects or "fine arts" of officers, partners or employees of the Insured, or to Covered Property in due course of transit to or from an "exhibition" site or to Covered Property in the custody of any officer, partner or employee of the Insured while temporarily traveling outside of the Policy Territory.

**l.    Covered Property Temporarily Outside of the Policy Territory**

meaning Covered Property while in the custody of any officer, partner or employee of the Insured while temporarily traveling outside of the Policy Territory.  But this coverage does not apply to Covered Property at, or in due course of transit to or from, an "exhibition".

Coverages j. Covered Property at Undescribed Premises, k. Covered Property in Transit and l. Covered Property Temporarily Outside of the Policy Territory are each subject to the applicable Limit of Insurance specified in the Supplemental Coverage Declarations for the coverage, but in no event will the Company pay more for loss or damage to any type of Covered Property than the amount that would have been paid for that type of Covered Property if the loss or damage had occurred at or within 1,000 feet of the Insured's premises.

**2.    COVERED COSTS AND EXPENSES**

Covered Costs and Expenses are the costs and expenses:

- Described in Sections B.2.b. through B.2.f. below for which a Limit of Insurance is shown in the Supplemental Coverage Declarations; and

- Described in Sections B.2.a. and B.2.g. through B.2.k. below (which may have, but do not require, a Limit of Insurance to be shown in the Supplemental Coverage Declarations to apply);

but do not include any costs or expenses as limited in Section C., Property and Costs Not Covered.

**a.    Debris Removal**

(1) The Company will pay the necessary and reasonable expense incurred by the Insured to remove debris of Covered Property at the Insured's premises, other than "outdoor property", caused by or resulting from a Covered Cause of Loss that occurs during the policy period.  Such expenses will be paid only if reported to the Company in writing within 180 days of the date of direct physical loss or damage.  Coverage for the expense to remove debris of "outdoor property" is provided separately under Section B.1.h. of this Coverage Form.

(2) For this coverage, the Company will pay up to 25% of:

(a) The amount the Company pays for the direct physical loss or damage to the Covered Property; plus

(b) The deductible in this policy applicable to that direct physical loss or damage.

This limit is part of and not in addition to the Limit of Insurance that applies to the lost or damaged Covered Property.  But if:

(a) (i)   The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(ii)  The debris removal expense exceeds the above 25% limitation; and

(b) A Limit of Insurance is specified in the Supplemental Coverage Declarations for Additional Debris Removal Expense;

© 2017 The Travelers Indemnity Company. All rights reserved.

the Company will also pay an additional amount, up to the Limit of Insurance specified in the Supplemental Coverage Declarations for Additional Debris Removal Expense.

(3) In no event will this coverage apply to:

    (a) Costs to extract "pollutants" from land or water; or

    (b) Costs to remove, restore or replace polluted land or water.

**b. "Pollutant" Cleanup and Removal – Direct Damage**

The Company will pay the necessary and reasonable expense incurred by the Insured to extract "pollutants" from land or water outside of buildings at the Insured's premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a "specified cause of loss" that occurs during the policy period.

Such expenses will be paid only if reported to the Company in writing within 180 days of the date on which the "specified cause of loss" occurs.

This coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But the Company will pay for testing that is performed in the course of extracting the "pollutants" from the land or water.

The most the Company will pay under this coverage for the sum of all covered expenses arising out of all "specified cause of loss" occurrences that occur during each separate 12 month period of this policy (commencing with the inception date of this policy) is the Limit of Insurance specified in the Supplemental Coverage Declarations for "Pollutant" Cleanup and Removal – Direct Damage.

**c. Decontamination Expense – Direct Damage**

(1) The Company will pay the necessary and reasonable additional expense incurred by the Insured to repair, replace or dispose of polluted Covered Property at the Insured's premises caused solely by the enforcement of, or compliance with, any ordinance or law, in effect at the time of loss, that:

    (a) Requires the Insured to remove "pollutants" from, or detoxify or neutralize "pollutants" in; or

    (b) Regulates removal or disposal of;

    that part of such Covered Property that is polluted as a result of a discharge, dispersal, seepage, migration, release or escape of "pollutants" caused by or resulting from a "specified cause of loss" to Covered Property that occurs during the policy period.

(2) This coverage applies only to loss incurred in complying with the minimum standards of the ordinance or law. This coverage does not apply to:

    (a) Loss due to any ordinance or law that:

        (i) The Insured was required to comply with before the loss, even if the property was undamaged; and

        (ii) The Insured failed to comply with.

    (b) Loss caused by or resulting from the enforcement of any ordinance or law that requires any Insured or others to test for, monitor, or assess the existence, concentration or effects of "pollutants". But this does not apply to testing that is performed in the course of removing "pollutants" from, or detoxifying or neutralizing "pollutants" in, that part of the Covered Property that is polluted as described in (1) above, if the ordinance or law, as enforced, requires such testing.

**d. Claim Data Expense – Direct Damage**

The Company will pay the reasonable expenses incurred by the Insured in preparing claim data required by the Company to adjust a covered loss. This includes the cost of taking inventories, making appraisals and preparing other documentation to show the extent of loss. The Company will not pay for:

© 2017 The Travelers Indemnity Company. All rights reserved.

(1) Any expenses incurred, directed, or billed by or payable to attorneys, insurance adjusters or their associates or subsidiaries;

(2) Any expenses incurred, directed or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without the Company's written consent prior to such expenses being incurred; or

(3) Any costs as provided in the Appraisal Loss Condition in Section B.2. of the Policy Conditions, Additional Provisions and Definitions Form.

**e. Ordinance or Law**

(1) If loss or damage by a Covered Cause of Loss to buildings that are Covered Property results in a requirement to comply with an ordinance or law that:

- Is in force at the time of the loss or damage; and

- Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the Insured's premises;

the Company will pay for:

(a) **Loss to the Undamaged Portion of Buildings**, meaning loss to the undamaged portion of the covered buildings caused by a requirement to comply with an ordinance or law that requires the demolition of undamaged parts of the same building.

If replacement cost valuation applies and the property is repaired or replaced on the same or another premises, the most the Company will pay under this Loss to the Undamaged Portion of Buildings coverage is the lesser of:

(i) The cost to repair, rebuild or reconstruct the undamaged portion of the buildings that was necessarily demolished to comply with the ordinance or law, but not for more than the amount it would cost to restore that undamaged portion of the buildings on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or
(ii) The Limit of Insurance specified in the Supplemental Coverage Declarations for Ordinance or Law – Loss to the Undamaged Portion of Buildings.

If replacement cost valuation applies and the property is not repaired or replaced, or if replacement cost valuation does not apply, the most the Company will pay under this Loss to the Undamaged Portion of Buildings coverage is the lesser of:

(i) The actual cash value at the time of loss of the undamaged portion of the buildings that was necessarily demolished to comply with the ordinance or law; or
(ii) The Limit of Insurance specified in the Supplemental Coverage Declarations for Ordinance or Law – Loss to the Undamaged Portion of Buildings.

(b) **Demolition Cost**, meaning the cost incurred by the Insured to demolish and clear the sites of undamaged parts of the covered buildings caused by a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

The Company will not pay more for Demolition Cost than the lesser of:

(i) The amount the Insured actually spends to demolish and clear the sites; or
(ii) The Limit of Insurance specified in the Supplemental Coverage Declarations for Ordinance or Law – Demolition Cost.

(c) **Increased Cost of Construction** meaning the increased cost incurred by the Insured to:

(i) Repair or reconstruct damaged portions of the damaged covered buildings; or
(ii) Reconstruct or remodel undamaged portions of the damaged covered buildings, whether or not demolition is required;

© 2017 The Travelers Indemnity Company. All rights reserved.

when the increased cost is caused by a requirement to comply with the minimum standards of an ordinance or law. This Increased Cost of Construction coverage applies only if the covered buildings are repaired, reconstructed or remodeled, and then only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

The Company will not pay under this Increased Cost of Construction coverage until the property is actually repaired or replaced, at the same location or elsewhere, and then only if the repairs or replacement are made as soon as reasonably possible after the loss or damage but not to exceed 2 years. The Company may extend this period in writing during the 2 years.

If the buildings are repaired or replaced at the same premises, or if the Insured elects to rebuild at another premises, the most the Company will pay under this Increased Cost of Construction coverage is the lesser of:

    (i)   The increased cost of construction at the same premises; or

    (ii)  The Limit of Insurance specified for Ordinance or Law – Increased Cost of Construction shown in the Supplemental Coverage Declarations.

If the ordinance or law requires relocation to another premises, the most the Company will pay under this Increased Cost of Construction coverage is the lesser of:

    (i)   The increased cost of construction incurred at the new premises; or

    (ii)  The Limit of Insurance specified in the Supplemental Coverage Declarations for Ordinance or Law – Increased Cost of Construction.

(2)  These Ordinance or Law coverages apply only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(3)  These Ordinance or Law coverages do not apply to:

    (a)  "Vacant" properties;

    (b)  Any loss due to the Insured's failure to comply with any ordinance or law that the Insured was required to comply with before the loss, even if the Covered Property was undamaged;

    (c)  Costs associated with the enforcement of or compliance with any ordinance or law which requires the Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet rot or dry rot; or

    (d)  Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or proliferation, spread or any activity of "fungus", wet rot or dry rot.

**f.   Limited "Fungus", Wet Rot and Dry Rot Coverage - Direct Damage**

(1)  The coverage described in (2) below only applies when the "fungus", wet rot or dry rot is the result of a "specified cause of loss", other than fire or lightning, that occurs during the policy period, and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after the occurrence of the "specified cause of loss".

(2)  The Company will pay for direct physical loss of or damage to Covered Property caused by "fungus", wet rot or dry rot, including:

    (a)  The cost of removal of the "fungus", wet rot or dry rot;

    (b)  The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet rot or dry rot; and

© 2017 The Travelers Indemnity Company. All rights reserved.

    (c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet rot or dry rot is present.

(3) The most the Company will pay under this coverage for the total of all "fungus", wet rot and dry rot loss or damage arising out of all "specified causes of loss" (other than fire or lightning) occurring during each separate 12 month period of this policy (commencing with the inception date of this policy) is the aggregate Limit of Insurance specified in the Supplemental Coverage Declarations for Limited "Fungus", Wet Rot and Dry Rot Coverage – Direct Damage in any one policy year.

When a Limit of Insurance is also specified in the Supplemental Coverage Declarations for Limited "Fungus", Wet Rot and Dry Rot Coverage – Direct Damage in any one occurrence, that Limit of Insurance is the most the Company will pay under this coverage for all "fungus", wet rot and dry rot loss or damage arising out of any one occurrence of "specified causes of loss" (other than fire or lightning).  That Limit of Insurance is included in, and will not increase, the aggregate Limit of Insurance specified in the Supplemental Coverage Declarations for Limited "Fungus", Wet Rot and Dry Rot Coverage – Direct Damage in any one policy year.

With respect to a particular occurrence of loss which results in "fungus", wet rot or dry rot, the Company will not pay more than the applicable Limits of Insurance described above, even if the "fungus", wet rot or dry rot continues to be present or active, or recurs, in this or a later policy period.

(4) If there is covered loss or damage to Covered Property that is not caused by "fungus", wet rot or dry rot, loss payment will not be limited by the terms of this coverage, except to the extent that "fungus", wet rot or dry rot causes an increase in the loss.  Any such increase in the loss will be subject to the terms of this coverage.

(5) The terms of this coverage do not increase or reduce the coverage provided under the Water, Other Liquids, Powder or Molten Material Damage coverage in Section B.2.k. of this Coverage Form or the coverage provided for collapse of buildings or structures under the Collapse exclusion in Section D.2.h. of this Coverage Form.

**g.  Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, the Company will pay for any fire department service charges incurred by the Insured that are:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

**h.  Fire Protective Equipment Discharge**

If fire protective equipment at the Insured's premises discharges accidentally or to control a Covered Cause of Loss, the Company will pay the Insured's cost to:

(1) Refill or recharge the system with the extinguishing agents that were discharged; and

(2) Replace or repair faulty valves or controls that caused the discharge.

**i.  Preservation of Property**

If it becomes necessary to temporarily move Covered Property from the insured premises to preserve it from the threat of imminent loss or damage by a Covered Cause of Loss, the Company will pay for any direct physical loss or damage to Covered Property while it is being moved from the insured premises, while temporarily stored at another location or while it is being moved back to the insured premises.

This coverage will apply only if the loss or damage occurs within 180 days after the property is first moved and will cease when the policy is amended to provide insurance at the new

© 2017 The Travelers Indemnity Company. All rights reserved.

location, the property is returned to the existing location, or this policy is cancelled or expires, whichever occurs first.

**j.  Protection of Property**

(1) If it becomes necessary to temporarily move Covered Property from the insured premises to preserve it from the threat of imminent loss or damage by a Covered Cause of Loss, the Company will pay for the necessary and reasonable expenses actually incurred by the Insured to remove the Covered Property from the insured premises, to temporarily store the removed Covered Property at a location away from the insured premises and to move the Covered Property back to the insured premises within a reasonable time after the threat of imminent loss or damage to the property by the Covered Cause of Loss passes.

(2) The Company will also pay for other necessary and reasonable expenses actually incurred by the Insured to temporarily safeguard Covered Property against the threat of imminent direct physical loss or damage by a "specified cause of loss".

(3) The most the Company will pay under this coverage for the sum of all expenses incurred due to the threat of loss or damage from any one occurrence is $250,000, subject to the following:

(a) When Earth Movement, Earthquake, Earthquake Sprinkler Leakage, Volcanic Eruption, Landslide or Mine Subsidence is a "specified cause of loss" under this policy, the Company's payment for the sum of all expenses incurred due to the threat of loss or damage from all threatened occurrences of all such "specified causes of loss" in any one policy year will not exceed $250,000. This Limit of Insurance is not subject to, and does not reduce, the Limits of Insurance that otherwise apply to such "specified causes of loss".

(b) When Flood is a "specified cause of loss" under this policy, the Company's payment for the sum of all expenses incurred due to the threat of loss or damage from all threatened occurrences of such "specified cause of loss" in any one policy year will not exceed $250,000. This Limit of Insurance is not subject to, and does not reduce, the Limit of Insurance that otherwise applies to such "specified cause of loss".

(c) If the threat of imminent direct physical loss or damage to Covered Property from the same occurrence spans over multiple policy years, only the Limit of Insurance that applies in the policy year in which the expenses are first incurred by the Insured will apply to the expenses incurred due to the threat of loss or damage from that occurrence.

(4) This Protection of Property coverage is subject to the deductible that applies to loss or damage to the Covered Property by the Covered Cause of Loss against which the property is being safeguarded.

**k.  Water, Other Liquids, Powder or Molten Material Damage**

If covered loss or damage caused by or resulting from water or other liquid, powder or molten material damage occurs, the Company will also pay the necessary cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

This coverage is subject to the Limit of Insurance that applies to the covered water or other liquid, powder or molten material damage loss.

**C.  PROPERTY AND COSTS NOT COVERED**

Covered Property and Covered Costs and Expenses do not include:

1.  Currency, deeds or other evidences of debt, money, notes, checks, drafts, or securities;

2.  Contraband, or property in the course of illegal transportation or trade;

3.  Water whether in its natural state or otherwise, above or below ground (except bottled water, or water that is contained in storage tanks at the Insured's premises and used at such premises in

© 2017 The Travelers Indemnity Company. All rights reserved.

the Insured's manufacturing or processing operations or for fire protection) watercourses, aquifers or the cost of reclaiming or restoring water;

4. Land whether in its natural state or otherwise (including land on which the property is located), land improvements or the cost of restoring or stabilizing land;

5. Grain, hay, straw or other harvested crops while outside of buildings, growing crops or standing timber;

6. The cost of excavations, grading, backfilling or filling.  This does not apply to costs necessarily incurred to repair or replace covered loss or damage to Covered Property, but any costs associated with land stabilization and land reconstruction are excluded;

7. Property sold by the Insured under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers;

8. Vehicles or self-propelled machines that:

    a.   Are licensed for use on public roads; or

    b.   Are operated principally away from the insured premises;

9. Aircraft or watercraft;

10. Live animals;

11. Bulkheads, pilings, piers, wharves, docks, dikes, dams, canals, sea walls or vehicular bridges;

12. Underground tanks (including their contents), pipes, flues, drains or tunnels, or underground and overhead wires, all whether or not connected to buildings, or mines or underground mining property;

13. Any "electronic data processing data and media" which is obsolete or unused by the Insured;

14. Human body parts and fluids, including organs, tissue, blood and cells;

15. With respect to property in due course of transit:

    a.   Shipments by a government postal service, except by registered mail;

    b.   Any export or import shipment while covered under an Ocean Marine Cargo or other insurance policy;

    c.   Theft from a conveyance or container while unattended, unless the portion of the conveyance or container containing the Covered Property is fully enclosed and securely locked, and the theft is by forcible entry of which there is visible evidence;

    d.   Property of others for which the Insured is responsible while acting as a common or contract carrier, car-loader, freight forwarder, freight consolidator, freight broker, shipping association or similar arranger of transportation, or public warehouseman;

    e.   Property while waterborne, except while in transit by inland water carriers or by coastwise vessels operating within "territorial waters" of countries where coverage applies;

16. Property that is covered under any other policy of insurance in which it is more specifically described, except for the excess of the amount due (whether the Insured can collect on it or not) from that other insurance;

17. Any of the specific types of Covered Property described in Section B.1.a. through B.1.l. of this Coverage Form for which a Limit of Insurance is not shown in the Supplemental Coverage Declarations; or

18. Any of the Covered Costs and Expenses described in Section B.2.b. through B.2.f. for which a Limit of Insurance is not shown in the Supplemental Coverage Declarations.

© 2017 The Travelers Indemnity Company. All rights reserved.

## D. EXCLUSIONS

1. The Company will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.  These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   **a. Earth Movement**

   Any of the following, whether naturally occurring or due to man-made or other artificial causes:

   (1) (a) Earthquake, including tremors and aftershocks, and earth sinking, rising or shifting, related to such event;

       (b) Landslide, including tremors and aftershocks, and earth sinking, rising or shifting related to such event;

       (c) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased; or

       (d) Earth sinking (other than "sinkhole collapse"), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty.  Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if earth movement as described in (1)(a) through (1)(d) above results in fire or explosion, the Company will pay for the loss or damage caused by that fire or explosion.

   (2) Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in "volcanic action", building glass breakage or fire, the Company will pay for the loss or damage caused by that "volcanic action", building glass breakage or fire.

   This exclusion does not apply to property in due course of transit.

   **b. Flood**

   Flood meaning:

   (1) Flood, surface water, underground water, waves (including tidal waves and tsunami), tides, tidal water, overflow of any body of water, or their spray, all whether driven by wind or not (including storm surge);

   (2) Mudslide or mudflow;

   (3) Release of water impounded by a dam;

   (4) Water or sewage that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment; and

   (5) Waterborne material carried or otherwise moved by any of the water referred to in (1), (3) or (4) above, or material carried or otherwise moved by mudslide or mudflow;

   all whether naturally occurring or due to man-made or other artificial causes.

   But if Flood as described in (1) through (5) above results in fire, explosion or leakage from fire protective equipment not otherwise excluded, the Company will pay for the loss or damage caused by that fire, explosion or leakage from fire protective equipment.

   This exclusion does not apply to property in due course of transit.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority, except as provided for under Covered Costs and Expenses, Section B.2.e. Ordinance or Law.

© 2017 The Travelers Indemnity Company. All rights reserved.

But the Company will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Form.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, the Company will pay for loss or damage caused by that fire.

**e. War and Military Action**

(1) Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack:

(a) By any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces;

(b) By military, naval or air forces; or

(c) By an agent of any such government, power, authority or forces.

(2) Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence.

(3) Any discharge, explosion or use of any weapon of war employing nuclear fission or fusion will be conclusively presumed to be such a hostile or warlike action by such a government, power, authority or forces.

**f. Electronic Vandalism**

"Electronic vandalism".

But if "electronic vandalism" results in a "specified cause of loss", the Company will pay for loss or damage caused by that "specified cause of loss".

**g. Programming Errors or Omissions**

Programming errors, omissions or incorrect instructions to a machine.

But if programming errors, omissions or incorrect instructions to a machine result in a "specified cause of loss", the Company will pay for loss or damage caused by that "specified cause of loss".

**h. Ordinance or Law**

The enforcement of or compliance with any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of removing its debris;

except as provided in Covered Costs and Expenses, Section B.2.e. Ordinance or Law.

This Ordinance or Law exclusion applies whether the loss results from an ordinance or law that is enforced even if the property has not been damaged, or whether the loss results from the increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**i. Utility Services**

The failure or fluctuation of power, communication, water or other utility service provided to the insured premises, however caused, if the failure or fluctuation:

(1) Originates away from the insured premises; or

(2) Originates at the insured premises, but only if such failure or fluctuation involves equipment used to supply the utility service to the insured premises from a source away from the insured premises.

© 2017 The Travelers Indemnity Company. All rights reserved.

Failure or fluctuation of any utility service includes lack of sufficient capacity and reduction in supply.

If the failure or fluctuation of power, communication, water or other utility service results in a Covered Cause of Loss, the Company will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include services relating to internet access or access to any electronic, cellular or satellite network.

**j.  "Fungus", Wet Rot and Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot.

But if "fungus", wet rot or dry rot results in a "specified cause of loss", the Company will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1)  When "fungus", wet rot or dry rot results from fire or lightning; or

(2)  To the extent that coverage is provided under the Limited "Fungus", Wet Rot and Dry Rot Coverage - Direct Damage in Section B. of this Coverage Form.

**k.  Virus or Bacteria**

Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

With respect to any loss or damage subject to this exclusion, this exclusion supersedes any exclusion relating to "pollutants".

**l.  Certain Computer–Related Losses**

(1)  Failure, malfunction or inadequacy of, or the inability to use or have access to:

(a)  Any of the following, whether belonging to the Insured or to others:
   (i)   Computer hardware, including microprocessors;
   (ii)  Computer application software;
   (iii) Computer networks;
   (iv) Microprocessors, including computer chips, not part of any computer system; or
   (v)  Any other computerized or electronic equipment or components;
   or
(b)  Any other products and services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph (1)(a) above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times.

(2)  Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by or for the Insured to determine, rectify or test for, any potential or actual failure, malfunction or inadequacy described in paragraph (1) above.

If an excluded Cause of Loss as described in paragraphs (1) and (2) above results in a Covered Cause of Loss, the Company will pay for the loss or damage caused by that Covered Cause of Loss.

The Company will not pay for repair, replacement or modification of any items in paragraph (1) above to correct any actual or potential deficiencies or change any features.

2.  The Company will not pay for loss or damage caused by or resulting from any of the following:

a.  Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1)  Electrical or electronic wire, device, appliance, system or network; or

© 2017 The Travelers Indemnity Company. All rights reserved.

(2) Device, appliance, system or network utilizing cellular or satellite technology.

Electrical, magnetic or electromagnetic energy includes:

(1) Electrical current, including arcing;

(2) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(3) Pulse of electromagnetic energy;

(4) Electromagnetic waves or microwaves.

But if artificially generated electrical, magnetic or electromagnetic energy results in fire or explosion not otherwise excluded, the Company will pay for the loss or damage caused by that fire or explosion.

b. Delay, loss of use, loss of market or interruption of business, except as specifically provided.

c. (1) Wear and tear or depletion;

(2) Rust, corrosion, erosion, decay, deterioration, hidden or latent defect or any quality in the property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking, bulging or expansion;

(5) Nesting or infestation or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical or machinery breakdown, including rupture or bursting caused by centrifugal force; or

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;
(b) Changes in or extremes of temperature;
(c) Changes in flavor, color, texture or finish;
(d) Contamination by other than "pollutants", evaporation or leakage; or
(e) Marring or scratching.

But if an excluded cause of loss that is listed in 2.c.(1) through (7) above results in a "specified cause of loss" or building glass breakage, the Company will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.  Also, if a mechanical or machinery breakdown excluded in 2.(c)(6) above results in elevator collision not otherwise excluded, the Company will pay for the loss or damage caused by that elevator collision.

d. Explosion of steam boilers, steam generators, steam pipes, steam engines or steam turbines owned or leased by the Insured, or operated under the Insured's control.  But if explosion of steam boilers, steam generators, steam pipes, steam engines, or steam turbines results in fire or combustion explosion, the Company will pay for loss or damage caused by that fire or combustion explosion.  The Company will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

e. Dishonest or criminal act (including theft) by the Insured, any of the Insured's partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or any other party; or theft by any person (other than a carrier for hire or bailee) to whom the Insured entrusts the property for any purpose, whether acting alone or in collusion with each other or any other party.

This exclusion:

(1) Applies whether or not an act occurs during the Insured's normal hours of operation;

© 2017 The Travelers Indemnity Company. All rights reserved.

    (2) Does not apply to acts of destruction by the Insured's employees (including temporary employees and leased workers) or authorized representatives; but theft by the Insured's employees (including temporary employees and leased workers) or authorized representatives is not covered.

f.   Rain, snow, sand, dust, ice or sleet to personal property in the open (other than to property in the custody of a carrier for hire).

g.   Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a "specified cause of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", the Company will pay for such resulting loss or damage caused by that "specified cause of loss".

h.   Collapse, subject to the following provisions:

    (1) Collapse includes any of the following conditions of property or any portion of the property:

        (a) An abrupt falling down or caving in;
        (b) Loss of structural integrity, including separation of portions of the property or property in danger of falling down or caving in; or
        (c) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion as such condition relates to paragraphs (a) or (b) above.

    But if collapse results in a Covered Cause of Loss at the insured premises, the Company will pay for the loss or damage caused by that Covered Cause of Loss.

    (2) This Collapse exclusion does not apply:

        (a) To collapse, including "abrupt collapse", caused by one or more of the following:
           (i) Any of the "specified causes of loss" or breakage of building glass, all only as otherwise insured against;
           (ii) Weight of rain that collects on a roof; or
           (iii) Weight of people or personal property;
        or
        (b) To "abrupt collapse" caused by one or more of the following:
           (i) Building decay that is hidden from view, unless the presence of such decay is known to the Insured prior to collapse;
           (ii) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to the Insured prior to collapse;
           (iii) Use of defective material or methods in construction, remodeling or renovation if the "abrupt collapse" occurs during the course of the construction, remodeling or renovation;
           (iv) Use of defective material or methods of construction, remodeling or renovation if the "abrupt collapse" occurs after the construction, remodeling, or renovation is complete, but only if the collapse is caused in part by:

              • A cause of loss listed in paragraphs (b)(i) or (b)(ii) above;
              • Any of the "specified causes of loss" or breakage of building glass, all only as otherwise insured against;
              • Weight of rain that collects on a roof; or
              • Weight of people or property.

i.   Voluntary parting with any property by the Insured or anyone else to whom the Insured has entrusted the property, whether or not the insured was induced to do so by any fraudulent scheme, trick or device. But this exclusion does not apply to the insurance provided under this Coverage Form for loss of Covered Property in Transit due to the unintentional acceptance of fraudulent bills of lading, shipping receipts or messenger receipts.

© 2017 The Travelers Indemnity Company. All rights reserved.

j.  Smoke, vapor or gas from agricultural smudging or industrial operations.  But this exclusion does not apply to emissions or puff backs of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

k.  Any of the following, even if they are Covered Causes of Loss, if the Insured's premises where the loss or damage occurs has been "vacant" " for more than 60 consecutive days before that loss or damage occurs:

(1)  Vandalism;

(2)  Sprinkler leakage;

(3)  Building glass breakage;

(4)  "Water damage";

(5)  Theft; or

(6)  Attempted theft.

l.  Continuous or repeated seepage, leakage or flow of water or other liquid, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

m.  Shortage disclosed by audit or upon taking inventory or by a profit and loss statement, or other instances where there is no physical evidence to show what happened to the property.

As respects Accounts Receivable, Valuable Papers and Records, "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media":

(1)  The following exclusions in Section D.2. above do not apply:  a., c.(2) through c.(6), c.(7)(c) through c.(7)(e), d., f., g., h., j., k. and l.;

(2)  Exclusions c.(1), c.(7)(a) and c.(7)(b) in Section D.2. above apply, but if mechanical breakdown not otherwise excluded results, the Company will pay for that resulting loss or damage by mechanical breakdown.

3.  The Company will not pay for loss or damage caused by or resulting from any of the following:

a.  Weather conditions.  But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Section D.1. above to produce the loss or damage.

But if weather conditions, as excluded above, result in a Covered Cause of Loss, this exclusion does not apply to loss or damage caused by that resulting Covered Cause of Loss.

b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

But if an act or decision or the failure to act or decide, as excluded above, results in a Covered Cause of Loss, this exclusion does not apply to loss or damage caused by that resulting Covered Cause of Loss.

c.  Faulty, inadequate or defective:

(1)  Planning, zoning, development, surveying, siting;

(2)  Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3)  Materials used in repair, construction, renovation or remodeling; or

(4)  Maintenance;

of part or all of any property on or off the insured premises.

But if an excluded cause of loss that is listed in 3.c.(1) through 3.c.(4) above results in a Covered Cause of Loss, this exclusion does not apply to loss or damage caused by that resulting Covered Cause of Loss.  But the Company will not be liable for:

© 2017 The Travelers Indemnity Company. All rights reserved.

(a) Any cost of correcting or making good the fault, inadequacy or defect itself, except as provided for fire extinguishing equipment under Limitation E.3. below;

(b) Any cost incurred to tear down, tear out, repair or replace any part of any property to correct the fault, inadequacy or defect, except as specifically provided under the Water, Other Liquids, Powder or Molten Material Damage coverage in Section B.2.k. of this Coverage Form; or

(c) Any resulting loss or damage by a Covered Cause of Loss to the property that has the fault, inadequacy or defect until the fault, inadequacy or defect is corrected.

## E. LIMITATIONS

1. The Company will not pay for loss of or damage to property, as described and limited in this section. In addition, the Company will not pay for any loss of Business Income, Extra Expense or other indirect loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam generators, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But the Company will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than explosion.

   c. The interior of a building or structure or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless any of the following exceptions applies:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters;

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure; or

      (3) The rain, snow, sleet, ice, sand or dust enters the building or structure through an identifiable, existing opening in the building or structure that:

         (a) Is architecturally intended to be in such building or structure, such as a window or vent; and

         (b) Is not a fault, defect or inadequacy in the design, specifications, workmanship, repair, construction, renovation, remodeling or maintenance of such building or structure, or in the materials used in the repair, construction, renovation or remodeling of the building or structure.

      Any portion of a building or structure that is within the exterior-facing surface material of a building or structure shall constitute the interior of that building or structure.

   d. Merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession of the property under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This limitation applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, the Company will pay for loss or damage caused by that Covered Cause of Loss.

   e. Accounts receivable caused by or resulting from:

      (1) Bookkeeping, accounting or billing errors or omissions; or

      (2) Alteration, falsification, manipulation, concealment, destruction or disposal of records of accounts receivable committed to conceal the wrongful giving, taking, obtaining or

© 2017 The Travelers Indemnity Company. All rights reserved.

withholding of money, securities or other property but only to the extent of such wrongful giving, taking, obtaining or withholding.

f.  Valuable papers and records or "electronic data processing data and media" caused by or resulting from unauthorized viewing, copying, use or transfer by any person, even if such activity is characterized as theft.

g.  "Electronic data processing data and media" while being sent electronically.

h.  "Electronic data processing equipment" and "electronic data processing data and media" caused by or resulting from:

(1)  Errors or deficiency in design, installation, maintenance, repair or modification of the Insured's electronic data processing system or any electronic data processing system or network to which the Insured's system is connected or on which the Insured's system depends (including the electronic data in such system or network). But if errors or deficiency in design, installation, maintenance, repair or modification of the Insured's electronic data processing system or any electronic data processing system or network to which the Insured's system is connected or on which the Insured's system depends (including the electronic data in such system or network) results in any of the "specified causes of loss" or results in mechanical breakdown of "electronic data processing equipment", the Company will pay for loss or damage caused by that "specified cause of loss" or mechanical breakdown of "electronic data processing equipment"; or

(2)  Unexplained or indeterminable failure, malfunction or slowdown of any electronic data processing system or network, including the electronic data in such system or network, and the inability to access or properly manipulate the electronic data.

2.  As respects furs, fur garments and garments trimmed with fur, jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals, the most the Company will pay for loss or damage by theft, regardless of the types or number of articles that are lost or damaged is $50,000.

3.  The Company will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But the Company will pay the cost to repair or replace damaged parts of the fire extinguishing equipment if the damage:

a.  Results in discharge of any substance from an automatic fire protection system; or

b.  Is directly caused by freezing.

## F.  LIMITS OF INSURANCE

Refer to the Application of Limits of Insurance conditions in the Policy Conditions, Additional Provisions and Definitions Form.

## G.  DEDUCTIBLES

Refer to the Application of Deductibles conditions in the Policy Conditions, Additional Provisions and Definitions Form.

© 2017 The Travelers Indemnity Company. All rights reserved.

MS C1 02 10 18

# BUSINESS INCOME AND/OR RENTAL VALUE COVERAGE FORM EXCLUDING EXTRA EXPENSE

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Words and phrases that appear in quotation marks have special meaning.  Refer to Section D., Definitions, in the Policy Conditions, Additional Provisions and Definitions Form.

## A.  COVERAGE

When a Limit of Insurance is shown in the Supplemental Coverage Declarations for Business Income and/or Rental Value, the Company will pay for the actual loss of Business Income and/or Rental Value sustained by the Insured due to the necessary "suspension" of the Insured's "operations" during the "period of restoration".

The "suspension" must be caused by direct physical loss of or damage to property at the Insured's premises where coverage applies, as described below, including personal property in the open (or in a vehicle) within 1,000 feet of such premises, caused by or resulting from a Covered Cause of Loss:

- Business Income coverage applies at the Insured's premises specified for Business Income coverage in the Supplemental Coverage Declarations or, if not so specified, at the Insured's premises for which a Business Income value is stated in the most recent Statement of Values or Business Income Worksheet or other documentation on file with the Company.

- Rental Value coverage applies at the Insured's premises specified for Rental Value coverage in the Supplemental Coverage Declarations or, if not so specified, at the Insured's premises for which a value for Rental Value is stated in the most recent Statement of Values or Business Income Worksheet or other documentation on file with the Company.

If the Insured occupies only part of a building, the Insured's premises include the portion of the building that the Insured rents, leases or occupies, as well as any area within that building or on the site of that building, if such area services or is used to gain access to the Insured's portion of that building.

Covered Cause of Loss means risks of direct physical loss unless the loss is excluded in accordance with Section C., Exclusions, limited in accordance with Section D., Limitations, or excluded or limited in the Supplemental Coverage Declarations or by endorsement.

**Business Income and Rental Value**

1.  Business Income means the sum of:

    a.  Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred by the Insured including, for manufacturing risks, the net sales value of production; plus

    b.  Continuing normal operating expenses incurred by the Insured.

    But Business Income does not include Rental Value.

2.  Rental Value means the sum of:

    a.  Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred by the Insured as rental income from tenant occupancy of the Insured's premises, including fair rental value of any portion of such premises that is occupied by the Insured; plus

    b.  Continuing normal operating expenses incurred by the Insured in connection with such premises, including the amount of all charges that are the legal obligation of the tenants and that would otherwise be the obligation of the Insured.

3.  Under the above definitions of Business Income and Rental Value, continuing normal operating expenses incurred by the Insured do not include "ordinary payroll expenses" except when "ordinary payroll expenses" are either included or limited to a specified number of days as

© 2017 The Travelers Indemnity Company.  All rights reserved.

indicated on the Supplemental Coverage Declarations. If limited, the number of consecutive days during which coverage for "ordinary payroll expenses" applies may be used in two separate periods during the "period of restoration".

## B. COVERAGE EXTENSIONS

Unless otherwise indicated in the Supplemental Coverage Declarations or by endorsement, the Civil Authority Coverage Extension, the Extended Business Income or Rental Value Coverage Extension and the Limited "Fungus", Wet Rot and Dry Rot - Time Element Coverage Extension apply subject to the applicable coverage period stated within each Coverage Extension. The Ingress or Egress Coverage Extension applies only when a number of days, with or without a Limit of Insurance, is shown in the Supplemental Coverage Declarations for the Coverage Extension. Each of the remaining Coverage Extensions applies only when a Limit of Insurance is shown in the Supplemental Coverage Declarations for that Coverage Extension. The insurance available under each applicable Coverage Extension for loss of Business Income and/or loss of Rental Value applies only when such coverage is otherwise provided under this coverage form.

### 1. Civil Authority

a. The insurance provided by this coverage form for loss of Business Income and/or loss of Rental Value is extended to apply to such loss of Business Income and/or loss of Rental Value incurred by the Insured caused by the action of civil authority that prohibits access to the Insured's premises where such coverages apply:

(1) Due to direct physical loss of or damage to property other than property at the Insured's premises, caused by or resulting from a Covered Cause of Loss, provided both of the following apply:

(a) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the Insured's premises are within that area but are not more than 10 miles from the damaged property; and

(b) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property;

or

(2) Due to an actual or attempted violent crime, suicide or armed robbery occurring at or within 1,000 feet of such premises, provided both of the following apply:

(a) The actual or attempted violent crime, suicide or armed robbery is not caused by, the result of, or carried out by means of, an excluded cause of loss; and

(b) The action of civil authority is taken to enable a civil authority to have unimpeded access to the location of the actual or attempted violent crime, suicide or armed robbery.

The exclusion of loss caused by dishonest or criminal acts by the Insured's employees or authorized representatives in Section D.2 e. of the Property Coverage Form does not apply to this coverage for loss caused by an actual or attempted violent crime, suicide or armed robbery.

b. Civil Authority coverage for Business Income and Rental Value will begin 72 hours after the time of the first action of civil authority that prohibits access to the Insured's premises and will then apply for a period of up to 30 consecutive days (or the revised number of consecutive days shown for this Coverage Extension in the Supplemental Coverage Declarations). No other hour deductible applicable to Business Income or Rental Value applies to this coverage.

### 2. Ingress or Egress

a. The insurance provided by this coverage form for loss of Business Income and/or loss of Rental Value is extended to apply to such loss of Business Income and/or loss of Rental Value

© 2017 The Travelers Indemnity Company. All rights reserved.

incurred by the Insured when ingress to or egress from the Insured's premises where such coverages apply is prevented (other than as provided in the Civil Authority Coverage Extension) as a direct result of loss of or damage to property that is away from, but within 1 mile (or the revised number of miles shown for this Coverage Extension in the Supplemental Coverage Declarations) of the Insured's premises, caused by or resulting from a Covered Cause of Loss.

b.   Ingress or Egress coverage for Business Income and/or Rental Value will begin at the time ingress to or egress from the Insured's premises is first prevented or, if a number of hours is shown as the applicable Business Income and/or Rental Value deductible in the Supplemental Coverage Declarations, that number of hours after the ingress or egress is first prevented. Coverage will then apply up to the number of consecutive days shown in the Supplemental Coverage Declarations as the coverage period for this Coverage Extension.

**3.   Extended Business Income or Rental Value**

If the necessary "suspension" of the Insured's "operations" produces a Business Income and/or Rental Value loss payable under this policy, the insurance provided by this coverage form is extended to apply to such loss of Business Income and/or Rental Value incurred by the Insured during the period that:

a.   Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed or, with respect to Rental Value, tenantability is restored; and

b.   Ends on the earlier of:

(1)   The date the Insured could restore "operations" or, with respect to Rental Value, restore tenant occupancy, with reasonable speed, to the level that would generate the Business Income or Rental Value amount that would have existed if no direct physical loss or damage had occurred; or

(2)   60 consecutive days (or the revised number of consecutive days shown for this Coverage Extension in the Supplemental Coverage Declarations) after the date determined in 3.a. above.

However, this Coverage Extension does not apply to loss of Business Income or Rental Value incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the Insured's premises are located.

Loss of Business Income and Rental Value must be caused by direct physical loss of or damage to property at the Insured's premises, at the premises of a "dependent property", at newly acquired premises or in transit, or to Covered Property at undescribed premises, all only as insured under this coverage form, caused by or resulting from a Covered Cause of Loss.

The expiration date of this policy will not cut short the extended Business Income or Rental Value period of coverage.

**4.   "Dependent Property"**

The insurance provided by this coverage form for loss of Business Income and/or loss of Rental Value is extended to apply to such loss of Business Income and/or Rental Value due to a "suspension" of "operations" at the Insured's premises where such coverage applies, that is:

a.   Incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to property at the premises of a "dependent property" within the Policy Territory.  With respect only to this extension, the phrase, *at the Insured's premises*, as used in paragraph 15.a.(1) of the definition of "period of restoration" in Section D. of the Policy Conditions, Additional Provisions and Definitions Form, is deleted and replaced by the phrase *at the premises of a "dependent property"*.

b.   Incurred by the Insured and caused by the action of civil authority that prohibits access to a "dependent property" within the Policy Territory.  This civil authority coverage is subject to the provisions of the Civil Authority Coverage Extension, except the phrase, *the Insured's premises*,

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C1 02 10 18

where used in the Civil Authority Coverage Extension in Section B.1. above, is deleted and replaced by the phrase *the premises of a "dependent property"*.

c. Incurred by the Insured when ingress to or egress from a "dependent property" within the Policy Territory is prevented (other than as provided in the Civil Authority Coverage) as a direct result of loss of or damage to property that is away from, but within 1 mile of the "dependent property", caused by or resulting from a Covered Cause of Loss.  This ingress or egress coverage applies only when a coverage period is shown in the Supplemental Coverage Declarations for the Ingress or Egress Coverage Extension in Section B.2. above, and is then subject to the provisions of the Ingress or Egress Coverage Extension in Section B.2. above except:

  (1) The phrase, *the Insured's premises*, where used in the Ingress or Egress Coverage Extension in Section B.2. above, is deleted and replaced by the phrase *the premises of a "dependent property"*.

  (2) In addition to the coverage period that applies to the Ingress or Egress Coverage Extension, this ingress or egress coverage is subject to, and will not increase, the Limit of Insurance that applies to all loss under this "Dependent Property" Coverage Extension.  If a smaller Limit of Insurance is shown in the Supplemental Coverage Declarations for the Ingress or Egress Coverage Extension in Section B.2. above, payment under this coverage for loss due to the prevention of ingress to or egress from a "dependent property" will be further limited to the amount of that smaller limit.

This Coverage Extension does not apply to "dependent property" for which the Insured has more specific insurance, whether under this policy or another policy.

**5. Ordinance or Law – Increased "Period of Restoration"**

a. If direct physical loss or damage by a Covered Cause of Loss occurs to property at the Insured's premises where Business Income and/or Rental Value coverage applies, the insurance provided under this coverage form is extended to apply to such loss the Insured incurs during the reasonable and necessary increase in the "period of restoration" caused by or resulting from the enforcement of or compliance with any ordinance or law that:

  (1) Regulates the construction or repair of any property;

  (2) Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

  (3) Is in force at the time of loss.

b. Insurance under this Coverage Extension applies only to the increased period required to repair or reconstruct the property to comply with the minimum requirements of the ordinance or law.

c. Under this Coverage Extension, the Company will not pay for:

  (1) Any loss due to the enforcement of or compliance with any ordinance or law that:

    (a) The Insured was required to comply with before the loss, even if the property was undamaged; and

    (b) The Insured failed to comply with.

  (2) Any loss caused by or resulting from the enforcement of or compliance with any ordinance or law that requires:

    (a) The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot; or

    (b) Any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet rot or dry rot.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C1 02 10 18

**6. Newly Acquired Premises – Time Element**

a. The insurance provided by this coverage form for loss of Business Income and/or loss of Rental Value is extended to apply to such loss of Business Income or Rental Value incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to property, including property under construction, within the Policy Territory at any:

(1) Premises newly acquired by the Insured; and

(2) Premises the Insured becomes newly required to insure under a written contract.

b. Insurance under this Coverage Extension for each premises will end when any of the following first occurs:

(1) This policy is cancelled or expires;

(2) 120 days (or the revised number of days shown for this Coverage Extension in the Supplemental Coverage Declarations) expire after the Insured acquires or begins to construct the property or is required to insure the property;

(3) The Insured reports the new premises to the Company; or

(4) The Business Income or Rental Value is more specifically insured elsewhere.

c. If the Company elects to add the premises for coverage under this coverage form, the Company will charge the Insured additional premium for values reported from the date the Insured acquires the property or is required to insure the property.

d. With respect only to the insurance provided under this Coverage Extension, the phrase, *the Insured's premises*, as used in paragraph 15.a.(1) of the definition of "period of restoration" in Section D. of the Policy Conditions, Additional Provisions and Definitions Form, means premises described in paragraphs a.(1) and a.(2) above to which this Coverage Extension applies.

**7. Undescribed Premises – Time Element**

a. The insurance provided by this coverage form for loss of Business Income and/or loss of Rental Value is extended to apply to such loss of Business Income and/or Rental Value due to a "suspension" of "operations" at the Insured's premises where such coverage applies, that is incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to Covered Property, as described in the Property Coverage Form, while at an Undescribed Premises.

b. Undescribed Premises means premises that are not owned, leased or regularly operated by the Insured.  Covered Property at an Undescribed Premises does not include:

(1) Property at the premises of "dependent property";

(2) Property in the due course of transit; or

(3) Property at any premises outside of the Policy Territory.  But this exclusion does not apply to Covered Property at an "exhibition" site.

c. With respect only to the insurance provided under this Coverage Extension, the phrase, *the Insured's premises*, as used in paragraph 15.a.(1) of the definition of "period of restoration" in Section D. of the Policy Conditions, Additional Provisions and Definitions Form, means Undescribed Premises to which this Coverage Extension applies.

**8. Transit – Time Element**

a. The insurance provided by this coverage form for loss of Business Income and/or loss of Rental Value is extended to apply to such loss of Business Income and/or Rental Value due to a "suspension" of "operations" at the Insured's premises where such coverage applies, that is incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to property in the due course of transit at the risk of the Insured:

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C1 02 10 18

(1) Over the road, on inland waters, on "territorial waters" or in air space of countries or jurisdictions within the Policy Territory; and

(2) Over the road, on inland waters, on "territorial waters" or in air space of countries or jurisdictions that are not within the Policy Territory, while in the due course of transit at the risk of the Insured between points within the Policy Territory.

b. This Coverage Extension does not apply to:

(1) Shipments by a government postal service except by registered mail;

(2) Any export or import shipment while covered under an Ocean Marine Cargo or other insurance policy;

(3) Theft from a conveyance or container while unattended, unless the portion of the conveyance or container containing the property is fully enclosed and securely locked and the theft is by forcible entry of which there is visible evidence;

(4) Property of others for which the Insured is responsible while acting as a common or contract carrier, car-loader, freight forwarder, freight consolidator, freight broker, shipping association or similar arranger of transportation, or public warehouseman;

(5) Property while waterborne, except while in transit by inland water carriers or by coastwise vessels operating within "territorial waters" of countries where coverage applies;

(6) Property sold by the Insured under an installment plan, conditional sale or trust agreement or other deferred payment plan after delivery to the purchasers; or

(7) The transporting conveyance itself.

c. With respect only to the insurance provided under this Coverage Extension, the phrase, *property at the Insured's premises*, as used in paragraph 15.a.(1) of the definition of "period of restoration" in Section D. of the Policy Conditions, Additional Provisions and Definitions Form, is replaced by the phrase *property in the due course of transit to which this Coverage Extension applies*.

**9. Contract Penalties**

a. The insurance provided by this coverage form is extended to apply to Contract Penalties the Insured incurs due to the necessary "suspension" of the Insured's "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage by a Covered Cause of Loss to property at the Insured's premises where coverage for loss of Business Income and/or Rental Value applies, including "finished stock" and personal property in the open (or in a vehicle) within 1,000 feet of those premises.

b. As used in this Coverage Extension, Contract Penalties means amounts that, under the terms of a written contract that is in effect at the time of the direct physical loss or damage, the Insured is required to pay to the Insured's customers for failure to deliver the Insured's products or services on time.

c. When an hour deductible applies to Business Income and/or Rental Value coverage, the hour deductible does not apply to this Coverage Extension. If no deductible other than an hour deductible applies to Business Income and/or Rental Value coverage in an occurrence, the Any Other Covered Loss Deductible will apply to this Coverage Extension.

**10. Expenses to Reduce Loss**

The Company will pay reasonable and necessary expenses incurred by the Insured, except the cost of extinguishing a fire, to reduce the amount of loss under this coverage form. The total of the Company's payment for Business Income and/or Rental Value loss and Expenses to Reduce Loss will not be more than the Business Income or Rental Value loss that would have been payable under this coverage form (after application of any Coinsurance penalty) if the Expenses to Reduce Loss had not been incurred. This coverage does not increase the Limit of Insurance for either Business Income or Rental Value. If a Coinsurance Endorsement is attached to this

© 2017 The Travelers Indemnity Company. All rights reserved.

policy, it does not apply specifically to such Expenses to Reduce Loss, but it is used as described above to determine the aggregate amount payable.

**11. Claim Data Expense – Time Element**

This insurance applies to the reasonable expenses incurred by the Insured in preparing claim data when required by the Company.  This includes the cost of preparing income statements and other documentation to show the extent of the loss.  The Company will not pay for:

a. Any expenses incurred, directed, or billed by or payable to insurance adjusters or their associates or subsidiaries;

b. Any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without the Company's written consent prior to such expenses being incurred; or

c. Any costs as provided in the Appraisal Loss Condition in Section B.2. of the Policy Conditions, Additional Provisions and Definitions Form.

**12. "Pollutant" Clean Up and Removal – Time Element**

a. The insurance provided by this coverage form for loss of Business Income and/or Rental Value due to a "suspension" of "operations" at the Insured's premises where such coverage applies, that is incurred by the Insured during the "period of restoration", is extended to apply to such loss of Business Income and/or loss of Rental Value incurred by the Insured during the increased period of time necessarily required to extract "pollutants" from land or water outside of buildings at such premises.

b. Insurance under this Coverage Extension applies only if the discharge, dispersal, seepage, migration, release or escape of "pollutants" into the land or water is caused by or results from direct physical loss or damage by a "specified cause of loss" that occurs:

(1) To property at the Insured's premises where coverage applies that is Covered Property under the Property Coverage Form of this policy; and

(2) During the Policy Period.

c. The most the Company will pay under this Coverage Extension for the sum of all loss of Business Income and/or loss of Rental Value arising out of all "specified causes of loss" that occur during each separate 12 month period of this policy (commencing with the inception date of this policy) is the Limit of Insurance shown in the Supplemental Coverage Declarations for "Pollutant" Cleanup and Removal – Time Element.

**13. Limited "Fungus", Wet Rot and Dry Rot - Time Element**

a. This Coverage Extension only applies when the "fungus", wet rot or dry rot is the result of a "specified cause of loss", other than fire or lightning, that occurs at the Insured's premises during the policy period, and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after the occurrence of the "specified cause of loss".

The "Fungus", Wet Rot and Dry Rot exclusion in Section D.1. of the Property Coverage Form does not apply to the insurance specifically provided under this Coverage Extension.

b. The insurance provided by this coverage form for loss of Business Income and/or Rental Value due to a "suspension" of "operations" at the Insured's premises where such coverage applies, is extended to apply to such loss and expense the Insured incurs during the reasonable and necessary increase in the "period of restoration" caused by direct physical loss of or damage to property at such premises caused by or resulting from "fungus", wet rot or dry rot.

c. If the loss that results in the "fungus", wet rot or dry rot does not in itself necessitate a "suspension" of "operations", but such "suspension" of "operations" is necessary due to loss of or damage to property at the Insured's premises caused by "fungus", wet rot or dry rot, then the Company's payment for Business Income and/or Rental Value is limited to the amount of loss and/or expense sustained in a period of not more than 30 days (or the revised

number of days shown for this Coverage Extension in the Supplemental Coverage Declarations). The days need not be consecutive.

d. If a covered "suspension" of "operations" is caused by loss or damage at the Insured's premises by other than "fungus", wet rot or dry rot, but remediation of "fungus", wet rot or dry rot prolongs the "period of restoration", the Company will pay for loss and/or expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days (or the revised number of days shown for this Coverage Extension in the Supplemental Coverage Declarations). The days need not be consecutive.

e. The terms of this Limited "Fungus", Wet Rot and Dry Rot – Time Element Coverage Extension do not increase or reduce the coverage provided for loss caused by or resulting from collapse of buildings or structures under the Collapse exclusion in Section D.2.h. of the Property Coverage Form.

## C. EXCLUSIONS

1. All of the exclusions contained in Section D. of the Property Coverage Form apply to this coverage form except:

   a. Exclusion 1.h., Ordinance or Law, is amended by the addition of the following:

      This exclusion does not apply to the Ordinance or Law – Increased "Period of Restoration" Coverage Extension.

   b. Exclusion 2.b., Indirect or remote loss or damage; delay, loss of use or loss of market; or interruption of business, does not apply to the extent coverage is specifically provided under this coverage form.

2. In addition, the Company will not pay for:

   a. Any loss caused by or resulting from:

      (1) Damage or destruction of "finished stock"; or

      (2) The time required to reproduce "finished stock".

      This exclusion does not apply to the Contract Penalties Coverage Extension.

   b. Any loss caused by or resulting from direct physical loss of or damage to:

      (1) Outdoor trees, shrubs, plants or lawns (including fairways, greens and tees), artificial turf (including underlayment), growing crops, standing timber, land or water;

      (2) Harvested grain, hay, straw or other crops while outside of buildings;

      (3) Communication, radio or television antennas (including microwave satellite dishes), and their lead-in wiring, masts or towers;

      (4) Animals; or

      (5) Human body parts and fluids, including organs, tissues, blood and cells.

   c. Any increase of loss caused by or resulting from:

      (1) Delay in rebuilding, repairing or replacing the property or resuming "operations" due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      (2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", the Company will cover such loss that affects the Insured's Business Income or Rental Value during the "period of restoration" and any extension of that period as provided under the Extended Business Income or Rental Value Coverage Extension.

   d. Any extra expense, except as provided in the Expenses to Reduce Loss Coverage Extension.

© 2017 The Travelers Indemnity Company. All rights reserved.

e.  Any other consequential loss, including fines and penalties, except as specifically provided under the Contract Penalties Coverage Extension.

## D.  LIMITATIONS

Under Section E. of the Property Coverage Form, Limitation 2., which limits the amount the Company will pay for theft loss to specified types of personal property, does not apply to this coverage form.  All other limitations contained in Section E. of the Property Coverage Form apply to this coverage form.  In addition, the following limitation applies:

**Limitation – "Electronic Data Processing Data and Media"**

The Company will not pay for any loss of Business Income or Rental Value caused by direct physical loss of or damage to "electronic data processing data and media" after the longer of:

1.  60 consecutive days from the date of direct physical loss or damage; or

2.  The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the Insured's premises (or other location of loss to which the insurance applies) that suffers loss or damage in the same occurrence, provided the Business Income or Rental Value loss caused by the loss of or damage to such property is not otherwise excluded under this coverage form.

## E.  LIMITS OF INSURANCE

Refer to the Application of Limits of Insurance conditions in the Policy Conditions, Additional Provisions and Definitions Form.

## F.  DEDUCTIBLES

Refer to the Application of Deductibles conditions in the Policy Conditions, Additional Provisions and Definitions Form.

## G.  ADDITIONAL CONDITION

The following condition applies in addition to the conditions contained in the Policy Conditions, Additional Provisions and Definitions Form:

**Loss Determination**

1.  The amount of Business Income or Rental Value loss will be determined based on:

    a.  The Net Income or Rental Value of the business before the direct physical loss or damage occurred;

    b.  The likely Net Income or Rental Value of the business if no direct physical loss or damage occurred, but not including any likely increase in Net Income or Rental Value attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

    c.  The operating expenses, including "ordinary payroll expenses" to the extent insured, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

    d.  Other relevant sources of information, including:

        (1)  The financial records and accounting procedures of the Insured;

        (2)  Bills, invoices and other vouchers; and

        (3)  Deeds, liens, contracts or leases.

2.  The Company will reduce the amount of the Insured's Business Income or Rental Value loss, to the extent the Insured can resume "operations" in whole or in part, by using:

    a.  Damaged or undamaged property (including merchandise or "stock") at the Insured's premises or elsewhere; or

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C1 02 10 18

b.   Any other available sources of materials or outlets for the Insured's products.

3.   If the Insured intends to continue the Insured's business, the Insured must resume "operations", in whole or in part, as quickly as possible.  If the Insured does not resume "operations", or does not resume "operations" as quickly as possible, the Company will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C1 03 10 18

# EXTRA EXPENSE COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Words and phrases that appear in quotation marks have special meaning.  Refer to Section D., Definitions, in the Policy Conditions, Additional Provisions and Definitions Form.

## A.  COVERAGE

When a Limit of Insurance is shown in the Supplemental Coverage Declarations for Extra Expense, the Company will pay the actual and necessary Extra Expense incurred by the Insured during the "period of restoration".

The Extra Expense must be caused by direct physical loss of or damage to property at the Insured's premises where Extra Expense coverage applies, as described below, including personal property in the open (or in a vehicle) within 1,000 feet of such premises, caused by or resulting from a Covered Cause of Loss.  Unless otherwise indicated in the Supplemental Coverage Declarations or by endorsement, Extra Expense coverage applies at the Insured's premises described in the most recent Statement of Values or other documentation on file with the Company.

If the Insured occupies only part of a building, the Insured's premises include the portion of the building that the Insured rents, leases or occupies, as well as any area within that building or on the site of that building, if such area services or is used to gain access to the Insured's portion of that building.

Covered Cause of Loss means risks of direct physical loss unless the loss is excluded in accordance with Section C., Exclusions, limited in accordance with Section D., Limitations, or excluded or limited in the Supplemental Coverage Declarations or by endorsement.

**Extra Expense**

Extra Expense means the following expenses incurred by the Insured that the Insured would not have incurred if there had been no direct physical loss of or damage to property caused by or resulting from a Covered Cause of Loss:

1.  Reasonable and necessary expenses (other than expenses to repair or replace any property), incurred to:

    a.  Avoid or minimize the "suspension" of business and to continue "operations":

        (1)  At the Insured's premises; or

        (2)  At replacement premises or at temporary locations, including relocation expenses and costs to equip and operate the replacement premises or temporary locations; and

    b.  Minimize the "suspension" of business if the Insured cannot continue "operations";

2.  Reasonable and necessary expenses to repair or replace any property, but only to the extent they reduce the amount of loss that otherwise would have been payable under this coverage form.

## B.  COVERAGE EXTENSIONS

Unless otherwise indicated in the Supplemental Coverage Declarations or by endorsement, the Civil Authority Coverage Extension and the Limited "Fungus", Wet Rot and Dry Rot – Extra Expense Coverage Extension apply subject to the applicable coverage period stated within each Coverage Extension.  The Ingress or Egress Coverage Extension applies only when a number of days, with or without a Limit of Insurance, is shown in the Supplemental Coverage Declarations for the Coverage Extension.  Each of the remaining Coverage Extensions applies only when a Limit of Insurance is shown in the Supplemental Coverage Declarations for that Coverage Extension.

© 2017 The Travelers Indemnity Company. All rights reserved.

MS C1 03 10 18

1. **Civil Authority**

   a. The insurance provided by this coverage form is extended to apply to the Extra Expense incurred by the Insured caused by the action of civil authority that prohibits access to the Insured's premises where Extra Expense coverage applies:

      (1) Due to direct physical loss of or damage to property other than property at the Insured's premises, caused by or resulting from a Covered Cause of Loss, provided both of the following apply:

         (a) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the Insured's premises are within that area but are not more than 10 miles from the damaged property; and

         (b) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property;

         or

      (2) Due to an actual or attempted violent crime, suicide or armed robbery occurring at or within 1,000 feet of such premises, provided both of the following apply:

         (a) The actual or attempted violent crime, suicide or armed robbery is not caused by, the result of, or carried out by means of, an excluded cause of loss; and

         (b) The action of civil authority is taken to enable a civil authority to have unimpeded access to the location of the actual or attempted violent crime, suicide or armed robbery.

         The exclusion of loss caused by dishonest or criminal acts by the Insured's employees or authorized representatives in Section D.2 e. of the Property Coverage Form does not apply to this coverage for loss caused by an actual or attempted violent crime, suicide or armed robbery.

   b. Civil Authority coverage for Extra Expense will begin immediately after the time of the first action of the civil authority that prohibits access to the Insured's premises and will end 30 days (or the revised number of consecutive days shown for this Coverage Extension in the Supplemental Coverage Declarations) after the date of that civil authority action.

2. **Ingress or Egress**

   a. The insurance provided by this coverage form is extended to apply to the Extra Expense incurred by the Insured when ingress to or egress from the Insured's premises where Extra Expense coverage applies is prevented (other than as provided in the Civil Authority Coverage Extension) as a direct result of loss of or damage to property that is away from, but within 1 mile (or the revised number of miles shown for this Coverage Extension in the Supplemental Coverage Declarations) of the Insured's premises, caused by or resulting from a Covered Cause of Loss.

   b. Ingress or Egress coverage for Extra Expense will begin immediately after ingress to or egress from the Insured's premises is first prevented and will end after the number of consecutive days shown for this Coverage Extension in the Supplemental Coverage Declarations.

3. **"Dependent Property"**

   The insurance provided by this coverage form is extended to apply to the Extra Expense at the Insured's premises where Extra Expense coverage applies, that is:

   a. Incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to property at the premises of a "dependent property" within the Policy Territory.  With respect only to this extension, the phrase, *at the Insured's premises*, as used in paragraph 15.a.(1) of the definition of "period of restoration" in Section D. of the Policy

© 2017 The Travelers Indemnity Company. All rights reserved.

Conditions, Additional Provisions and Definitions Form, is deleted and replaced by the phrase *at the premises of a "dependent property"*.

b.  Incurred by the Insured and caused by the action of civil authority that prohibits access to a "dependent property" within the Policy Territory. This civil authority coverage is subject to the provisions of the Civil Authority Coverage Extension, except the phrase, *the Insured's premises*, where used in the Civil Authority Coverage Extension in Section B.1. above, is deleted and replaced by the phrase *the premises of a "dependent property"*.

c.  Incurred by the Insured when ingress to or egress from a "dependent property" within the Policy Territory is prevented (other than as provided in the Civil Authority Coverage) as a direct result of loss of or damage to property that is away from, but within 1 mile of the "dependent property", caused by or resulting from a Covered Cause of Loss. This ingress or egress coverage applies only when a coverage period is shown in the Supplemental Coverage Declarations for the Ingress or Egress Coverage Extension in Section B.2. above, and is then subject to the provisions of the Ingress or Egress Coverage Extension in Section B.2. above except:

    (1) The phrase, *the Insured's premises*, where used in the Ingress or Egress Coverage Extension in Section B.2. above, is deleted and replaced by the phrase *the premises of a "dependent property"*.

    (2) In addition to the coverage period that applies to the Ingress or Egress Coverage Extension, this ingress or egress coverage is subject to, and will not increase, the Limit of Insurance that applies to all loss under this "Dependent Property" Coverage Extension. If a smaller Limit of Insurance is shown in the Supplemental Coverage Declarations for the Ingress or Egress Coverage Extension in Section B.2. above, payment under this coverage for loss due to the prevention of ingress to or egress from a "dependent property" will be further limited to the amount of that smaller limit.

This Coverage Extension does not apply to "dependent property" for which the Insured has more specific insurance, whether under this policy or another policy.

4.  **Ordinance or Law – Increased "Period of Restoration"**

    a.  If direct physical loss or damage by a Covered Cause of Loss occurs to property at the Insured's premises where Extra Expense coverage applies, the insurance provided under this coverage form is extended to apply to the Extra Expense the Insured incurs during the reasonable and necessary increase in the "period of restoration" caused by or resulting from the enforcement of or compliance with any ordinance or law that:

        (1) Regulates the construction or repair of any property;

        (2) Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

        (3) Is in force at the time of loss.

    b.  Insurance under this Coverage Extension applies only to the increased period required to repair or reconstruct the property to comply with the minimum requirements of the ordinance or law.

    c.  Under this Coverage Extension, the Company will not pay for:

        (1) Any loss due to the enforcement of or compliance with any ordinance or law that:

            (a) The Insured was required to comply with before the loss, even if the property was undamaged; and

            (b) The Insured failed to comply with.

        (2) Any loss caused by or resulting from the enforcement of or compliance with any ordinance or law that requires:

      (a)  The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot; or

      (b)  Any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet rot or dry rot.

**5.   Newly Acquired Premises – Extra Expense**

a.   The insurance provided by this coverage form is extended to apply to the Extra Expense incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to property, including property under construction, within the Policy Territory at any:

    (1)   Premises newly acquired by the Insured; and

    (2)   Premises the Insured becomes newly required to insure under a written contract.

b.   Insurance under this Coverage Extension for each premises will end when any of the following first occurs:

    (1)   This policy is cancelled or expires;

    (2)   120 days (or the revised number of days shown for this Coverage Extension in the Supplemental Coverage Declarations) expire after the Insured acquires or begins to construct the property or is required to insure the property;

    (3)   The Insured reports the new premises to the Company; or

    (4)   The Extra Expense is more specifically insured elsewhere.

c.   If the Company elects to add the premises for coverage under this coverage form, the Company will charge the Insured additional premium for values reported from the date the Insured acquires the property or is required to insure the property.

d.   With respect only to the insurance provided under this Coverage Extension, the phrase, *the Insured's premises*, as used in paragraph 15.a.(1) of the definition of "period of restoration" in Section D. of the Policy Conditions, Additional Provisions and Definitions Form, means premises described in paragraphs a.(1) and a.(2) above to which this Coverage Extension applies.

**6.   Undescribed Premises – Extra Expense**

a.   The insurance provided by this coverage form is extended to apply to the Extra Expense at the Insured's premises where Extra Expense coverage applies, that is incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to Covered Property, as described in the Property Coverage Form, while at an Undescribed Premises.

b.   Undescribed Premises means premises that are not owned, leased or regularly operated by the Insured.  Covered Property at an Undescribed Premises does not include:

    (1)   Property at the premises of "dependent property";

    (2)   Property in the due course of transit; or

    (3)   Property at any premises outside of the Policy Territory.  But this exclusion does not apply to Covered Property at an "exhibition" site.

c.   With respect only to the insurance provided under this Coverage Extension, the phrase, *the Insured's premises*, as used in paragraph 15.a.(1) of the definition of "period of restoration" in Section D. of the Policy Conditions, Additional Provisions and Definitions Form, means Undescribed Premises to which this Coverage Extension applies.

© 2017 The Travelers Indemnity Company. All rights reserved.

7. **Transit – Extra Expense**

    a.  The insurance provided by this coverage form is extended to apply to the Extra Expense at the Insured's premises where Extra Expense coverage applies, that is incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to property in the due course of transit at the risk of the Insured:

        (1)  Over the road, on inland waters, on "territorial waters" or in air space of countries or jurisdictions within the Policy Territory; and

        (2)  Over the road, on inland waters, on "territorial waters" or in air space of countries or jurisdictions that are not within the Policy Territory, while in the due course of transit at the risk of the Insured between points within the Policy Territory.

    b.  This Coverage Extension does not apply to:

        (1)  Shipments by a government postal service except by registered mail;

        (2)  Any export or import shipment while covered under an Ocean Marine Cargo or other insurance policy;

        (3)  Theft from a conveyance or container while unattended, unless the portion of the conveyance or container containing the property is fully enclosed and securely locked and the theft is by forcible entry of which there is visible evidence;

        (4)  Property of others for which the Insured is responsible while acting as a common or contract carrier, car-loader, freight forwarder, freight consolidator, freight broker, shipping association or similar arranger of transportation, or public warehouseman;

        (5)  Property while waterborne, except while in transit by inland water carriers or by coastwise vessels operating within "territorial waters" of countries where coverage applies;

        (6)  Property sold by the Insured under an installment plan, conditional sale or trust agreement or other deferred payment plan after delivery to the purchasers; or

        (7)  The transporting conveyance itself.

    c.  With respect only to the insurance provided under this Coverage Extension, the phrase, *property at the Insured's premises*, as used in paragraph 15.a.(1) of the definition of "period of restoration" in Section D. of the Policy Conditions, Additional Provisions and Definitions Form, is replaced by the phrase *property in the due course of transit to which this Coverage Extension applies*.

8. **Claim Data Expense – Extra Expense**

This insurance applies to the reasonable expenses incurred by the Insured in preparing Extra Expense claim data when required by the Company.  This includes the cost of preparing statements and other documentation to show the extent of the Extra Expense loss.  The Company will not pay for:

    a.  Any expenses incurred, directed or billed by or payable to insurance adjusters or their associates or subsidiaries;

    b.  Any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without the Company's written consent prior to such expenses being incurred; or

    c.  Any costs as provided in the Appraisal Loss Condition in Section B.2. of the Policy Conditions, Additional Provisions and Definitions Form.

9. **"Pollutant" Clean Up and Removal – Extra Expense**

    a.  The insurance provided by this coverage form at the Insured's premises where Extra Expense coverage applies, that is incurred by the Insured during the "period of restoration", is extended to apply to the Extra Expense incurred by the Insured during the increased period of time necessarily required to extract "pollutants" from land or water outside of buildings at such premises.

© 2017 The Travelers Indemnity Company. All rights reserved.

                 

    b.  Insurance under this Coverage Extension applies only if the discharge, dispersal, seepage, migration, release or escape of "pollutants" into the land or water is caused by or results from direct physical loss or damage by a "specified cause of loss" that occurs:

        (1)  To property at the Insured's premises where Extra Expense coverage applies that is Covered Property under the Property Coverage Form of this policy; and

        (2)  During the Policy Period.

    c.  The most the Company will pay under this Coverage Extension for the sum of all Extra Expense arising out of all "specified causes of loss" that occur during each separate 12 month period of this policy (commencing with the inception date of this policy) is the Limit of Insurance shown in the Supplemental Coverage Declarations for "Pollutant" Cleanup and Removal – Extra Expense.

### 10. Limited "Fungus", Wet Rot and Dry Rot – Extra Expense

    a.  This Coverage Extension only applies when the "fungus", wet rot or dry rot is the result of a "specified cause of loss", other than fire or lightning, that occurs at the Insured's premises during the policy period, and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after the occurrence of the "specified cause of loss".

        The "Fungus", Wet Rot and Dry Rot exclusion in Section D.1. of the Property Coverage Form does not apply to the insurance specifically provided under this Coverage Extension.

    b.  The insurance provided by this coverage form at the Insured's premises where Extra Expense coverage applies, is extended to apply to the Extra Expense the Insured incurs during the reasonable and necessary increase in the "period of restoration" caused by direct physical loss of or damage to property at such premises caused by or resulting from "fungus", wet rot or dry rot.

    c.  If the loss that results in the "fungus", wet rot or dry rot does not in itself necessitate a "suspension" of "operations", but such "suspension" of "operations" is necessary due to loss of or damage to property at the Insured's premises caused by "fungus", wet rot or dry rot, then the Company's payment for Extra Expense is limited to the amount of Extra Expense sustained in a period of not more than 30 days (or the revised number of days shown for this Coverage Extension in the Supplemental Coverage Declarations). The days need not be consecutive.

    d.  If a covered "suspension" of "operations" is caused by loss or damage at the Insured's premises by other than "fungus", wet rot or dry rot, but remediation of "fungus", wet rot or dry rot prolongs the "period of restoration", the Company will pay for Extra Expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days (or the revised number of days shown for this Coverage Extension in the Supplemental Coverage Declarations). The days need not be consecutive.

    e.  The terms of this Limited "Fungus", Wet Rot and Dry Rot – Extra Expense Coverage Extension do not increase or reduce the coverage provided for loss caused by or resulting from collapse of buildings or structures under the Collapse exclusion in Section D.2.h. of the Property Coverage Form.

## C. EXCLUSIONS

    1.  All of the exclusions contained in Section D. of the Property Coverage Form apply to this coverage form except:

        a.  Exclusion 1.h., Ordinance or Law, is amended by the addition of the following:

        This exclusion does not apply to the Ordinance or Law – Increased "Period of Restoration" Coverage Extension.

© 2017 The Travelers Indemnity Company. All rights reserved.

MS C1 03 10 18

    b. Exclusion 2.b., delay, loss of use or loss of market; or interruption of business, does not apply to the extent coverage is specifically provided under this coverage form.

2. In addition, the Company will not pay for:

    a. Any loss caused by or resulting from direct physical loss of or damage to:

        (1) Outdoor trees, shrubs, plants or lawns (including fairways, greens and tees), artificial turf (including underlayment), growing crops, standing timber, land or water;

        (2) Harvested grain, hay, straw or other crops while outside of buildings;

        (3) Communication, radio or television antennas (including microwave satellite dishes), and their lead-in wiring, masts or towers;

        (4) Animals; or

        (5) Human body parts and fluids, including organs, tissues, blood and cells.

    b. Any increase of loss caused by or resulting from delay in rebuilding, repairing or replacing the property or resuming "operations" due to interference at the location of the rebuilding, repair or replacement by strikers or other persons.

    c. Any Extra Expense caused by or resulting from the suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

    d. Any other consequential loss, including fines and penalties.

## D. LIMITATIONS

Under Section E. of the Property Coverage Form, Limitation 2., which limits the amount the Company will pay for theft loss to specified types of personal property, does not apply to this coverage form. All other limitations contained in Section E. of the Property Coverage Form apply to this coverage form.

## E. LIMITS OF INSURANCE

Refer to the Application of Limits of Insurance conditions in the Policy Conditions, Additional Provisions and Definitions Form.

## F. ADDITIONAL CONDITION

The following condition applies in addition to the conditions contained in the Policy Conditions, Additional Provisions and Definitions Form.

**Loss Determination**

1. The amount of Extra Expense will be determined based on:

    a. All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. The Company will deduct from the total of such expenses:

        (1) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

        (2) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

    b. All necessary expenses that reduce the Extra Expense otherwise incurred.

2. The Company will reduce the amount of the Insured's Extra Expense loss to the extent the Insured can return "operations" to normal and discontinue such Extra Expense.

3. If the Insured intends to continue the Insured's business, the Insured must resume "operations", in whole or in part, as quickly as possible. If the Insured does not resume "operations", or does not resume "operations" as quickly as possible, the Company will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

© 2017 The Travelers Indemnity Company. All rights reserved.

MS C2 04 10 18

## EARTHQUAKE, VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE

This endorsement modifies the insurance provided under this policy.

A.  The following are added to the Covered Causes of Loss and the "specified causes of loss":

1.  Earthquake, meaning a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or shifting of rock beneath the surface of the ground from natural causes.

2.  Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

3.  Landslide, meaning the rapid downward movement of a mass of rock, earth or artificial fill on a slope.

4.  Mine Subsidence, meaning lateral or vertical ground movement caused by a failure initiated at the mine level of man-made underground mines, including but not limited to coal, clay limestone and fluorspar mines.

All Earthquake shocks, Volcanic Eruptions, Landslides or Mine Subsidence ground movements that occur within any 168-hour period will constitute a single Earthquake, Volcanic Eruption, Landslide or Mine Subsidence.  The expiration of this policy will not reduce the 168-hour period.

B.  The Earth Movement exclusion contained in Section D. of the Property Coverage Form does not apply to the insurance specifically provided under this endorsement for loss or damage caused by Earthquake, Volcanic Eruption, Landslide and Mine Subsidence.  All other exclusions and limitations in this policy continue to apply.  For example, loss caused directly or indirectly by a cause of loss excluded under the Flood exclusion in Section D.1.b. of the Property Coverage Form, such as waves or tides, is excluded even if the waves or tides are attributable to an Earthquake to which this endorsement applies.

C.  The following additional exclusions apply to this insurance:

1.  This insurance for Earthquake, Volcanic Eruption, Landslide and Mine Subsidence does not apply to, or modify any limits or deductibles that apply to:

a.  The insurance otherwise provided for loss or damage by fire or explosion that results from an Earth Movement, other than Volcanic Eruption, and for loss or damage by fire, building glass breakage or "volcanic action" that results from a Volcanic Eruption; or

b.  Any other insurance provided for loss or damage to which the Earth Movement exclusion does not apply.

2.  The Company will not pay for loss or damage caused by or resulting from any Earthquake, Volcanic Eruption, Landslide or Mine Subsidence that begins before the inception of this insurance.

3.  This insurance does not apply to the cost of restoring or stabilizing land or to loss resulting from the time required to restore or stabilize land.

D.  The most the Company will pay for the total of all loss or damage caused by Earthquake, Volcanic Eruption, Landslide and Mine Subsidence in any one policy year, commencing with the inception date of this policy, is the single highest Annual Aggregate Limit of Insurance specified in the Supplemental Coverage Declarations for Earthquake, Volcanic Eruption, Landslide and Mine Subsidence.

Subject to the single highest Earthquake, Volcanic Eruption, Landslide and Mine Subsidence Annual Aggregate Limit of Insurance:

1.  Any individual Annual Aggregate Limit of Insurance specified in the Supplemental Coverage Declarations for Earthquake, Volcanic Eruption, Landslide and Mine Subsidence is the most the Company will pay in any one policy year for all loss or damage to which that Limit of Insurance applies.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C2 04 10 18

2. If more than one Earthquake, Volcanic Eruption, Landslide and Mine Subsidence Annual Aggregate Limit of Insurance applies to loss or damage under this endorsement in any one occurrence, each limit will be applied separately, but the most the Company will pay under this endorsement for all loss or damage in that occurrence is the single highest Earthquake, Volcanic Eruption, Landslide and Mine Subsidence Annual Aggregate Limit of Insurance applicable to that occurrence.

3. The Earthquake, Volcanic Eruption, Landslide and Mine Subsidence Annual Aggregate Limits of Insurance applicable to loss or damage under this endorsement are included in, and do not increase, the Limits of Insurance otherwise provided under this policy, and apply regardless of the items or types of property, number or types of coverages (including any business income, rental value and extra expense coverages) or number of premises involved. Amounts payable under this endorsement for any items or types of property, or under any coverages, will not:

a. Exceed the applicable property and coverage Limits of Insurance provided under this policy; nor

b. Increase the applicable Annual Aggregate Limits of Insurance under this endorsement.

This includes payments for loss under any coverage (such as Debris Removal, Ordinance or Law, Utility Services – Direct Damage or Utility Services – Time Element) that is attributable to an Earthquake, Volcanic Eruption, Landslide or Mine Subsidence to which this endorsement applies and that would not have been covered in the absence of this endorsement.

E. Under the Property Coverage Form, when a building at the Insured's premises is Covered Property insured under this policy, the insurance provided under this endorsement is extended to apply to loss or damage to underground pipes, flues and drains at those premises caused by Earthquake, Volcanic Eruption, Landslide or Mine Subsidence. But this will not increase the limit that applies to this insurance.

© 2017 The Travelers Indemnity Company. All rights reserved.

# FLOOD

This endorsement modifies the insurance provided under this policy.

A. The following is added to the Covered Causes of Loss and the "specified causes of loss":

Flood, meaning:

1. Flood, surface water, underground water, waves (including tidal waves and tsunami), tides, tidal water, overflow of any body of water, or their spray, all whether driven by wind or not (including storm surge);

2. Mudslide or mudflow;

3. Release of water impounded by a dam;

4. Water or sewage which backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment; and

5. Waterborne material carried or otherwise moved by any of the water referred to in 1., 3. or 4. above, or material carried or otherwise moved by mudslide or mudflow;

all whether naturally occurring or due to man-made or other artificial causes.

B. All Flood loss that occurs:

1. During a period of continued rising or overflow of any rivers, streams or any bodies of water and the subsidence of same within the banks of such rivers, streams or bodies of water; or

2. Due to any tidal waves or tsunamis that occur within any 168-hour period;

will constitute a single Flood occurrence.

If Flood loss commences prior to the expiration date of this policy and the Flood occurrence, as defined above, extends beyond the expiration date of this policy, the expiration of the policy will not reduce the Flood occurrence period.

C. Under the Exclusions contained in Section D. of the Property Coverage Form:

1. The Earth Movement exclusion does not apply to the insurance otherwise provided under this endorsement for loss or damage caused by or resulting from:

    a. Mudslide or mudflow that is caused or precipitated by the accumulation of water on or below the surface of the ground; or

    b. Flood that is attributable to an Earth Movement such as a tsunami, but this exception does not apply to any Earth Movement that results from such Flood.

2. The Flood exclusion does not apply to the insurance specifically provided under this endorsement.

All other exclusions and limitations in this policy continue to apply.

D. The following additional exclusions apply to this insurance:

1. This insurance for Flood does not apply to, or modify any limits or deductibles that apply to:

    a. The insurance otherwise provided for loss or damage by fire, explosion or leakage from fire protective equipment that results from Flood; or

    b. Any other insurance provided for loss or damage by Flood to which the Flood exclusion does not apply.

2. The Company will not pay for loss or damage caused by or resulting from any Flood occurrence that begins before the inception of this insurance.

© 2017 The Travelers Indemnity Company. All rights reserved.

MS C2 06 10 18

3.  This insurance does not apply to the cost of restoring, recovering or dewatering land or to loss resulting from the time required to restore, recover or dewater land.

4.  Unless otherwise specified in the Supplemental Coverage Declarations, this insurance for Flood does not apply to loss or damage to, or loss that is a consequence of loss or damage to:

    a.  Any building or structure or any property in the open in the United States of America if, at the time of loss, the building or structure or property in the open is, in whole or in part, located within Flood Zone A, Flood Zones prefixed A, Flood Zone V or Flood Zones prefixed V as classified under the National Flood Insurance Program; or

    b.  Any property in or on any building or structure in the United States of America if, at the time of loss, the building or structure in or on which such property is located is, in whole or in part, within Flood Zone A, Flood Zones prefixed A, Flood Zone V or Flood Zones prefixed V as classified under the National Flood Insurance Program.

E.  If, at the time of loss, a building, a structure or property in the open in the United States of America is located within more than one Flood Zone as classified under the National Flood Insurance Program, Flood coverage for loss or damage to, or loss that is a consequence of loss or damage to that building, structure or property in the open will be subject to the insurance, Annual Aggregate Limit of Insurance and deductible, if any, that would apply under this policy if that building, structure  or property in the open was wholly located within the most hazardous of the Flood Zones, as defined below, in which it is located.  The most hazardous Flood Zone that is determined to apply to a building or structure will also apply with respect to loss or damage to, or loss or damage that is a consequence of loss or damage to any property in or on such building or structure.

The following listing of Flood Zones, as classified under the National Flood Insurance Program, is in order of the most hazardous to least hazardous:

1.  Flood Zone V and Flood Zones prefixed V;

2.  Flood Zone A and Flood Zones prefixed A;

3.  Flood Zone D;

4.  Flood Zone B, Flood Zone X (shaded) and Zone X-500;

5.  Flood Zone C and Flood Zone X.

If, at the time of loss resulting from Flood in the United States of America, the community in which property is located has been suspended from the National Flood Insurance Program, the Flood Zones that applied under the National Flood Insurance Program prior to the suspension will be used in determining the Flood Zones that apply to the property.

F.  The most the Company will pay for the total of all loss or damage caused by Flood in any one policy year, commencing with the inception date of this policy, is the single highest Annual Aggregate Limit of Insurance specified in the Supplemental Coverage Declarations for Flood.

Subject to the single highest Flood Annual Aggregate Limit of Insurance:

1.  Any individual Annual Aggregate Limit of Insurance specified in the Supplemental Coverage Declarations for Flood is the most the Company will pay in any one policy year for all loss or damage to which that Limit of Insurance applies.

2.  If more than one Flood Annual Aggregate Limit of Insurance applies to loss or damage under this endorsement in any one occurrence, each limit will be applied separately, but the most the Company will pay under this endorsement for all loss or damage in that occurrence is the single highest Flood Annual Aggregate Limit of Insurance applicable to that occurrence.

3.  The Flood Annual Aggregate Limits of Insurance applicable to loss or damage under this endorsement are included in, and do not increase, the Limits of Insurance otherwise provided under this policy, and apply regardless of the items or types of property, number or types of coverages (including any business income, rental value and extra expense coverages) or number

MS C2 06 10 18

of premises involved.  Amounts payable under this endorsement for any items or types of property, or under any coverages, will not:

a.  Exceed the applicable property and coverage Limits of Insurance provided under this policy; or

b.  Increase the applicable Annual Aggregate Limits of Insurance under this endorsement.

This includes payments for loss under any coverage (such as Debris Removal, Ordinance or Law, Utility Services – Direct Damage or Utility Services – Time Element) that is attributable to a Flood to which this endorsement applies and that would not have been covered in the absence of this endorsement.

G.  Under the Property Coverage Form, when a building at the Insured's premises is Covered Property insured under this policy, the insurance provided under this endorsement is extended to apply to loss or damage to underground pipes, flues and drains at those premises caused by Flood.  But this will not increase the limit that applies to this insurance.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C2 10 10 18

# BOILER AND MACHINERY

This endorsement modifies the insurance provided under this policy.

**A. Additional Covered Cause of Loss**

Covered Causes of Loss and "specified causes of loss" are extended to include an Accident to a Covered Object as defined and limited in this endorsement.

**1. Accident**

a. Accident means:

(1) Failure of pressure or vacuum equipment;

(2) Mechanical failure, including rupture or bursting caused by centrifugal force; or

(3) Electrical failure, including arcing;

that causes physical damage to a Covered Object and necessitates its repair or replacement.

b. Accident does not mean or include:

(1) Cracking of any part of an internal combustion gas turbine exposed to the products of combustion;

(2) Functioning of any safety or protective device;

(3) Leakage at any valve, fitting, shaft seal, gland packing, joint or connection; or

(4) Malfunction including adjustment, alignment, calibration, cleaning or modification.

c. If an initial Accident causes other Accidents, all will be considered one Accident. All Accidents that manifest themselves at the same time and are the direct result of the same cause will also be considered one Accident, regardless of the number of locations involved.

**2. Covered Object**

a. Covered Object means equipment of a type listed in 2.b. below that is:

(1) At or within 1,000 feet of the Insured's premises described in the most recent Statement of Values or other documentation on file with the Company, or at a newly acquired location as otherwise insured and limited under this policy; and

(2) Owned or leased by the Insured or operated under the Insured's control; and

(3) Not otherwise excluded in 2.c. below.

b. Covered Object includes the following types of equipment:

(1) Equipment designed and built to operate under internal pressure or vacuum other than weight of contents;

(2) Electrical or mechanical equipment that is used in the generation, transmission or utilization of energy; and

(3) Fiber optic cable.

c. Covered Object does not mean or include any:

(1) Structure, foundation, cabinet or compartment supporting or containing the Covered Object or part of the Covered Object;

(2) Insulating or refractory material;

(3) Power shovel, dragline, excavation or construction equipment, including any equipment mounted on or used solely with any power shovel, dragline, excavation or construction equipment;

(4) Catalyst;

© 2017 The Travelers Indemnity Company. All rights reserved.

(5) Pressure vessels or piping that are buried below, under or encased in ground, ice, sand, cement or other material and require the excavation of materials to inspect, remove, repair or replace;

(6) Penstock, draft tube or well casing;

(7) Vehicle, aircraft, self-propelled equipment or floating vessel including any equipment mounted on or used solely with any vehicle, aircraft, self-propelled equipment or floating vessel;

(8) Part of pressure or vacuum equipment that is not under internal pressure of its contents or internal vacuum;

(9) Non-metallic pressure or vacuum equipment, unless it is constructed and used in accordance with the American Society of Mechanical Engineers (A.S.M.E.) code or a Code that has been accepted by the National Board of Boiler and Pressure Vessel Inspectors;

(10) Felt, wire, screen, mold, form, pattern, die, extrusion plate, swing hammer, grinding disc, cutting blade, cable, chain, belt, rope, clutch plate, brake pad, vacuum tube, gas tube, brush, or any other part or tool subject to periodic replacement;

(11) Astronomical telescope, cyclotron used for other than medical purposes, nuclear reactor, particle accelerator used for other than medical purposes, satellites or spacecraft (including any equipment mounted on or used solely with any satellite or spacecraft); and

(12) Objects manufactured or held by the Insured for sale to others.

**B.  Boiler and Machinery Coverage Extensions**

Each of the following Boiler and Machinery Coverage Extensions also applies when a Limit of Insurance for the Coverage Extension is indicated in the Supplemental Coverage Declarations:

**1.  Hazardous Substance**

a.  If as a result of an Accident to a Covered Object, property at or within 1,000 feet of the Insured's premises or a newly acquired location is damaged, contaminated or polluted by a substance declared to be hazardous to health by a governmental agency, the Company will pay:

(1) The additional expense the Insured incurs to clean up, repair, replace or dispose of any such property that is Covered Property under the Property Coverage Form; and

(2) The increase in loss under the Business Income Coverage Forms or the Extra Expense Coverage Form due to the additional time required to clean up, repair, replace or dispose of the property provided Business Income, Rental Value or Extra Expense loss resulting from damage to such property is not otherwise excluded under those Coverage Forms. Subject to the Limit of Insurance that applies to this Coverage Extension, the "period of restoration" under the Business Income Coverage Forms and the Extra Expense Coverage Form is extended to include this additional period of time.

b.  As used in this Coverage Extension, additional expense and increase in loss mean expenses and loss incurred beyond the expense and loss for which the Company would have been liable had no substance declared to be hazardous to health by a governmental agency been involved.

c.  The most the Company will pay under this Coverage Extension for all additional expense and increase in loss arising out of any one Accident that is incurred due to damage, contamination or pollution by:

(1) Ammonia is the Limit of Insurance specified for Boiler and Machinery Ammonia Contamination shown in the Supplemental Coverage Declarations; or

(2) Any other substance declared to be hazardous to health by a governmental agency is the Limit of Insurance specified for Boiler and Machinery Hazardous Substance shown in the Supplemental Coverage Declarations.

© 2017 The Travelers Indemnity Company.  All rights reserved.

   d.  Payments under this Coverage Extension are part of and not in addition to the Limit of Insurance that applies to:

      (1)  Direct physical loss of or damage to Covered Property; and

      (2)  Loss of Business Income, Rental Value and/or Extra Expense;

     caused by the Accident to a Covered Object.

**2.  Water Damage**

The insurance provided under the Property Coverage Form is extended to apply to direct physical loss to Covered Property at the Insured's premises or at a newly acquired location that is damaged by water as a result of an Accident to a Covered Object. The most the Company will pay for this kind of damage, including salvage expense, is the Limit of Insurance specified for Boiler and Machinery Water Damage shown in the Supplemental Coverage Declarations. This limit is part of and not in addition to the Limit of Insurance that applies to direct physical loss of or damage to Covered Property caused by an Accident to a Covered Object.

**3.  Consequential Damage**

   a.  The Insurance provided under the Property Coverage Form is extended to apply to direct physical loss of or damage to perishable Business Personal Property at the Insured's premises or at a newly acquired location that is:

      (1)  Maintained under controlled conditions for its preservation; and

      (2)  Susceptible to loss or damage if the controlled conditions change;

     due to spoilage resulting from lack or excess of power, light, heat, steam or refrigeration that is caused solely by an Accident to a Covered Object.

     Insurance under this Coverage Extension includes the reasonable expense the Insured incurs to reduce or avert the spoilage loss or damage, but only to the extent the amount of loss otherwise payable under this Coverage Extension is reduced.

   b.  The most the Company will pay for loss or damage under this Coverage Extension is the Limit of Insurance specified for Consequential Damage shown in the Supplemental Coverage Declarations. This limit is part of and not in addition to the Limit of Insurance that applies to direct physical loss of or damage to Covered Property caused by an Accident to a Covered Object.

   c.  The Company will not pay for any loss or damage under this Coverage Extension resulting from the Insured's failure to use due diligence and dispatch and all reasonable means to protect the property from damage following an Accident.

   d.  As soon as possible after an Accident, the Insured must make use of every available means to reduce or avert loss under this Coverage Extension, including:

      (1)  Merchandise or other property such as surplus machinery, duplicate parts, equipment, supplies and surplus or reserve stock the Insured owns, controls or can obtain; and

      (2)  Salvaging the perishable Business Personal Property.

     The Company will not pay for loss or damage under this Coverage Extension that results from the Insured's failure to use all reasonable means to protect the perishable Business Personal Property from damage following an Accident.

   e.  Insurance under this Coverage Extension applies only with respect to Accidents that occur during the time this Coverage Extension is in effect. But if such Accidents result in loss or damage under this Coverage Extension that continues beyond the termination or expiration of this Coverage Extension, the Company's liability for that loss or damage will not be limited by the termination or expiration of this coverage.

© 2017 The Travelers Indemnity Company. All rights reserved.

**4. Utility Services**

    a. The term Covered Cause of Loss, under the Utility Services – Direct Damage endorsement and Utility Services – Time Element endorsement, is extended to include an Accident to an object that is:

        (1) Utility Supply Services Property, as defined in the Utility Services endorsements, owned by a public or private utility company;

        (2) Located:

            (a) At a location other than the Insured's premises with respect to the insurance provided under the Utility Services – Direct Damage endorsement; or

            (b) At a location other than the Insured's premises or outside a building at the Insured's premises with respect to the insurance provided under the Utility Services – Time Element endorsement; and

        (3) Not a type of object that is otherwise excluded under this endorsement.

    b. (1) When the Utility Services Limit of Insurance shown in the Supplemental Coverage Declarations includes Boiler and Machinery, the Limits of Insurance that apply to the Utility Services – Direct Damage endorsement and/or Utility Services – Time Element endorsement, also apply to loss under this Coverage Extension, and does not increase that Limit of Insurance.

        (2) When a Utility Services Limit of Insurance is indicated in the Supplemental Coverage Declarations for Boiler and Machinery only, that Limit of Insurance is the most the Company will pay for loss under this Coverage Extension.

## C. Boiler and Machinery Exclusions and Limitations

The exclusions and limitations that apply to this policy apply to loss or damage under this endorsement, except as follows:

1. Under the Exclusions contained in Section D. of the Property Coverage Form:

    a. Exclusion 1.h., Ordinance or Law, is amended by the addition of the following:

    Except as otherwise provided under the Hazardous Substance Coverage Extension, this exclusion applies to any increase in loss due to the discharge, dispersal, seepage, migration, release or escape of any hazardous substance declared to be hazardous to health by a government authority as a result of an Accident to a Covered Object.

    b. Exclusions 2.a., 2.c.(6), 2.d., 2.j. and 2.l. do not apply.

    c. Exclusion 2.g. is replaced by the following:

    The Company will not pay for loss caused by the discharge, dispersal, seepage, migration, release or escape of "pollutants" caused by an Accident to an object except as otherwise provided under the Hazardous Substance Coverage Extension.

2. Under the Limitations contained in Section E. of the Property Coverage Form:

    a. Limitations 1.a and 1.b. do not apply.

    b. Limitation 3. is replaced by the following:

    The Company will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes, unless the defect is itself caused by an Accident to a Covered Object.

3. The following additional exclusions apply to the insurance provided by this endorsement:

    a. The Company will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

© 2017 The Travelers Indemnity Company. All rights reserved.

(1) Lack or excess of power, light, heat, steam or refrigeration.  But this exclusion does not apply to Business Income, Rental Value, Extra Expense or Leasehold Interest coverage or to the Consequential Damage Coverage Extension or Utility Services Coverage Extension, when applicable.

(2) An Accident to a Covered Object that takes place while the Covered Object is undergoing a test which subjects the Covered Object to greater than maximum allowable operating conditions as identified by the manufacturer of the Covered Object.

(3) An Accident to:

    (a) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells used in conjunction with electronic computer or electronic data processing equipment;

    (b) Data stored on this media; or

    (c) Programming records used for electronic data processing or electronically controlled equipment;

    whether or not the media or data is in actual use at the time of the Accident.

b.  The Company will not pay for direct physical loss or damage to property caused by water, even when the water is a result of an Accident to which this insurance applies.  But this exclusion does not apply to the Water Damage Coverage Extension or to Business Income, Rental Value, Extra Expense or Leasehold Interest coverage.

c.  With respect only to the Utility Services Coverage Extension, the Company will not pay for loss caused by or resulting from an Accident that is itself caused by collapse.

**D.  Boiler and Machinery Limits of Insurance**

When "Included" is indicated in the Supplemental Coverage Declarations for Boiler and Machinery Property Damage, Business Income, Rental Value, Extra Expense or Leasehold Interest, the insurance under this endorsement is provided subject to the Limit of Insurance that otherwise applies under this policy to the coverage for which "Included" is indicated.  This is not additional insurance.

When a specific Limit of Insurance is indicated in the Supplemental Coverage Declarations for Boiler and Machinery Property Damage, Business Income, Rental Value, Extra Expense or Leasehold Interest, the most the Company will pay for loss under this endorsement is the applicable Limit of Insurance specified in the Supplemental Coverage Declarations.  These Limits of Insurance are part of, and do not increase the Limits of Insurance that otherwise apply to such coverages under this policy.

Payments under the Boiler and Machinery Coverage Extensions will not increase the Boiler and Machinery Limits of Insurance.

**E.  Boiler and Machinery Additional Condition**

The following additional condition applies to the insurance provided under this endorsement: **Suspension**

If any Covered Object is found to be in, or exposed to a dangerous condition, the Company may immediately suspend the insurance provided for loss caused by or resulting from an Accident to that Covered Object.  The suspension can be done by delivering or mailing a notice of the suspension to:

1.  The Insured's last known address; or

2.  The address where the Covered Object is located.

The Insured will get a pro rata refund of premium for the suspended insurance.  But the suspension will be effective even if the Company has not yet made or offered a refund.  Once suspended, such insurance can only be reinstated by a written endorsement issued by the Company.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C2 19 10 18

# ELECTRONIC VANDALISM

This endorsement modifies the insurance provided under this policy.

A.  The following is added to the Covered Causes of Loss and the "specified causes of loss":

"Electronic Vandalism"

B.  The Electronic Vandalism exclusion contained in Section D. of the Property Coverage Form does not apply to the insurance specifically provided under this endorsement.  All other exclusions and limitations in this policy continue to apply.

C.  This insurance for "Electronic Vandalism" does not apply to or modify any limits or deductibles that apply to:

1.  The insurance otherwise provided for loss or damage by a "specified cause of loss" that results from "electronic vandalism"; or

2.  Any other insurance provided under this policy to which the Electronic Vandalism exclusion specifically does not apply.

D.  The most the Company will pay under this endorsement for all loss or damage caused by or resulting from all incidents of "electronic vandalism" that occur in any one policy year, commencing with the inception date of this policy is the Annual Aggregate Limit of Insurance specified in the Supplemental Coverage Declarations for Limited Electronic Vandalism Cause of Loss Coverage.  This limit is part of, and does not increase the Limits of Insurance otherwise provided under this policy, and applies regardless of the items or types of property, the number or types of coverages (including any business income, rental value and extra expense coverages) or the number of premises involved. Amounts payable under this endorsement for any items or types of property, or under any coverages, will not:

1.  Exceed the applicable property and coverage Limits of Insurance provided under this policy; nor

2.  Increase the Limited Electronic Vandalism Cause of Loss Coverage Annual Aggregate Limit of Insurance under this endorsement.

This includes payments for loss under any coverage that is attributable to "electronic vandalism" to which this endorsement applies and that would not have been covered in the absence of this endorsement.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C2 37 09 02

## EXCLUSION OF NUCLEAR HAZARD, WAR, MILITARY ACTION AND PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS

This endorsement modifies the insurance provided under this policy.

**A.** The Nuclear Hazard Exclusion is replaced by the following Exclusion.  With respect to any form, endorsement or coverage to which the Nuclear Hazard Exclusion does not apply, that Exclusion is hereby added as follows.

**NUCLEAR HAZARD**

1.  The Company will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

2.  With respect only to direct physical loss or damage to Covered Property occurring within the states of:

    Arizona, California, Connecticut, Georgia, Hawaii, Idaho, Illinois, Iowa, Louisiana, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New Hampshire, New Jersey, New York, North Carolina, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, Virginia, Washington, West Virginia, Wisconsin

    the following exception to this Nuclear Hazard Exclusion applies:

    If nuclear reaction or radiation, or radioactive contamination, results in fire, the Company will pay for the loss or damage caused by that fire. However, this exception for fire applies only to direct loss or damage by fire to Covered Property. This fire exception does not apply to any other insurance provided under this policy including, but not limited to, any insurance provided under this policy for Business Income, Rental Value, Extra Expense, Leasehold Interest or Legal Liability coverage.

    In the event of loss or damage under this exception for fire, the value of the lost or damaged Covered Property will be determined at actual cash value at the time of loss, without allowance for any increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of the property.  Any Ordinance or Law coverage provided under this policy does not apply to loss or damage under this exception for fire.

3.  With respect to any activity that comes within the terms of the War and Military Action Exclusion and involves nuclear reaction or radiation, or radioactive contamination, the War and Military Action Exclusion supersedes this Nuclear Hazard Exclusion.

**B.** The War and Military Action Exclusion is replaced by the following Exclusion.  With respect to any form, endorsement or coverage to which the War and Military Action Exclusion does not apply, that Exclusion is hereby added as follows.

**WAR AND MILITARY ACTION**

1.  The Company will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    a.  Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack:

        (1)  By any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces;

        (2)  By military, naval or air forces; or

        (3)  By an agent of any such government, power, authority or forces.

    b.  Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence.

Any discharge, explosion or use of any weapon of war employing nuclear fission or fusion will be conclusively presumed to be such a hostile or warlike action by such a government, power, authority or forces.

2.  With respect to any action that comes within the terms of this exclusion and:

    a.  Involves nuclear reaction or radiation, or radioactive contamination, this War and Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

    b.  Involves a discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials that comes within the terms of the Pathogenic or Poisonous Biological or Chemical Materials Exclusion, this War And Military Action Exclusion supersedes the Pathogenic or Poisonous Biological or Chemical Materials Exclusion.

## C. PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS

1.  The Company will not pay for loss or damage caused directly or indirectly by the discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

2.  With respect only to direct physical loss or damage to Covered Property occurring within the states of:

Arizona, California, Connecticut, Georgia, Hawaii, Idaho, Illinois, Iowa, Louisiana, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New Hampshire, New Jersey, New York, North Carolina, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, Virginia, Washington, West Virginia, Wisconsin

the following exception to this Pathogenic or Poisonous Biological or Chemical Materials Exclusion applies:

If the discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials results in fire, the Company will pay for the loss or damage caused by that fire. However, this exception for fire applies only to direct loss or damage by fire to Covered Property. This fire exception does not apply to any other insurance provided under this policy including, but not limited to, any insurance provided under this policy for Business Income, Rental Value, Extra Expense, Leasehold Interest or Legal Liability coverage.

In the event of loss or damage under this exception for fire, the value of the lost or damaged Covered Property will be determined at actual cash value at the time of loss, without allowance for any increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of the property. Any Ordinance or Law coverage provided under this policy does not apply to loss or damage under this exception for fire.

3.  This exclusion does not apply when both 3.a. and 3.b. below apply:

    a.  The pathogenic or poisonous biological or chemical materials are normally kept at or brought onto:

        (1)  The Insured's premises, with the Insured's consent, for use in the Insured's business operations at the Insured's premises; or

        (2)  Any premises, other than the Insured's premises, by others for use in conducting their valid business operations at such premises;

        and

    b.  The discharge, dispersal, seepage, migration, release, escape or application of the pathogenic or poisonous biological or chemical materials is accidental and is not the result of a willful or malicious act against any persons, organizations or property of any nature;

MS C2 37 09 02

but all other exclusions continue to apply.

4. With respect to any action that comes within the terms of the War And Military Action Exclusion and involves a discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials that comes within the terms of this Pathogenic or Poisonous Biological or Chemical Materials Exclusion, the War and Military Action Exclusion supersedes this Pathogenic or Poisonous Biological or Chemical Materials Exclusion.

MS C3 01 10 18

# BUILDERS RISK

This endorsement modifies the insurance provided under the Property Coverage Form.

A.  The following is added to Section B.1. of the Property Coverage Form:

**Builders Risk Property**

1.  This insurance applies to direct physical loss or damage by a Covered Cause of Loss to Builders Risk Property, as defined in 2. below, while at any of the following locations for which a Builders Risk Limit of Insurance is shown in the Supplemental Coverage Declarations:

    a.  At a Construction Site described in the Supplemental Coverage Declarations, the most recent Statement of Values or other documentation on file with the Company;

    b.  At any temporary storage location; or

    c.  In transit.

    This insurance also applies to the necessary and reasonable expenses incurred by the Insured to reprepare, reexcavate or regrade land or reperform similar land work at a covered Construction Site due to direct physical loss or damage at the Construction Site caused by or resulting from a Covered Cause of Loss.  This coverage is subject to, and will not increase the Limit of Insurance that applies to the Construction Site.

2.  Builders Risk Property, as used in this endorsement, means the following types of property that are owned by the Insured or for which the Insured is liable:

    a.  Buildings or structures in the course of construction;

    b.  Building materials and supplies, equipment, machinery and fixtures intended to become a permanent part of the buildings or structures in the course of construction; and

    c.  Construction forms, cribbing, scaffolding and temporary structures used in the construction of the buildings or structures.

    The exclusion under item 12. in Section C. for underground tanks (including their contents), pipes, flues, drains and tunnels, and underground and overhead wires, does not apply to Builders Risk Property.

3.  With respect to each covered building or structure in the course of construction, this coverage for Builders Risk Property will end when any of the following first occurs:

    a.  30 days expire after the building or structure is occupied or put to its intended use;

    b.  30 days expire after construction is complete;

    c.  The Company agrees to cover the completed building or structure under this policy;

    d.  Any other insurance covers the property as a completed building or structure;

    e.  The Construction Site is abandoned with no intent to complete it;

    f.  The Insured's interest in the property ceases; or

    g.  This policy expires or is cancelled.

4.  This coverage for Builders Risk Property does not apply to any loss or damage that is covered under any guarantee of any contractor, manufacturer or supplier, whether or not such contractor, manufacturer or supplier is a Named Insured under this policy.

B.  Except as provided in Section C. of this endorsement, the following additional changes apply to Section B.1. of the Property Coverage Form:

1.  Items a., Buildings, and b., Business Personal Property, do not include Builders Risk Property.

2.  Item g., Newly Constructed or Acquired Property, is amended as follows:

© 2017 The Travelers Indemnity Company.  All rights reserved.

When the Construction Sites and the Limit of Insurance applicable to each Construction Site are specifically identified on the Supplemental Coverage Declarations for Builders Risk coverage, the Newly Constructed or Acquired Property coverage applies to new Construction Sites, except that the most the Company will pay in any one occurrence for loss or damage at any one new Construction Site is the highest Builders Risk Limit of Insurance indicated in the Supplemental Coverage Declarations for a specifically identified Construction Site.

When the Construction Sites are not specifically identified, and a Maximum Limit of Insurance at any one Construction Site, subject to a Maximum Limit of Insurance at all Construction Sites, is indicated in the Supplemental Coverage Declarations for Builders Risk coverage, the Newly Constructed or Acquired Property coverage applies at new Construction Sites, except that the most the Company will pay in any one occurrence for loss or damage at any one new Construction Site is the Maximum Limit of Insurance at any one Construction Site indicated in the Supplemental Coverage Declarations.

3.  Item j., Covered Property at Undescribed Premises, does not apply to any Builders Risk Property.

4.  When a Builders Risk Limit of Insurance is shown in the Supplemental Coverage Declarations for Property in Transit, the provisions of item k., Covered Property in Transit, apply to Builders Risk Property.  But the most the Company will pay in any one occurrence for loss or damage to Builders Risk Property in the due course of transit is the Builders Risk Limit of Insurance shown in the Supplemental Coverage Declarations for Property in Transit.

C.  Except as provided by endorsement or by documented agreement on file with the Company, provisions B.1., B.3. and B.4. above do not apply to Builders Risk Property used in the reconstruction of a covered building or structure following a covered loss to the building or structure under this policy.  Instead:

1.  The Limit of Insurance that otherwise applies to the covered building or structure will apply to such Builders Risk Property at the Insured's premises where the building or structure is being reconstructed;

2.  The Limit of Insurance, if any, shown in the Supplemental Coverage Declarations for:

    a.  Covered Property at Undescribed Premises; or

    b.  Builders Risk, Property in Transit;

    whichever is greater, will apply to such Builders Risk Property while it is at a temporary storage site; and

3.  The Limit of Insurance, if any, shown in the Supplemental Coverage Declarations for:

    a.  Covered Property in Transit; or

    b.  Builders Risk, Property in Transit;

    whichever is greater, will apply to such Builders Risk Property while it is in transit.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C3 20 07 99

# EXPEDITING EXPENSES – BOILER & MACHINERY

This endorsement modifies insurance provided under the Property Coverage Form.

The following coverage is added under Section  B. 2., Covered Costs and Expenses:

**Expediting Expenses**

In the event of direct physical loss or damage to Covered Property caused by or resulting from an Accident to a Covered Object to which the Boiler and Machinery insurance provided under this policy applies, the Company will pay for the reasonable additional expenses incurred by the Insured to make temporary repairs to, or expedite the permanent repair or replacement of, the Covered Property.

Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation.

The most the Company will pay under this coverage for all Expediting Expenses arising out of any one occurrence is the Limit of Insurance specified for Expediting Expenses, Boiler & Machinery only, shown in the Supplemental Coverage Declarations.

MS C3 27 10 18

# UTILITY SERVICES – DIRECT DAMAGE

This endorsement modifies the insurance provided under the Property Coverage Form.

The following coverage is added:

**Utility Services – Direct Damage**

1.  The Company will pay for direct physical loss of or damage to Covered Property at the Insured's premises caused by the interruption, failure or fluctuation of service to the Insured's premises.  The interruption, failure or fluctuation must result from direct physical loss or damage by a Covered Cause of Loss to Utility Supply Services Property, as defined in 2. and 3. below, that is located:

    a.  Away from the Insured's premises; or

    b.  At the Insured's premises and used to supply the utility service to the Insured's premises from a location away from the Insured's premises.

2.  Utility Supply Services Property, as used in this coverage, means:

    a.  **Water Supply Services Property**, meaning the following types of property supplying water to the Insured's premises:

        (1)  Water treatment plants;

        (2)  Water tanks;

        (3)  Water mains; and

        (4)  Pumping stations.

    b.  **Communication Supply Services Property**, meaning property supplying communication services, including telephone, radio, microwave or television services and services relating to internet access or access to any electronic network, to the Insured's premises, such as:

        (1)  Communication transmission lines (including fiber optic transmission lines and lines which may be identified as distribution lines), other than overhead transmission lines;

        (2)  Coaxial cables; and

        (3)  Microwave radio relays except satellites.

    c.  **Power Supply Services Property**, meaning the following types of property supplying electricity, steam or gas to the Insured's premises:

        (1)  Utility generating plants;

        (2)  Switching stations;

        (3)  Substations, pumping stations;

        (4)  Transformers;

        (5)  Transmission lines (including lines which may be identified as distribution lines), other than overhead transmission lines; and

        (6)  Tanks.

3.  When:

    a.  Overhead Transmission Lines are indicated as included in the Supplemental Coverage Declarations; or

    b.  An Overhead Transmission Lines Limit of Insurance is specified in the Supplemental Coverage Declarations;

    Utility Supply Services Property also includes **Overhead Transmission Lines**, meaning overhead transmission lines supplying electricity, steam or gas to the Insured's premises and overhead

© 2017 The Travelers Indemnity Company.  All rights reserved.

communication transmission lines supplying communication services to the Insured's premises, including such overhead power and communication lines which may be identified as distribution lines.

4.  The Utility Services exclusion in Section D. does not apply to this coverage.

5.  The most the Company will pay for loss or damage under this coverage is the Limit of Insurance shown in the Supplemental Coverage Declarations for Utility Services - Direct Damage.  But the Company will not pay more for loss or damage to any Covered Property than the Limit of Insurance that applies to that Covered Property.

    If a separate Overhead Transmission Lines Limit of Insurance is shown in the Supplemental Coverage Declarations for this coverage, the Overhead Transmission Lines Limit of Insurance is part of, and not in addition to the Utility Services – Direct Damage Limit of Insurance shown in the Supplemental Coverage Declarations.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C3 32 10 18

# LEASEHOLD INTEREST COVERAGE

This endorsement modifies the insurance provided under the Property Coverage Form.

The following coverage is added:

**Leasehold Interest**

1.  The Company will pay for loss of Covered Leasehold Interest the Insured sustains due to the cancellation of the Insured's lease by the Insured's landlord, in accordance with the conditions of the lease. The cancellation must result from direct physical loss or damage to property at the location of the Insured's leased premises described in the most recent Statement of Values or other documentation on file with the Company. The loss or damage must be caused by or result from a Covered Cause of Loss.

    Covered Leasehold Interest means:

    a.  The Insured's Lease Interest, meaning the difference between:

        (1) (a)  The monthly rental value of the Insured's premises; or

            (b)  The rent the Insured will pay under a new lease arrangement if the Insured's lease is cancelled and later renewed at a higher rent;

            and

        (2)  The actual rent the Insured pays for the Insured's premises, including taxes, insurance and janitorial or other service that the insured pays for as part of the lease;

        for the remainder of the term of the lease.

    b.  Rental Profit, meaning the profit the Insured would have earned from sublease arrangements for the remainder of the sublease agreement or lease, whichever is shorter.

    c.  Bonus Payments, meaning the unamortized portion of any cash bonus the Insured paid to acquire the lease that will not be refunded to the Insured. But Bonus Payments do not include rent or security payments.

    d.  Prepaid Rent, meaning the unamortized portion of any advance rent the Insured has paid that will not be refunded to the Insured. But Prepaid Rent does not include the customary rent due at the beginning of any monthly or other rental period.

    e.  Improvements and Betterments, meaning the unamortized portion of payments made by the Insured for improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

        (1)  Made a part of the building or structure the Insured occupies but does not own; and

        (2)  Acquired or made at the Insured's expense but which the Insured is not permitted to remove.

        This coverage for improvements and betterments does not apply to the value of improvements and betterments recoverable under any other insurance, but the Company will pay for amounts in excess of such other insurance.

2.  With respect only to the insurance provided under this coverage, the following changes apply to the exclusions contained in Section D.:

    a.  Exclusion 1.h., Ordinance or Law, does not apply.

    b.  Exclusion 2.k. is replaced by the following:

        If any of the Insured's premises for which the lease is cancelled has been "vacant" for more than 60 consecutive days before the direct physical loss or damage that results in the lease cancellation occurs, and:

© 2017 The Travelers Indemnity Company. All rights reserved.

MS C3 32 10 18

(1) The Insured has not entered into an agreement to sublease the premises as of the time of the direct physical loss or damage, the Company will not pay for any loss of Covered Leasehold Interest.

(2) The Insured has entered into an agreement to sublease the premises prior to the time of the direct physical loss or damage, the Company will not pay for any loss of Covered Leasehold Interest if the cause of the direct physical loss or damage is any of the following, even if they are Covered Causes of Loss:

    (a) Vandalism;

    (b) Sprinkler leakage;

    (c) Building glass breakage;

    (d) "Water damage";

    (e) Theft; or

    (f) Attempted theft.

c. The following exclusion is added:

The Company will not pay for loss caused by:

(1) The Insured canceling the lease;

(2) The suspension, lapse or cancellation of any license; or

(3) Any other consequential loss.

3. With respect only to the insurance provided under this coverage, Limitations E.1.d. through E.1.h., E.2. and E.3. do not apply.

4. The most the Company will pay for all loss under this coverage in any one occurrence is the Limit of Insurance shown in the Supplemental Coverage Declarations for Leasehold Interest.

Subject to the Leasehold Interest Limit of Insurance, the most the Company will pay for:

a. The Insured's Lease Interest is the sum of:

(1) The difference between:

    (a) (i)  The monthly rental value of the Insured's premises; or

        (ii) The rent the Insured will pay under a new lease arrangement if the Insured's lease is cancelled and later renewed at a higher rent;

        and

    (b) The actual monthly rent the Insured pays for the Insured's premises, including taxes, insurance and janitorial or other service that the insured pays for as part of the lease;

    without discount, for each of the first three months of the unexpired term of the lease; plus

(2) The Present Value, as defined below, of the difference between:

    (a) (i)  The monthly rental value of the Insured's premises; or

        (ii) The rent the Insured will pay under a new lease arrangement if the Insured's lease is cancelled and later renewed at a higher rent;

        and

    (b) The actual monthly rent the Insured pays for the Insured's premises, including taxes, insurance and janitorial or other service that the insured pays for as part of the lease;

    for each remaining month in the unexpired term of the lease in excess of three months.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C3 32 10 18

b. Rental Profits is the Present Value, as defined in below, of the actual loss of rental profits from sublease arrangements which the Insured incurs for the remainder of the sublease agreement or the remainder of the lease, whichever is shorter.

c. Bonus Payments, Prepaid Rent and Improvements and Betterments will each be determined as follows:

   (1) Divide the Insured's original costs by the number of months left in the Insured's lease at the time of the expenditures;

   (2) Multiply the amount determined in a. above by the number of months remaining in the Insured's lease at the time the Insured's lease is cancelled.

   But if the Insured's lease is cancelled and later renewed, the Company will not pay more than the actual loss sustained by the Insured.

Present Value, as used in this coverage, means the discounted amount that, at the rate of interest that applies to the Insured's Lease Interest and Rental Profits coverages, would be equivalent to the Insured receiving the full amount of the Insured's Lease Interest or Rental Profits loss for each separate month of the unexpired term of the lease.

Unless otherwise indicated on the Supplemental Coverage Declarations or by endorsement, the rate of interest that applies to the Insured's Lease Interest and Rental Profits coverages is 6%.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C4 09 10 18

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies the insurance provided under the Business Income and/or Rental Value Coverage Form and the Extra Expense Coverage Form.

A. The coverage provided for loss of Business Income, Rental Value and/or Extra Expense is extended to apply to such loss and/or expense at the Insured's premises where such coverage applies caused by the interruption, failure or fluctuation of service to such premises. The interruption, failure or fluctuation must result from direct physical loss or damage by a Covered Cause of Loss to Utility Supply Services Property, as defined in B. and C. below, that is located:

  1. Away from the Insured's premises; or

  2. At the Insured's premises and used to supply the utility service to the Insured's premises from a location away from the Insured's premises.

B. As used in this endorsement, Utility Supply Services Property means:

  1. **Water Supply Services Property**, meaning the following types of property supplying water to the Insured's premises:

    a. Water treatment plants;

    b. Water tanks;

    c. Water mains; and

    d. Pumping stations.

  2. **Communication Supply Services Property**, meaning property supplying communication services, including telephone, radio, microwave or television services and services relating to internet access or access to any electronic network, to the Insured's premises, such as:

    a. Communication transmission lines (including fiber optic transmission lines and lines which may be identified as distribution lines), other than overhead transmission lines;

    b. Coaxial cables; and

    c. Microwave radio relays, except satellites.

  3. **Power Supply Services Property**, meaning the following types of property supplying electricity, steam or gas to the Insured's premises:

    a. Utility generating plants;

    b. Switching stations;

    c. Substations, pumping stations;

    d. Transformers;

    e. Transmission lines (including lines which may be identified as distribution lines), other than overhead transmission lines; and

    f. Tanks.

  4. **Wastewater Removal Services Property**, meaning a utility system for removing wastewater and sewage from the Insured's premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving effluent to a holding treatment or disposal facility, and includes such facilities.

    But coverage under this endorsement does not apply to interruption in wastewater removal service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

© 2017 The Travelers Indemnity Company. All rights reserved.

MS C4 09 10 18

C.  When:

1.  Overhead Transmission Lines are indicated as included in the Supplemental Coverage Declarations; or

2.  An Overhead Transmission Lines Limit of Insurance is specified in the Supplemental Coverage Declarations;

Utility Supply Services Property also includes **Overhead Transmission Lines**, meaning overhead transmission lines supplying electricity, steam or gas to the Insured's premises and overhead communication transmission lines supplying communication services to the Insured's premises, including such overhead power and communication lines which may be identified as distribution lines.

D.  The Utility Services exclusion in Section D. of the Property Coverage Form does not apply to this coverage.

E.  The most the Company will pay for loss or expense under this coverage is the Limit of Insurance shown in the Supplemental Coverage Declarations for Utility Services – Time Element.  This Limit of Insurance is part of and does not increase the Business Income and/or Extra Expense Limit of Insurance provided under this policy.

If a separate Overhead Transmission Lines Limit of Insurance is shown in the Supplemental Coverage Declarations for this coverage, the Overhead Transmission Lines Limit of Insurance is part of, and not in addition to the Utility Services – Time Element Limit of Insurance shown in the Supplemental Coverage Declarations.

F.  When a number of hours is shown in the Supplemental Coverage Declarations as the deductible applicable to Utility Services – Time Element, the Company will pay under this coverage only for loss of Business Income and/or Rental Value the Insured sustains after that number of hours immediately following the direct physical loss or damage to the Utility Supply Services Property.  This deductible does not apply to Extra Expense.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C5 01 10 18

# POLICY CONDITIONS, ADDITIONAL PROVISIONS
# AND DEFINITIONS FORM

## A. GENERAL CONDITIONS

**1. Application of Deductibles**

    a. Any deductibles that apply are specified in the Supplemental Coverage Declarations or in the forms or endorsements attached to this policy.

    Unless otherwise specified in the Supplemental Coverage Declarations, or by endorsement, when a deductible is specified as applying separately at each affected location, in any one occurrence, or at a specific location in any one occurrence, each of the following will be considered a location:

    (1) A single address that is not part of a complex described in (2) below, regardless of the number of buildings at that address; or

    (2) A multiple building complex, such as an apartment complex, office building complex or industrial park, with multiple addresses, provided:

        (a) All addresses within the complex are under the same ownership or management; and

        (b) The complex is known by a single name; and

        (c) All addresses within the complex are insured premises under this policy; and

        (d) The addresses are adjacent to one another, or separated only by a street.

    b. Dollar Deductibles

    When the deductible that applies is specified as a dollar amount, the Company will not pay for loss or damage to which the deductible applies until the amount of loss or damage exceeds the specified deductible amount. The Company will then pay the amount of the loss or damage in excess of the specified deductible, up to the applicable Limit of Insurance.

    c. Percentage Deductibles

    (1) Percentage deductibles may be written as a percentage of total values or as a percentage per unit of insurance.

    (2) Total Values Percentage Deductibles

    When the deductible that applies is specified as a percentage of total values, the deductible will be equal to the percentage of the total values specified in the most recent Statement of Values on file with the Company for buildings, structures, personal property and rental values to which the deductible applies.

    (3) Per Unit of Insurance Percentage Deductibles

    When the deductible that applies is specified as a percentage per unit of insurance, the deductible will be equal to the percentage of value calculated for, and applied separately to, each of the following units of insurance:

        (a) Each building or structure sustaining loss or damage;

        (b) Personal property within each building or structure if that personal property sustains loss or damage;

        (c) Personal property in the open if personal property in the open sustains loss or damage;

        (d) Business Income values impacted by the direct loss or damage to property, when the percentage deductible is indicated as applying to Business Income; and

        (e) Rental values impacted by the direct loss or damage to property, when the percentage deductible is indicated as applying to Rental Value.

© 2017 The Travelers Indemnity Company. All rights reserved.

The values to be used when calculating the deductible for (a), (b), (c), (d) and (e) above are either those as specified for each unit of insurance shown in the most recent Statement of Values on file with the Company or, if not so specified, or if the damaged property is a building in the course of construction or renovation, the values will be determined at the time of loss. When Business Income values or rental values are determined at the time of loss, the values will be calculated for the 12 months following the inception date of the policy term in which the loss occurs.

(4) When both a percentage deductible and a dollar deductible are specified together as applicable to a coverage or exposure, whether specified as applying in any one occurrence or specified as applying at each affected location in any one occurrence, the percentage deductible will be calculated and applied as described in (2) and (3) above, but the dollar deductible is the minimum amount the Company will deduct in any one occurrence, or at each affected location in any one occurrence, as specified, for all loss or damage to which the deductible is stated to apply.

(5) When a maximum dollar deductible is also specified as applicable, the specified maximum deductible is the most the Company will deduct in any one occurrence for all loss or damage to which the deductible is stated to apply.

d. Hour Deductibles

If the deductible for Business Income or any other time element coverage is specified in hours, the Company will not be liable for any loss incurred during the specified number of hours immediately following the start of the "period of restoration" or other applicable period during which incurred loss would otherwise be covered. The Company will then pay the amount of loss incurred for the remainder of the "period of restoration" or other applicable period during which incurred loss is covered, up to the Limit of Insurance.

e. Two or More Deductibles in Any One Occurrence

If any causes of loss, coverages or types of property insured against under this policy are subject to separate deductibles and two or more of those causes of loss, coverages and/or types of property are involved in any one loss occurrence, each cause of loss, coverage and type of property loss will be adjusted separately. But the total of the deductible amounts applied will not exceed the highest deductible amount applied in that occurrence for any one involved cause of loss, coverage or type of property.

This provision does not apply to:

(1) Deductibles applicable to any of the following causes of loss:

(a) Earth Movement;

(b) Earthquake and Volcanic Eruption;

(c) Earthquake, Volcanic Eruption, Landslide and Mine Subsidence;

(d) Earthquake Sprinkler Leakage;

(e) Flood;

(f) "Windstorm"; or

(g) Hurricane;

or

(2) Any hour deductible.

f. Application of Deductibles for Certain Covered Causes of Loss Provided by Endorsement

Any deductible shown on the Supplemental Coverage Declarations or elsewhere in this policy for a cause of loss listed below applies only with respect to loss or damage to which the endorsement providing coverage for such cause of loss applies, and does not apply to any loss or damage by such cause of loss that is covered in the absence of such endorsement, such as fire or explosion that results from an earth movement:

© 2017 The Travelers Indemnity Company. All rights reserved.

(1)  Earth Movement;

(2)  Earthquake and Volcanic Eruption;

(3)  Earthquake, Volcanic Eruption, Landslide and Mine Subsidence;

(4)  Earthquake Sprinkler Leakage;

(5)  Flood;

(6)  Sewer Back-Up; or

(7)  Boiler and Machinery.

g.  Any Other Covered Loss Deductible

Unless otherwise specifically stated in this policy, the deductible shown in the Supplemental Coverage Declarations for any other covered loss applies to all causes of loss, coverages and types of property insured against under this policy for which no deductible is specifically shown in the Supplemental Coverage Declarations or in the forms or endorsements included in this policy, except Extra Expense.  No deductible applies to Extra Expense.

**2.  Application of Limits of Insurance**

a.  The most the Company will pay for any loss or damage to which this policy applies is the applicable Limit of Insurance provided under this policy for such loss or damage.  When a per occurrence Limit of Insurance applies, that Limit of Insurance is the most the Company will pay in any one occurrence for the loss or damage to which the Limit of Insurance applies. When an aggregate Limit of Insurance applies, that aggregate Limit of Insurance is the most the Company will pay for all loss or damage to which such Limit of Insurance applies that results from all occurrences in any one policy year, commencing with the inception date of this policy.

b.  Under the Property Coverage Form, unless otherwise stated in the Supplemental Coverage Declarations, or by endorsement:

(1) Payments under the following Covered Costs and Expenses will not increase the applicable Covered Property Limits of Insurance:

(a)  Debris Removal.  But if a Limit of Insurance for Additional Debris Removal Expense is specified in the Supplemental Coverage Declarations, that Limit of Insurance will apply in addition to the applicable Covered Property Limits of Insurance;

(b)  Limited "Fungus", Wet Rot and Dry Rot Direct Damage Coverage;

(c)  Fire Department Service Charge;

(d)  Fire Protective Equipment Discharge;

(e)  Preservation of Property; and

(f)  Water, Other Liquids, Powder or Molten Material Damage.

(2) The Limits of Insurance that are specified for the remaining Covered Costs and Expenses are in addition to the Covered Property Limits of Insurance.

c.  Under the Business Income and/or Rental Value Coverage Forms or the Extra Expense Coverage Form, unless otherwise stated in the Supplemental Coverage Declarations, or by endorsement:

(1) Payments under the following Coverage Extensions will not increase the Limits of Insurance that apply to Business Income, Rental Value and/or Extra Expense:

(a)  Civil Authority;

(b)  Ingress or Egress;

(c)  Extended Business Income or Rental Value (Business Income and/or Rental Value Coverage Forms only);

© 2017 The Travelers Indemnity Company.  All rights reserved.

    (d) Limited "Fungus", Wet Rot and Dry Rot – Time Element (Business Income and/or Rental Value Coverage Forms only) or Limited "Fungus", Wet Rot and Dry Rot – Extra Expense (Extra Expense Coverage Form only);

    (e) Expenses to Reduce Loss (Business Income and/or Rental Value Coverage Form Excluding Extra Expense only).

  (2) The Limits of Insurance that are specified for the remaining Coverage Extensions are additional amounts of insurance.

d. Unless otherwise specified in the Supplemental Coverage Declarations, or by endorsement, when a Limit of Insurance is specified as applying separately at each affected location, in any one occurrence, or on a per location basis, the description of a location contained in provision a. of the Application of Deductibles condition in Section A.1. of this form will apply.

e. Policy Limit

When a Policy Limit is shown in the Supplemental Coverage Declarations, the above Limits of Insurance provisions A.2.a. through A.2.d. apply, but are subject to the Policy Limit.  The Policy Limit is the most the Company will pay for all loss or damage in any one occurrence under this policy.  All other specified Limits of Insurance shown in the Supplemental Coverage Declarations or in any Coverage Forms, Schedules or endorsements are included within, and do not increase, the Policy Limit.

3. **Application of Deductibles and Limits of Insurance – "Windstorm" or Hail Additional Provisions**

a. When a "Windstorm" or Hail Limit of Insurance (including an entry of Included or Not Covered) or a "Windstorm" or Hail deductible is shown in the Supplemental Coverage Declarations, such Limit of Insurance or deductible will apply to all loss or damage in any one occurrence:

  (1) Caused directly or indirectly by "Windstorm" or Hail that occurs at the locations to which the "Windstorm" or Hail  Limit of Insurance or deductible applies, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage; or

  (2) Caused by rain, snow, sand or dust at the locations to which the "Windstorm" or Hail Limit of Insurance or deductible applies, whether driven by wind or not, if that loss or damage would not have occurred but for the "Windstorm" or Hail.

But if such loss or damage results in fire or explosion, the "Windstorm" or Hail Limit of Insurance or "Windstorm" or Hail deductible will not apply to such resulting loss or damage caused by the fire or explosion.

b. Any "Windstorm" or Hail Limit of Insurance or "Windstorm" or Hail deductible shown in the Supplemental Coverage Declarations will not serve to imply or afford coverage for any loss or damage that would otherwise be excluded under the Flood exclusion in Section D. of the Property Coverage Form or under any other exclusion in the policy.  If this policy is endorsed to cover Flood, a separate Limit of Insurance and deductible applies to the loss or damage attributable to the Flood, in accordance with the terms of the Flood endorsement and the remainder of this policy.

c. Any Limit of Insurance shown in the Supplemental Coverage Declarations for "Windstorm" or Hail is part of and does not increase any other applicable limits under this policy.

d. When a "Named Windstorm" Limit of Insurance or deductible is shown in the Supplemental Coverage Declarations:

  (1) The phrase, "Windstorm" or Hail, where used in provisions a., b. and c. above, is replaced by "Named Windstorm"; and

  (2) Provision a.(2) above is amended to include loss or damage caused by hail that would not have occurred but for the "Named Windstorm".

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C5 01 10 18

**4.   Cancellation and Nonrenewal**

    a.   Cancellation

        (1)   The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to the Company advance written notice of cancellation.

        (2)   The Company may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

            (a)   10 days before the effective date of cancellation if the Company cancels for nonpayment of premium; or

            (b)   60 days before the effective date of cancellation if the Company cancels for any other reason.

        (3)   The Company will mail or deliver notice to the first Named Insured's last mailing address known to the Company.

        (4)   Notice of cancellation will state the effective date of cancellation.  If the policy is cancelled, that date will become the end of the policy period.

        (5)   If this policy is cancelled, the Company will send to the first Named Insured any premium refund due.  If the Company cancels, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.  The cancellation will be effective even if the Company has not made or offered a refund.

        (6)   If notice is mailed, proof of mailing will be sufficient proof of notice.

    b.   Nonrenewal

        In the event the Company decides not to renew this policy, the Company will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

**5.   Changes**

This policy contains all the agreements between the Insured and the Company concerning the insurance afforded.  The policy terms can be amended or waived only by written endorsement issued by the Company as part of this policy.

**6.   Concealment, Misrepresentation or Fraud**

This policy is void in any case of fraud by the Insured as it relates to this policy at any time.  It is also void if the Insured or any other person or entity insured under this policy, at any time, intentionally conceals or misrepresents a material fact concerning:

    a.   This policy;

    b.   The Covered Property;

    c.   The Insured's interest in the Covered Property; or

    d.   A claim under this policy.

**7.   Control of Property**

The breach of any condition of this policy as a result of any act or neglect of any person other than the Insured beyond the direction or control of the Insured will not affect this insurance.

The breach of any condition of this policy at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**8.   Currency**

It is understood and agreed that all amounts used herein are in the currency of the United States of America and that premiums and losses are payable in United States of America currency.  In the event of a loss adjustment involving foreign currency, the conversion into the currency of the

© 2017 The Travelers Indemnity Company.  All rights reserved.

United States of America will be at the rate of exchange quoted in *The Wall Street Journal* as of the date of the loss.

**9.  Examination of the Insured's Books and Records**

The Company may examine and audit the Insured's books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**10.  Identity of Interest**

If the Named Insured under this policy is comprised of more than one legal entity, liability under this policy will not exceed the liability that would have existed had all such interests comprised a single legal entity.

**11.  Inspections and Surveys**

  a.  The Company has the right but is not obligated to:

  (1)  Make inspections and surveys at any time;

  (2)  Give the Insured reports on the conditions found; and

  (3)  Recommend changes.

  b.  Neither the right to make inspections, nor the making thereof, nor any risk analysis, nor any advice or reports resulting therefrom will imply any liability, or constitute an undertaking on behalf of or for the benefit of the Insured.  Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged.  The Company does not make safety inspections.  The Company does not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.  In addition, the Company does not warrant that the conditions are safe, healthful or in compliance with any law, rule, regulation, code or standard.

  c.  This condition applies not only to the Company, but also to any rating, advisory, rate service or similar organization that makes insurance inspections, surveys, reports or recommendations.

  d.  Paragraph b. above does not apply to any inspections, surveys, reports or recommendations the Company may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators in the United States of America.

**12.  Legal Action Against the Company**

No one may bring a legal action against the Company under this policy unless:

  a.  There has been full compliance with all of the terms of this policy; and

  b.  The action is brought in the United States of America, in a United States of America court having proper jurisdiction, within 2 years after the date on which the direct physical loss or damage occurred.

**13.  Liberalization**

If the Company adopts any revision that would broaden the coverage under this policy without additional premium, within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**14.  Mortgage Interests and Obligations**

Loss or damage, if any, as covered under this policy, will be payable to each mortgagee (or trustee) designated herein in order of their precedence as their interests may appear.  With respect to the mortgagee's (or trustee's) interest, this insurance will not be invalidated by any act of the Insured (mortgagor or owner), nor by any foreclosure or other similar proceedings or notice of sale relating to the property, nor by any change in title or ownership of the property, provided that:

  a.  In the event the Insured (mortgagor or owner) has neglected to pay any premium due under this policy, the mortgagee (or trustee), at the request of the Company, pays the same;

© 2017 The Travelers Indemnity Company.  All rights reserved.

b.  The mortgagee (or trustee) has notified the Company of any change in ownership, occupancy or increase in the risk or hazards known to the mortgagee (or trustee) and, at the request of the Company, pays the premium for such increased risk or hazards; and

c.  The mortgagee (or trustee) submits a signed, sworn proof of loss within 60 days after having been notified by the Company that the Insured (mortgagor or owner) has failed to do so.

In the event the Company pays the mortgagee (or trustee) for any loss or damage covered under this policy and therefore claims that as to the Insured (mortgagor or owner) no liability existed, the Company will be subrogated to all the rights, to the extent of such payment, of the party to whom such payment was made, and the right of the mortgagee (or trustee) to recover the full amount of its claim will not be impaired.  The Company may, at the Company's option, pay to the mortgagee (or trustee) the whole principal due plus any accrued interest.  Thereupon, the Company will receive a full assignment and transfer of the mortgage and other such securities and the remaining mortgage debt will be payable by the Insured (mortgagor or owner) to the Company.

The Company reserves the right to cancel this policy at any time as provided by its terms but, in such case, this policy will continue in force for the benefit only of the mortgagee (or trustee) for 10 days after notice to the mortgagee (or trustee) of cancellation for nonpayment of premium or 60 days after notice to the mortgagee (or trustee) of cancellation for any other reason.  In the event the Company elects not to renew this policy, the Company will give written notice to the mortgagee (or trustee) at least 30 days prior to the expiration of this policy.

**15.  No Benefit to Bailee**

No person or organization, other than the Insured, having custody of Covered Property will benefit from this insurance.

**16.  No Reduction by Loss**

Except with respect to any aggregate limit or aggregate sublimit of insurance in this policy, it is mutually understood and agreed that the amount of insurance will not be reduced by the payment of losses under this policy.

**17.  Other Insurance**

a.  Underlying Insurance

Permission is granted to the Insured to purchase insurance on all or any part of the deductibles of this policy, and the existence of such underlying insurance will not prejudice any recovery otherwise payable under this policy.  If the limits of such underlying insurance exceed the deductible which would apply under this policy, then the insurance provided by this policy will apply only as excess after the limits applicable to the underlying insurance, including that portion which exceeds such deductible, have been exhausted.

b.  Excess Insurance

Permission is granted to the Insured to have excess insurance over the Limit(s) of Insurance set forth in this policy without prejudice to this policy.  The existence of such insurance will not reduce the Company's liability under this policy.

c.  "Local Admitted Insurance"

When there is "local admitted insurance" issued to cover loss or damage in a country or jurisdiction, other than the United States of America, that is within the Policy Territory and that insurance covers, in whole or in part, the same loss or damage as this policy, the Company will only pay the difference between:

(1)  The amount the Company would have paid for such loss or damage under this policy if such "local admitted insurance" was not available; and

(2)  The amount the Insured is entitled to for such loss or damage under the terms and conditions of that "local admitted insurance".

© 2017 The Travelers Indemnity Company.  All rights reserved.

d.  Other Insurance Subject to Same Plan, Terms, Conditions and Provisions

In the event the Insured has other insurance, other than "local admitted insurance", subject to the same plan, terms, conditions and provisions as the insurance under this policy, the Company will pay its share of the covered loss or damage.  The Company's share is the proportion that the applicable Limit of Insurance under this policy bears to the Limits of Insurance of all insurance, other than "local admitted insurance", covering on the same basis.

If there is other insurance covering the same loss or damage, other than that described above, the Company will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether the Insured can collect on it or not.  But, the Company will not pay more than the applicable Limit of Insurance.

**18. Policy Period and Territory**

Under this policy, the Company will cover loss or damage that commences during the policy period as specified in the Declarations and, except as otherwise specifically provided, within the Policy Territory as specified in the Declarations.

Unless otherwise indicated, references in this policy to the United States of America include Puerto Rico and its other territories and possessions and references in this policy to any other countries also include the territories and possessions of such countries.

**19. Premiums**

The first Named Insured shown in the Declarations is responsible for the payment of all premiums and will be the payee for any return premiums the Company pays.

**20. Prohibited Coverage**

a.  Prohibited Coverage – Unlicensed Insurance

(1)  With respect to loss sustained by any Insured, or loss to any property, located in a country or jurisdiction in which the Company is not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

However, with respect to an otherwise covered loss, the Company will reimburse an Insured that is located in a country or jurisdiction in which the Company is licensed or otherwise authorized to provide this insurance because of its Financial Interest in the Foreign Entity.

As used in this Condition:

(a)  Financial Interest means an insurable interest in a Foreign Entity because of:

(i)  An ownership interest in such Foreign Entity;

(ii)  Indemnification of, or an obligation to indemnify, such Foreign Entity for loss sustained by the Foreign Entity; or

(iii)  An obligation to obtain property insurance for such Foreign Entity.

(b)  Foreign Entity means an entity which has an insurable interest in property located in a country or jurisdiction that prohibits the Company from insuring such property.

(2)  The Company does not assume responsibility for:

(a)  The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because the Company is not licensed to provide insurance in such country or jurisdiction; or

(b)  The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which the Company is not licensed to provide insurance.

b.  Prohibited Coverage – Trade or Economic Sanctions

© 2017 The Travelers Indemnity Company.  All rights reserved.

The Company will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose the Company or any of the Company's affiliated or parent companies to:

(1) Any trade or economic sanction under any law or regulation of the United States of America; or

(2) Any other applicable trade or economic sanction, prohibition or restriction.

## 21. Subrogation and Subrogation Waiver

a. Subrogation – Transit

The following subrogation provisions apply to any transit coverage provided under this policy:

(1) If any person or organization to or for whom the Company makes payment under any transit coverage provisions of this policy has rights to recover damages from another, those rights are transferred to the Company to the extent of such payment.  That person or organization must do everything necessary to secure the Company's rights and must do nothing after the loss to impair them.

(2) Insurance under the transit coverage provisions will be null and void if any Insured does any act or enters into any agreement, before or after loss, which in any way releases, impairs or destroys the right to recover against any carrier for hire, or other party liable for the loss, or transfers such right to anyone other than the Company.  Even if the transit coverage becomes null and void, the Company has the right to retain and recover the premium for this coverage.  The Insured does have permission to accept the limited liability form receipts or bills of lading commonly used by carriers for hire without prejudice to this coverage.  The Company is not liable however, for any loss that is settled or compromised without the written consent of the Company.

(3) If the Company pays for loss or advances or loans money under the transit coverage, the Insured will, upon request and at the expense of the Company, make claim upon and institute legal proceedings against any carrier, bailee or other party liable for the loss.  At the option of the Company, such claims or legal proceedings may be instituted in the name of the Insured.  The Insured agrees to fully cooperate with the Company in making such claims and prosecuting such legal proceedings.

b. Subrogation – All Other Coverages

If any person or organization to or for whom the Company makes payment under this policy has rights to recover damages from another, those rights are transferred to the Company to the extent of such payment.  That person or organization must do everything necessary to secure the Company's rights and must do nothing after the loss to impair them.

But, the Insured may waive its rights against another party by specific written agreement:

(1) Prior to a loss to Covered Property.

(2) After a loss to Covered Property or Covered Income only if, at time of loss, that party is one of the following:

(a) Someone insured by this insurance;

(b) A business firm owned or controlled by the Insured or that owns or controls the Insured; or

(c) The Insured's tenant.

Such waiver will not invalidate or restrict this insurance.

## 22. Transfer of the Insured's Rights and Duties Under this Policy

The Insured's rights and duties under this policy may not be transferred without the written consent of the Company except in the case of death of an individual Named Insured.  If an individual Named Insured dies, the Insured's rights and duties will be transferred to the Insured's legal representative but only while acting within the scope of duties as the Insured's legal

© 2017 The Travelers Indemnity Company.  All rights reserved.

representative. Until the Insured's legal representative is appointed, anyone having proper temporary custody of the Insured's property will have rights and duties but only with respect to that property.

### 23. Unintentional Errors in Description

The insurance provided by this policy is extended to apply with respect to loss or damage to property at locations within the Policy Territory that are owned, leased or operated by the Insured, if such loss or damage is not payable under this policy due solely to any unintentional error in the description of the address of the property. But this will not increase any Limits of Insurance that apply under this policy.

Upon discovery of the unintentional error, the Insured will report the correct information to the Company. An additional premium may be charged based upon the corrected information.

## B. LOSS CONDITIONS

### 1. Abandonment

There can be no abandonment of any property to the Company.

### 2. Appraisal

If the Company and the Insured disagree on the value of the property, the amount of net income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that a judge of a court having jurisdiction make the selection. The appraisers will state separately the value of the property, the amount of loss or the amount of net income and operating expense. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, the Company will still retain its right to deny the claim.

### 3. Duties in the Event of Loss or Damage

a. The Insured must see that the following are done in the event of loss of or damage:

(1) Notify the police if a law may have been broken.

(2) Give the Company prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give the Company a description of how, when, and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, the Company will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At the request of the Company, give the Company complete inventories of the damaged and undamaged property, including quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit the Company to inspect the property and records proving the loss or damage and examine the Insured's books and records.

Also permit the Company to take samples of damaged and undamaged property for inspection, testing and analysis and permit the Company to make copies from the Insured's books and records.

© 2017 The Travelers Indemnity Company. All rights reserved.

    (7) Send the Company a signed, sworn proof of loss containing the information that the Company requests to investigate the claim. The Insured must do this within 60 days after the Company's request. The Company will supply the Insured with the necessary forms.

    (8) Cooperate with the Company in the investigation or settlement of the claim.

  b. The Company may examine any Insured under oath, while not in the presence of any other Insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an Insured's books and records. In the event of an examination, an Insured's answers must be signed.

## 4. Loss Payment

  a. In the event of loss or damage to property covered by this policy, at the option of the Company, the Company will either:

    (1) Pay the value of lost or damaged property;

    (2) Pay the cost of repairing or replacing the lost or damaged property subject to b. below;

    (3) Take all or any part of the property at an agreed or appraised value; or

    (4) Repair, rebuild, or replace the property with other property of like kind, size and quality subject to b. below.

  b. Except as otherwise specifically provided in this policy, the cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

  c. The Company will give notice of its intentions within 30 days after the Company receives the proof of loss it requires.

  d. The Company will not pay the Insured more than the Insured's financial interest in the Covered Property.

  e. The Company may adjust losses with the owners of lost or damaged property if other than the Insured. If the Company pays the owners, such payments will satisfy the Insured's claims against the Company for the owner's property. The Company will not pay the owners more than their financial interest in the Covered Property.

  f. The Company may elect to defend the Insured against suits arising from claims of owners of property. The Company will do this at its own expense.

  g. The Company will pay for covered loss or damage within 30 days after the Company receives the sworn proof of loss it requires, if:

    (1) The Insured has complied with all of the terms of this policy; and

    (2) The Company has reached agreement with the Insured on the amount of loss or an appraisal award has been made.

  h. At the option of the Company, the Company may make a partial payment toward any claim, subject to the policy provisions and the Company's normal adjustment process. To be considered for a partial claim payment, the Insured must submit a partial sworn proof of loss with supporting documentation. Any applicable policy deductibles must be satisfied before any partial payment is made.

  i. If two or more of this policy's coverages apply to the same loss or damage, the Company will not pay more than the actual amount of the loss or damage.

## 5. Recovered Property

In the event either the Insured or the Company recovers any property after loss settlement, that party must give the other prompt notice. At the option of the Insured, the property will be returned to the Insured. The Insured must then return to the Company the amount the Company paid to the Insured for the property.

  a. The Company will pay:

(1) Recovery expenses; and

(2) Costs to repair the recovered property;

b. But the amount the Company pays will not exceed the least of the following:

(1) The total of a.(1) and a.(2) above;

(2) The value of the recovered property; or

(3) The Limit of Insurance.

## C. ADDITIONAL PROVISIONS APPLICABLE TO LOSS OR DAMAGE OUTSIDE OF THE UNITED STATES OF AMERICA

With respect only to loss or damage occurring in a country or jurisdiction within the Policy Territory, other than the United States of America:

**1.** The following exclusion is added:

**Terrorism**

The Company will not pay for loss or damage caused directly or indirectly by any actual, alleged, or threatened act of force, violence, or other danger against any person, organization, or property, which:

a. Intimidates or coerces, or appears to a reasonable person to be intended to intimidate or coerce, any government authority, any civilian population, or any segment of any civilian population;

b. Disrupts, or appears to a reasonable person to be intended to disrupt, any segment of the economy; or

c. Involves biological, chemical, or nuclear activity;

regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

Because biological, chemical, or nuclear activity may involve pollutants, or nuclear reaction, nuclear radiation, radioactive contamination, or contamination, this exclusion applies in addition to any pollution exclusions, nuclear activity exclusions, contamination exclusions, or any pollution - related, nuclear - related, or contamination - related exclusions that are a part of this insurance.

**2.** The Property Coverage Form, the Business Income and/or Rental Value Coverage Form Including Extra Expense, the Business Income and/or Rental Value Coverage Form Excluding Extra Expense and the Extra Expense Coverage Form are amended by the addition of each of the following coverages for which a Limit of Insurance is shown in the Supplemental Coverage Declarations:

**a. Coinsurance Deficiency**

The Company will pay for the loss the Insured sustains as respects:

(1) Covered Property under the Property Coverage Form; and

(2) Business Income and/or Extra Expense under the Business Income Coverage Form Including Extra Expense, the Business Income Coverage Form Excluding Extra Expense and/or the Extra Expense Coverage Form;

due to the application of any coinsurance or average clause under any "local admitted insurance" issued to cover loss or damage in a country or jurisdiction, other than the United States of America, that is within the Policy Territory. The Company will pay the difference between the total amount recovered under the "local admitted insurance" and the total amount of loss which would have been recoverable without the application of such coinsurance or average clause in the "local admitted insurance".

However, this coverage will only apply if the coinsurance deficiency is due to an inadvertent error, omission, or failure to report and insure proper values under the "local admitted

insurance". Any deliberate error, omission, or failure to report and insure proper values will not be covered. The Insured agrees to adjust the reported insurable values and limits of coverage as soon as they have knowledge of the coinsurance deficiency.

The most the Company will pay for loss in any one occurrence under this coverage is the Limit of Insurance specified for Coinsurance Deficiency in the Supplemental Coverage Declarations.

**b. Devaluation of Currency**

The Company will pay for the loss the Insured sustains as respects:

(1) Covered Property under the Property Coverage Form; and

(2) Business Income and/or Extra Expense under the Business Income Coverage Form Including Extra Expense, the Business Income Coverage Form Excluding Extra Expense and/or the Extra Expense Coverage Form;

due to any deficiency in the amount of the Insured's recoverable loss under any "local admitted insurance" issued to cover loss or damage in a country or jurisdiction, other than the United States of America, that is within the Policy Territory, caused by a devaluation of the foreign currency in which the "local admitted insurance" is written.

The most the Company will pay for loss in any one occurrence under this coverage is the Limit of Insurance specified for Currency Devaluation in the Supplemental Coverage Declarations.

**c. Tax Liability**

In the event that:

(1) Covered loss or damage under this policy occurring outside of the United States of America cannot be paid in the country in which the loss occurred; and

(2) The Company reimburses an Insured for the loss because of its Financial Interest in the Foreign Entity pursuant to the Prohibited Coverage – Unlicensed Insurance condition in Section A.20.a. of this form;

the Company will pay an additional amount for additional tax liability incurred by the Insured. The additional amount of tax liability will be calculated as follows:

Loss payment due under this coverage is $((C - A) / B) - C$

Where      A =   Local tax benefit received where the loss occurred.

                     B =   1.00 minus the effective tax rate in the country where the loss payments are to be received. The effective tax rate shall be the corporate tax rate in effect for the fiscal year when the loss occurred.

                     C =   The actual loss otherwise payable under this agreement, except for the operation of this rule.

If the effective local tax rate where the loss occurred is equal to or greater than the effective tax rate in the country where the loss payments are to be received, then this coverage will not apply.

The Company will not make any payment under this coverage if there is no increase in the Insured's worldwide tax liability.

The most the Company will pay for loss in any one occurrence under this coverage is the Limit of Insurance specified for Tax Liability in the Supplemental Coverage Declarations.

**3.** The Property Coverage Form is amended by the addition of the following coverage when a Limit of Insurance is shown for it in the Supplemental Coverage Declarations:

**Tenants', Neighbors' and Landlords' Liability**

© 2017 The Travelers Indemnity Company. All rights reserved.

The Company will pay for direct physical loss or damage caused by or resulting from a Covered Cause of Loss to:

a. Covered Property that the Insured leases or rents for which the Insured is legally responsible as a tenant under civil law or by commercial code.

b. Adjacent property of neighbors for which the Insured is legally responsible under civil law or by commercial code.

c. Property of the Insured's tenants for which the Insured is legally responsible under civil law or by commercial code.

The most the Company will pay for loss or damage in any one occurrence under this coverage is the Limit of Insurance specified for Tenants', Neighbors' and Landlords' Liability in the Supplemental Coverage Declarations.

**D. DEFINITIONS**

As used in this policy:

1. **"Abrupt Collapse":**

   a. Means the abrupt falling down or caving in of:

      (1) A building or any portion of a building to which this insurance applies, or that contains Covered Property to which this insurance applies, with the result that the building or portion of the building cannot be occupied for its intended purpose; or

      (2) Personal property inside a building.

   b. Does not mean:

      (1) A building or any portion of a building that is in danger of falling down or caving in;

      (2) A portion of a building that is standing, even if it has separated from another portion of the building;

      (3) A building that is standing, or any portion of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion;

      (4) Personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion; or

      (5) The abrupt falling down or caving in of any of the following property, unless the property is property to which this insurance applies and the abrupt falling down or caving in of such property is itself caused by an "abrupt collapse" of a building or any portion of a building to which this insurance applies:

         (i) Communication towers, antennas, satellite dishes, guy wires, lead-in wiring and masts;

         (ii) Awnings, canopies, gutters, downspouts, fences or yard fixtures;

         (iii) Outdoor swimming pools, or beach or diving platforms or appurtenances;

         (iv) Retaining walls, bulkheads, pilings, piers, wharves or docks;

         (v) Underground pipes, flues or drains; or

         (vi) Walkways, roadways and other paved surfaces.

2. **"Dependent Property"** means property operated by others that the Insured depends on to:

   a. Supply materials or services to the Insured, or to others for the account of the Insured (Contributing Locations). With respect to Contributing Locations, services do not mean utility

services including, but not limited to, water supply services, communication supply services (including services relating to internet access or access to any electronic, cellular or satellite network), or power supply services supplying electricity, steam or gas;

b. Accept the Insured's products or services (Recipient Locations);

c. Manufacture products for delivery to the Insured's customers under contract of sale (Manufacturing Locations); or

d. Attract customers to the Insured's business (Leader Locations).

3. **"Electronic Data Processing Data and Media"** means:

a. Data stored on, created or used on, or transmitted to or from computer software (including systems and applications software) on electronic recording or storage media such as hard or floppy disks, CDs, DVDs, flash memory, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment;

b. The electronic media on which the data is stored; and

c. Programming records and instructions.

4. **"Electronic Data Processing Equipment"** means electronic data processing equipment, facsimile machines, word processors, multi-functional telephone equipment, laptop and portable computers; related surge protection devices; and their component parts and peripherals used solely for data processing operations.

5. **"Electronic Vandalism"** means:

a. Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems; and

b. Unauthorized computer code or programming that:

(1) Deletes, distorts, corrupts or manipulates computer programs, content, instructions or other electronic or digital data, or otherwise results in damage to computers or computer systems or networks to which it is introduced;

(2) Replicates itself, impairing the performance of computers or computer systems or networks; or

(3) Gains remote control access to data and programming within computers or computer systems or networks to which it is introduced, for uses other than those intended for authorized users of the computers or computer systems or networks.

6. **"Exhibition"** means the temporary display of personal property at a convention, exposition, trade show or similar event at a location not owned or regularly occupied by the Insured.

7. **"Fine Arts"** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value or artistic merit.

8. **"Finished Stock"** means goods manufactured by the Insured that in the ordinary course of the Insured's business are in their completed state and ready for sale.

"Finished Stock" does not include goods manufactured by the Insured that are held for sale on the premises of any retail outlet insured under this Coverage Form.

9. **"Fungus"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

10. **"Local Admitted Insurance"** means insurance issued by a governmental entity or an insurer licensed or permitted by law to do business in the country or jurisdiction where the Covered Property is located.

11. **"Named Windstorm"** means a "Windstorm" that has been declared and named a tropical storm or Hurricane by the National Hurricane Center or Central Pacific Hurricane Center of the National

Weather Service. A "Named Windstorm" includes any tornado or other wind event, including a post tropical cyclone, that is caused by or results from the "Named Windstorm".

12. **"Operations"** means:

    a. The Insured's business activities occurring at the Insured's premises even if such activities would not have produced income during the "period of restoration", such as research and development activities; and

    b. The tenantability of the Insured's premises when coverage for Rental Value applies.

13. **"Ordinary Payroll Expenses"** means payroll expenses for all employees of the Insured except officers, executives, department managers or employees for whom payroll expenses are required to be paid under a direct employment contract with the Insured and except any additional exemptions for which coverage is added by endorsement for specific job classifications or employees.

"Ordinary payroll expenses" include:

    a. Payroll;

    b. Employee benefits, if directly related to payroll;

    c. FICA and Medicare payments;

    d. Union dues; and

    e. Worker's compensation premiums.

14. **"Outdoor Property"** means retaining walls not part of a building, lawns (including fairways, greens and tees), trees, shrubs, plants, artificial turf (including underlayment), bridges (excluding vehicular bridges), walks, roadways, patios or other paved surfaces.

15. **"Period of Restoration"**

    a. Except as provided in paragraphs b. and c. below, "period of restoration" means the period of time that:

        (1) Begins with the date and time of direct physical loss or damage to property at the Insured's premises caused by or resulting from a Covered Cause of Loss; and

        (2) Ends on the earlier of the following:

            (a) The date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

            (b) The date when business is resumed at a new permanent location.

    b. If:

        (1) The direct physical loss or damage by a Covered Cause of Loss is to any of the following property at premises to which this insurance applies:

            (a) New buildings or structures, whether complete or under construction;

            (b) Alterations or additions to existing buildings or structures; or

            (c) Machinery, equipment supplies or building materials on or within 1,000 feet of the premises that are used in the construction, alterations or additions, or incidental to the occupancy of the buildings;

        and

        (2) Such direct physical loss or damage delays the start of "operations";

    the "period of restoration" for Business Income or Rental Value will be the same length of time provided in a. above, but will not begin until the date when "operations" would have begun if the direct physical loss or damage had not occurred. This change in the start of the "period of restoration" does not apply to Extra Expense.

© 2017 The Travelers Indemnity Company. All rights reserved.

KTJ-CMB-7J14877-9-20

MS C5 01 10 18

   c.   When a number of hours is shown in the deductible item in the Supplemental Coverage Declarations for Business Income or Rental Value, the "period of restoration" will not begin until that number of hours immediately following the date and time the "period of restoration" would otherwise have begun, as described in a. and b. above.  This deductible does not apply to Extra Expense.

   d.   "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

      (1)   Regulates the construction, use, repair or replacement, or requires the tearing down of any property, except as provided under the Ordinance or Law – Increased "Period of Restoration" Coverage Extension in the Business Income and/or Rental Value Coverage Form Including Extra Expense, the Business Income and/or Rental Value Coverage Form Excluding Extra Expense and the Extra Expense Coverage Form; or

      (2)   Requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess, the effects of "pollutants".

   e.   The expiration date of this policy will not cut short the "period of restoration".

**16. "Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthy or hazardous building materials (including, but not limited to, asbestos and lead products or materials containing lead).  Waste includes materials to be recycled, reconditioned or reclaimed.

**17. "Raw Stock"** means material in the state in which the Insured receives it for conversion by the Insured into "stock in process" or "finished stock".

**18. "Sinkhole Collapse"** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.

This cause of loss does not include:

   a.   The cost of filling sinkholes; or

   b.   Sinking or collapse of land into man-made underground cavities.

**19. "Specified Cause of Loss"** means any of the following: Fire; lightning; explosion; "windstorm"; smoke (including the emission or puff back of smoke, soot, fumes or vapors from a boiler, furnace or related equipment); aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; "volcanic action"; falling objects as limited below; weight of snow, ice or sleet; or "water damage", all only as otherwise insured against in this policy.

Falling objects does not include loss or damage to:

   a.   Personal property in the open; or

   b.   The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.  Any portion of a building or structure that is within the exterior-facing surface material of a building or structure shall constitute the interior of that building or structure.

**20. "Stock"** means merchandise held in storage or for sale, "raw stock", "stock in process" or "finished stock" including supplies used in their packing or shipping.

**21. "Stock in Process"** means "raw stock" which has undergone any aging, seasoning, mechanical or other process of manufacturing but which has not become "finished stock".

**22. "Suspension"** means:

   a.   The partial or complete cessation of the Insured's business "operations"; or

   b.   That a part or all of the Insured's premises is rendered untenantable, if coverage for Rental Value is provided.

© 2017 The Travelers Indemnity Company.  All rights reserved.

23. **"Territorial Waters"** means that portion of the sea which is immediately adjacent to the shores of any country and over which sovereignty and exclusive jurisdiction of that country extends, but not exceeding 12 nautical miles from the mean low-water mark of the shore of that country.

24. **"Vacant"** means the following:

   a. When the Insured is the owner or general lessee of a building, "vacant" means 70% or more of the square footage of the entire building is not:

   (1) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; or

   (2) Used by the building owner to conduct customary operations.

   b. With respect to a unit or suite that is owned, rented or leased to the Insured, and not within a building to which a. above applies, "vacant" means the unit or suite does not contain enough Business Personal Property to conduct customary operations.

   Buildings under construction or renovation are not considered "vacant".

25. **"Volcanic Action"** means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   a. Airborne volcanic blast or airborne shock waves;

   b. Ash, dust or particulate matter; or

   c. Lava flow.

   "Volcanic action" does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the Covered Property.

   All "volcanic action" that results from all volcanic eruptions or explosions that occur within any 168 consecutive hour period will constitute a single occurrence.

26. **"Water Damage"** means:

   a. Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

   b. Accidental discharge or leakage of water as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the Insured premises, if the breakage or cracking is caused by wear and tear. This provision serves as an exception to the exclusion of wear and tear under Exclusion D.2.c.(1) in the Property Coverage Form. But "water damage" does not include loss or damage otherwise excluded under the terms of the Flood Exclusion D.1.b. in the Property Coverage Form.

27. **"Windstorm"** means a storm with wind or wind gusts, with or without, and regardless of the amount of, precipitation.

© 2017 The Travelers Indemnity Company. All rights reserved.

MS C5 05 10 18

# REPLACEMENT COST

This endorsement modifies the Property Coverage Form.

The following valuation provisions are added:

**A. REPLACEMENT COST**

In the event of covered loss or damage, the Company will determine the value of Covered Property at replacement cost as of the time and place of loss, without deduction for depreciation, except as otherwise provided in this endorsement or as stipulated by any other endorsement(s) attached to this policy. This replacement cost valuation is subject to the following conditions:

1. The Company will not pay more on a replacement cost basis than the least of:

   a. The cost to replace, at the same site, the lost or damaged property, with other property of comparable material and quality; or

   b. The actual amount incurred by the Insured that is necessary to repair or replace the lost or damaged property; or

   c. The Limit of Insurance applicable to the lost or damaged property.

   If a building is rebuilt at a different site, the cost described in a. above is limited to the cost which would have been incurred had the building been built at the original site.

2. The Company will not pay for any loss or damage on a replacement cost basis until the property is repaired or replaced, and then only if such repair or replacement is made as soon as reasonably possible after the loss or damage. If the property is not repaired or replaced as soon as reasonably possible after the loss or damage, the value of the property will be determined on an actual cash value basis. This restriction does not apply to losses less than $25,000.

3. For property to which this replacement cost valuation applies, the Insured may make a claim for loss or damage on an actual cash value basis instead of on a replacement cost basis. In the event the Insured elects to have loss or damage settled on an actual cash value basis, the Insured may still make a claim on a replacement cost basis if the Insured notifies the Company within 180 days after the loss or damage.

4. The cost to repair or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property:

   a. Except as provided in the valuation for building glass in Section B.13. below; or

   b. Unless a Limit of Insurance is specified for Ordinance or Law in the Supplemental Coverage Declarations, and then only to the extent provided under that coverage.

5. In the event the Insured decides to repair or replace damaged or destroyed property, payment will include any reasonable and necessary architectural, engineering, consulting or supervisory fees related to the construction, repair or replacement of the damaged or destroyed property. This will not increase the applicable Limits of Insurance.

**B. REPLACEMENT COST EXCEPTIONS**

1. Valuable papers and records and "electronic data processing data and media" will be valued as follows:

   a. At the specified amount per article for those articles which are specifically declared, described and valued in a schedule forming a part of this policy; or

   b. Except as provided in a. above, at the cost of blank materials or media of comparable kind, plus:

      (1) The cost incurred by the Insured to research, replace or restore the lost information on lost, damaged or destroyed valuable papers and records or "electronic data processing data and media" for which duplicates do not exist; or

© 2017 The Travelers Indemnity Company. All rights reserved.

    (2)  The cost of labor incurred by the Insured to transcribe or copy data onto blank materials or media when duplicates of the papers, records or data exist.

2.  If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss and the Company takes all or part of the property at an agreed or appraised value, the Company will also pay:

    a.  Reasonable expenses incurred by the Insured to:

        (1)  Stamp the word "Salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

        (2)  Remove the brands or labels, if doing so will not physically damage the merchandise. The Insured must re-label the merchandise or its containers to comply with the law.

    b.  Any reduction in the salvage value of the damaged merchandise with the brands or labels removed.

    But this will not increase the Limit(s) of Insurance applicable to the lost or damaged property.

3.  "Electronic data processing equipment" will be valued on a replacement cost basis as provided in Section A. above.  However, if replacement of "electronic data processing equipment" with comparable property is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed equipment and intended to perform the same function, but which may include technological advances.

    In no event will the value of "electronic data processing equipment" that is obsolete or no longer used by the Insured exceed the actual cash value of such equipment at the time and place of loss.

4.  "Fine Arts" will be valued at the least of:

    a.  The cost of reasonably restoring that property; or

    b.  The cost of replacing that property, at the time and place of loss, with substantially the same property; or

    c.  The market value of the property at the time and place of loss or, if the article of property is specifically declared, described and valued in a schedule forming a part of this policy, the amount per article specified in the Schedule.

5.  "Finished stock" will be valued at the selling price if no loss or damage occurred, less discounts and expenses the Insured otherwise would have had.

6.  Pairs, Sets, or Parts

    a.  In case of loss to any part of a pair or set, the Company may, at its option:

        (1)  Repair or replace any part to restore the pair or set to its value before the loss; or

        (2)  Pay the difference between the value of the pair or set before and after the loss.

    b.  In case of loss to any part of Covered Property consisting of several parts when complete, the Company will only pay for the value of the lost or damaged part.

7.  Patterns, dies, molds, and forms not in current usage will be valued at actual cash value.  If loss is paid on an actual cash value basis, and within 24 months from the date of the loss the Insured needs to repair or replace one or more of the items, the Company will pay the Insured, subject to the conditions of this insurance, the difference between actual cash value and replacement cost for those patterns, molds and dies which are actually repaired or replaced.

8.  Business Personal Property sold by the Insured but not delivered will be valued at the selling price less discounts and expenses the Insured otherwise would have had.

9.  Business Personal Property of Others will be valued at the lesser of:

    a.  The valuation that would apply to such property if it was owned by the Insured; or

© 2017 The Travelers Indemnity Company.  All rights reserved.

    b.   The amount for which the Insured is liable, not to exceed the replacement cost.

10.  "Stock in process" will be valued at the cost of "raw stock", labor expended, plus the proper proportion of overhead charges.

11.  Tenant's Improvements and Betterments will be valued at:

    a.   Replacement cost of the damaged or destroyed property (subject to the provisions of Section A. above) if the insured tenant promptly repairs or replaces the damaged or destroyed property.

    b.   A proportion of the insured tenant's original cost if the insured tenant does not promptly repair or replace the damaged or destroyed property.  The Company will determine the proportionate value as follows:

        (1)  Multiply the original cost by the number of days from the date of loss or damage to the expiration of the lease; and

        (2)  Divide the amount determined in (1) above by the number of days from the date of installation of improvements to the expiration of the lease.

        If the insured tenant's lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

    c.   If the damaged or destroyed property is repaired or replaced at the expense of others, there will be no liability hereunder.

12.  "Vacant" property will be valued at actual cash value as of the time and place of loss.

13.  Building glass will be valued at the cost of replacement with safety glazing material if required by law.  The Ordinance or Law exclusion in Section D.1.h. of the Property Coverage Form does not apply to this building glass valuation.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C5 26 10 18

# ERRORS AND OMISSIONS

This endorsement modifies the Policy Conditions, Additional Provisions and Definitions Form.

General Condition 23., Unintentional Errors in Description, is replaced with the following:

**23. Errors and Omissions**

The insurance provided by this policy is extended to apply with respect to loss or damage to property at locations within the Policy Territory that are owned, leased or operated by the Insured, if such loss or damage is not payable under this policy solely due to:

a. Any error or unintentional omission in the description of the address of the property, whether made at the inception of the policy period or at the time of any subsequent endorsement(s) to the policy; or

b. Failure through any error or unintentional omission to:

(1) Include any location of the Insured at the inception of the policy; or

(2) Report any newly acquired location before the period of automatic coverage provided under this policy for the newly acquired location expires.

This extension does not apply to loss or damage at a reported location that is not payable under this policy due to the failure to add coverage for any type of property or other exposure at that reported location.

The most the Company will pay for loss or damage under this extension is the Limit of Insurance specified for Errors and Omissions shown in the Supplemental Coverage Declarations. But in no event will the Company pay more for loss or damage than the amount the Company would have paid had no error or unintentional omission occurred or had the period of automatic coverage for the newly acquired location not expired.

Upon discovery of the error or unintentional omission, the Insured will report the correct information to the Company. An additional premium may be charged based upon the corrected information.

© 2017 The Travelers Indemnity Company. All rights reserved.

MS C5 27 10 18

# EXTRA EXPENSE DEDUCTIBLE

This endorsement modifies the Policy Conditions, Additional Provisions and Definitions Form.

Under General Condition A.1., Application of Deductibles, the last sentence of provision g., which states that no deductible applies to Extra Expense, does not apply.  The Extra Expense coverage provided under this policy is subject to the applicable deductibles indicated in the Supplemental Coverage Declarations or in the forms or endorsements attached to this policy.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS C6 06 10 15

# HIGH HAZARD WIND AREAS – U.S.A.

The following listing of high hazard wind areas, consisting of high hazard counties (parishes in Louisiana) and specific cities by State (indicated by an *), and high hazard areas of U.S.A. territories and possessions, is provided to determine applicable Coverage, Limit(s) of Insurance and Deductible(s) referred to in the Supplemental Coverage Declarations for High Hazard Wind Areas within the United States of America (including its territories and possessions).

| STATE | HIGH HAZARD WIND COUNTIES AND SPECIFIC CITIES | | |
|---|---|---|---|
| **Alabama** | Baldwin | Mobile | |
| | | | |
| **Delaware** | Kent | Sussex | |
| | | | |
| **Florida** | All Counties | | |
| | | | |
| **Georgia** | Brantley | Chatham | Long |
| | Bryan | Effingham | McIntosh |
| | Camden | Glynn | Wayne |
| | Charlton | Liberty | |
| | | | |
| **Hawaii** | All Counties | | |
| | | | |
| **Louisiana** | Acadia | Jefferson | St. John the Baptist |
| | Allen | Jefferson Davis | St. Landry |
| | Ascension | Lafayette | St. Martin |
| | Assumption | Lafourche | St. Mary |
| | Beauregard | Livingston | St. Tammany |
| | Calcasieu | Orleans | Tangipahoa |
| | Cameron | Plaquemines | Terrebonne |
| | East Baton Rouge | Pointe Coupee | Vermillion |
| | East Feliciana | St. Bernard | Washington |
| | Evangeline | St. Charles | West Baton Rouge |
| | Iberia | St. Helena | West Feliciana |
| | Iberville | St. James | |
| | | | |
| **Maryland** | Calvert | St. Mary's | Wicomico |
| | Dorchester | Somerset | Worchester |
| | | | |
| **Massachusetts** | Barnstable | Dukes | Plymouth |
| | Bristol | Nantucket | |
| | | | |
| **Mississippi** | George | Harrison | Pearl River |
| | Hancock | Jackson | Stone |
| | | | |
| **New Jersey** | Atlantic | Cape May | Monmouth |
| | Burlington | Cumberland | Ocean |
| | | | |
| **New York** | Nassau | Suffolk | |

© 2015 The Travelers Indemnity Company. All rights reserved.

| STATE | HIGH HAZARD WIND COUNTIES AND SPECIFIC CITIES | | |
|---|---|---|---|
| **North Carolina** | Beaufort | Dare | Onslow |
| | Bertie | Duplin | Pamlico |
| | Bladen | Gates | Pasquotank |
| | Brunswick | Greene | Pender |
| | Camden | Hertford | Perquimans |
| | Carteret | Hyde | Pitt |
| | Chowan | Jones | Sampson |
| | Columbus | Lenoir | Tyrrell |
| | Craven | Martin | Washington |
| | Currituck | New Hanover | |
| | | | |
| **Rhode Island** | Bristol | Newport | Washington |
| | | | |
| **South Carolina** | Beaufort | Dorchester | Horry |
| | Berkeley | Florence | Jasper |
| | Charleston | Georgetown | Marion |
| | Colleton | Hampton | Williamsburg |
| | | | |
| **Texas** | Aransas | Hardin | Live Oak |
| | Bee | Harris | Matagorda |
| | Brazoria | Hidalgo | Newton |
| | Brooks | Jackson | Nueces |
| | Calhoun | Jasper | Orange |
| | Cameron | Jefferson | Refugio |
| | Chambers | Jim Wells | San Patricio |
| | Fort Bend | Kenedy | Victoria |
| | Galveston | Kleberg | Wharton |
| | Goliad | Liberty | Willacy |
| | | | |
| **Virginia** | Accomack | Little Creek City * | Poquoson City * |
| | Chesapeake City * | Matthews | Portsmouth City * |
| | Gloucester | Middlesex | Suffolk City * |
| | Hampton City * | Newport News City * | Virginia Beach City * |
| | Isle of Wight | Norfolk City * | York |
| | Lancaster | Northampton | |
| | Langley Field City * | Northumberland | |
| | | | |

| U.S.A. TERRITORY | HIGH HAZARD WIND AREA |
|---|---|
| **American Samoa** | Entire Territory |
| | |
| **Guam** | Entire Territory |
| | |
| **Northern Marianas** | Entire Territory |

© 2015 The Travelers Indemnity Company.  All rights reserved.

MS C6 06 10 15

| U.S.A. TERRITORY | HIGH HAZARD WIND AREA |
|---|---|
| **Puerto Rico** | Entire Territory |
| | |
| **U.S. Virgin Islands** | Entire Territory |
| | |
| **All other U.S.A. territories and possessions** | Entire Territory |

MS C6 09 10 15

# HIGH AND MODERATE HAZARD EARTHQUAKE, VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE AREAS – U.S.A.

The following listing of high hazard and moderate hazard Earthquake, Volcanic Eruption, Landslide and Mine Subsidence areas, consisting of high hazard and moderate hazard counties (and independent cities as indicated by an *) by State, and high hazard areas of U.S.A. territories and possessions, is provided to determine applicable Coverage, Limit(s) of Insurance and Deductible(s) referred to in the Supplemental Coverage Declarations for Earthquake, Volcanic Eruption, Landslide and Mine Subsidence occurring in High and Moderate Hazard Areas in the United States of America (including its territories and possessions.

| STATE | HIGH HAZARD COUNTIES | MODERATE HAZARD COUNTIES | | |
|---|---|---|---|---|
| **Arizona** | | Yuma | | |
| | | | | |
| **Arkansas** | Clay | Arkansas | Izard | Prairie |
| | Mississippi | Craighead | Jackson | Randolph |
| | | Crittenden | Lawrence | Sharp |
| | | Cross | Lee | St. Francis |
| | | Cleburne | Lonoke | Stone |
| | | Fulton | Monroe | White |
| | | Greene | Phillips | Woodruff |
| | | Independence | Poinsett | |
| | | | | |
| **Idaho** | | Bear Lake | Fremont | Teton |
| | | | | |
| **Illinois** | Pulaski | Alexander | Jackson | Randolph |
| | | Bond | Jasper | Richland |
| | | Clay | Jefferson | St. Clair |
| | | Clinton | Johnson | Saline |
| | | Crawford | Lawrence | Shelby |
| | | Cumberland | Macoupin | Union |
| | | Edwards | Madison | Wabash |
| | | Effingham | Marion | Washington |
| | | Fayette | Massac | Wayne |
| | | Franklin | Monroe | White |
| | | Gallatin | Montgomery | Williamson |
| | | Hamilton | Perry | |
| | | Hardin | Pope | |
| | | | | |
| **Indiana** | | Adams | Pike | Sullivan |
| | | Gibson | Posey | Vanderburgh |
| | | Jay | Randolph | Warrick |
| | | Knox | Spencer | |
| | | | | |
| **Kentucky** | Fulton | Ballard | Hancock | Muhlenberg |
| | Hickman | Caldwell | Henderson | Ohio |
| | | Calloway | Hopkins | Todd |
| | | Carlisle | Livingston | Trigg |
| | | Christian | Lyon | Union |
| | | Crittenden | Marshall | Webster |
| | | Daviess | McCracken | |
| | | Graves | McLean | |

© 2015 The Travelers Indemnity Company.  All rights reserved.

| STATE | HIGH HAZARD COUNTIES | MODERATE HAZARD COUNTIES | | |
|---|---|---|---|---|
| **Mississippi** | | Alcorn | Marshall | Tate |
| | | Bolivar | Panola | Tippah |
| | | Coahoma | Quitman | Tunica |
| | | DeSoto | Pontotoc | Union |
| | | Lafayette | Tallahatchie | |
| | | | | |
| **Missouri** | Dunklin | Bollinger | Jefferson | St. Francois |
| | Mississippi | Butler | Perry | St. Louis |
| | New Madrid | Cape Girardeau | Madison | St. Louis City* |
| | Pemiscot | Carter | Oregon | Ste. Genevieve |
| | | Crawford | Reynolds | Stoddard |
| | | Dent | Ripley | Texas |
| | | Franklin | Scott | Washington |
| | | Howell | Shannon | Wayne |
| | | Iron | St. Charles | |
| | | | | |
| **Montana** | | Flathead | Lake | |
| | | Gallatin | Madison | |
| | | | | |
| **Nevada** | | Carson City* | Lyon | Storey |
| | | Douglas | Mineral | Washoe |
| | | Esmeralda | Nye | |
| | | | | |
| **Ohio** | | Allen | Hardin | Paulding |
| | | Auglaize | Henry | Preble |
| | | Champaign | Logan | Putnam |
| | | Clark | Madison | Shelby |
| | | Darke | Mercer | Union |
| | | Greene | Miami | Van Wert |
| | | Hancock | Montgomery | Wyandot |
| | | | | |
| **Oregon** | | Coos | Klamath | Multnomah |
| | | Curry | Marion | Washington |
| | | | | |
| **South Carolina** | | Beaufort | Charleston | Dorchester |
| | | Berkeley | Colleton | Georgetown |
| | | | | |
| **Tennessee** | Dyer | Carroll | Hardin | McNairy |
| | Lake | Chester | Haywood | Montgomery |
| | Lauderdale | Crockett | Henderson | Shelby |
| | Obion | Fayette | Henry | Stewart |
| | Tipton | Gibson | Houston | Weakley |
| | | Hardeman | Madison | |
| | | | | |

© 2015 The Travelers Indemnity Company. All rights reserved.
KTJ-CMB-7J14877-9-20

MS C6 09 10 15

| STATE | HIGH HAZARD COUNTIES | MODERATE HAZARD COUNTIES | | |
|---|---|---|---|---|
| **Utah** | | Box Elder | Davis | Utah |
| | | Cache | Salt Lake | Weber |
| | | | | |
| **Washington** | | Clallam | King | Pierce |
| | | Clark | Kitsap | San Juan |
| | | Cowlitz | Kittitas | Skagit |
| | | Grays Harbor | Lewis | Snohomish |
| | | Island | Mason | Thurston |
| | | Jefferson | Pacific | Whatcom |
| | | | | |
| **Wyoming** | | Lincoln | Teton | |
| | | | | |

| U.S.A. TERRITORY/POSSESSION | HIGH HAZARD AREA |
|---|---|
| **American Samoa** | Entire Territory/Possession |
| | |
| **Guam** | Entire Territory/Possession |
| | |
| **Northern Mariana Islands** | Entire Territory/Possession |
| | |
| **U.S. Virgin Islands** | Entire Territory/Possession |
| | |
| **All other U.S.A. territories and possessions, other than Puerto Rico** | Entire Territory/Possession |
| | |

© 2015 The Travelers Indemnity Company.  All rights reserved.

MS C6 12 07 99

# ADDITIONAL INSURED

The following are added as additional insured(s), as their interest may appear, for the described property only.

| Insured Premises Address | Additional Insured | Description of Covered Property |
|---|---|---|
| As per Schedule on File with the Company | As per Schedule on File with the Company | As per Schedule on File with the Company |

MS C8 40 10 18

# ARKANSAS CHANGES

This endorsement modifies insurance provided under this policy with respect to all locations in, and coverages provided with respect to locations in, the state of Arkansas.

A. **CHANGES TO THE POLICY CONDITIONS**

The **POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS FORM** is amended as follows:

1. Under Section A. **GENERAL CONDITIONS**:

   a. The following provision is added:

   **Multiyear Policies**

   The Company may issue this policy for a term in excess of 12 months with the premium on an annual basis in accordance with the Company's rates and rules.

   b. Paragraph 21. **Subrogation and Subrogation Waiver**, the following is added:

   The Company will be entitled to recovery only after the Insured has been fully compensated for the loss or damage sustained.

   c. In accordance with ARK. CODE ANN. § 23-88-106, the Company is providing notice of the following:

   Unless otherwise provided by this policy, the Company may deduct expense depreciation. Expense depreciation is defined as depreciation, including but not limited to the cost of goods, materials, labor and services necessary to replace, repair or rebuild damaged property.
   If expense depreciation is applied to a loss for damaged property, the Company shall provide a written explanation as to how the expense depreciation was calculated.

   d. Under **Legal Action Against The Company**, Paragraph 12.b. has been replaced by the following:

   The two-year limitation is changed to five years.

   e. Paragraph d. does not apply to the **LEGAL LIABILITY** endorsements.

2. Under Section B. **LOSS CONDITIONS**:

   a. Paragraph 2. **Appraisal**, is replaced by the following:

   1) If the Company and the Insured disagree on the value of the property, the amount of net income and operating expenses or the amount of loss, either party may make a written request for an appraisal of the loss. However, an appraisal will be made only if both the Company and the Insured agree, voluntarily, to have the loss appraised. If so agreed, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire.

   2) An appraisal decision will not be binding on either party.

   3) If there is an appraisal, the Company will still retain its right to deny the claim.

   4) Each party will:

      (i) Pay its chosen appraiser; and

      (ii) Bear the other expenses of the appraisal and umpire equally.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

MS C8 40 10 18

B. **CHANGE TO THE LEGAL LIABILITY ENDORSEMENTS**

When attached to the policy, the **LEGAL LIABILITY** endorsement(s) is amended as follows:

1. The following provision is added to the Insuring Agreement set forth in Paragraph 8., Item a.(5), Subrogation:

   The Company will be entitled to recovery only after the insured has been fully compensated for the loss or damage sustained, including expenses incurred in obtaining full compensation for the loss or damage.

© 2017 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

MS C8 43 10 18

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under this policy with respect to all locations in and coverages provided with respect to all locations in the state of California.

A.  With respect to an "open policy", the following are added to any provision which uses the term actual cash value:

1.  In the event of a total loss to a building or structure, actual cash value is calculated as the lesser of the following:

    a.  The Limit of Insurance applicable to that building or structure; or

    b.  The fair market value of the building or structure.

2.  In the event of a partial loss to a building or structure, actual cash value is calculated as the lesser of the following:

    a.  The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of the loss; or

    b.  The Limit of Insurance applicable to the property.

3.  In the event of a partial loss or total loss to Covered Property other than a building or structure, actual cash value is calculated as the lesser of the following:

    a.  The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss; or

    b.  The Limit of Insurance applicable to the property.

4.  An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation. The term "open policy" does not apply to Covered Property that is subject to an Agreed Value clause or similar clause that establishes an agreed value prior to loss, unless such clause has expired.

B.  **CHANGES TO THE POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS FORM**

The **POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS FORM** is amended as follows:

1.  Section A. **GENERAL CONDITIONS**, Paragraph 6. **Concealment, Misrepresentation or Fraud**, is replaced by the following with respect to loss or damage caused by fire:

The Company does not provide coverage to the Insured who, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

    a.  This policy;

    b.  The Covered Property;

    c.  That Insured's interest in the Covered Property; or

    d.  A claim under this policy.

© 2017 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. Section A. **GENERAL CONDITIONS**, Paragraph 6. **Concealment, Misrepresentation or Fraud**, is replaced by the following with respect to loss or damage caused by a Covered Cause of Loss other than fire:

This policy is void if any Insured, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

a. This policy;

b. The Covered Property;

c. That Insured's interest in the Covered Property; or

d. A claim under this policy.

3. Section B. **LOSS CONDITIONS**, Paragraph 2. **Appraisal**, is replaced by the following:

If the Company and the Insured disagree on the value of the property, the amount of net income and operating expenses or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their difference to the umpire. A decision agreed to by any two will be    binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expense of the appraisal and umpire equally.

If there is an appraisal, the Company will retain its rights to deny the claim.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

MS C8 49 01 19

# CONNECTICUT CHANGES

This endorsement modifies the insurance provided under this policy with respect to all locations in and coverages provided with respect to all locations in the state of Connecticut.

A.  The Policy Conditions, Additional Provisions and Definitions Form is amended as follows:

1.  Under Section A., General Conditions:

a.  Paragraph 14., Mortgagee Interests and Obligations, is replaced by the following:

14.  Mortgagee Interests and Obligations

If loss hereunder is made payable, in whole or in part, to a designated mortgagee not named herein as the Insured, such interest in this policy may be cancelled by giving to such mortgagee a ten days' written notice of cancellation.

If the first Named Insured fails to render proof of loss such mortgagee, upon notice, shall render proof of loss in the form specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit.  If the Company claims that no liability existed as to the mortgagor or owner, the Company shall, to the extent of payment of loss to the mortgagee, be subrogated to all the mortgagee's right of recovery, but without impairing the mortgagee's rights to sue; or the Company may pay off the mortgage debt and require an assignment thereof and of the mortgage.  Other provisions relating to the interests and obligations of such mortgagee may be added hereto by agreement in writing.

b.  The following provision is added:

If any conditions of The Standard Fire Insurance Policy of the State of Connecticut, as set forth in the General Statutes of Connecticut, are construed to be more liberal than any other policy condition, the conditions of The Standard Fire Policy will apply.

2.  Under Section B., Loss Conditions:

a.  The following are added to Loss Condition, 2., Appraisal:

1.  The first Named Insured and the Company must notify the other of the appraiser selected within 20 days of the written demand for appraisal.

2.  If the appraisers do not agree on the selection of an umpire within 15 days, they must request selection of an umpire by a judge of a court having jurisdiction.

b.  Item g. of Paragraph 4., Loss Payment, is replaced by the following:

g.  The Company will pay for covered loss or damage within 30 days after the Company receives the sworn proof of loss, if the Insured has complied with all of the terms of this policy and:

(1)  The Company has reached agreement with the Insured on the amount of loss; or

(2)  An appraisal award has been made.

Prior to expiration of the aforementioned time period, the Compay may make partial payment towards the amount of loss as an advance payment, provided the Company and the Insured agree to such advance payment in writing.  The advance payment will be credited towards the total amount of covered loss or damage.  An advance payment does not extend the time for payment of the total amount of covered loss or damage.

© 2018 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

MS C8 49 01 19

B.  When the Condominium Association Endorsement is attached to this policy, Section A., General Conditions, of the Policy Conditions, Additional Provisions and Definitions Form is amended as follows:

a.  The following is added:

**Act or Omission**

No act or omission by any unit-owner will void this policy or be a condition to recovery under this policy.  But this Condition does not apply to unit-owners acting within the scope of their authority on behalf of the Association.

b.  General Condition 14., Mortgagee Interests and Obligations, is amended as follows:

(1)  The following is added and supersedes any provision to the contrary:

If the condominium is terminated, the Company will pay for covered loss of, or damage to, buildings or structures to each mortgageholder indicated in this policy in their order of precedence, as interests may appear.

In all other respects, the Company will pay for loss to buildings or structures to the Insured or the insurance trustee designated for that purpose, in accordance with Loss Condition 4., Loss Payment, of Section B., Loss Conditions, of the Policy Conditions, Additional Provisions and Definitions Form.

(2)  The last paragraph is replaced by the following:

The Company reserves the right to cancel this policy at any time as provided by its terms but, in such case, this policy will continue in force for the benefit only of the mortgagee (or trustee) for 60 days after notice to the mortgagee (or trustee) of cancellation.  In the event the Company elects not to renew this policy, the Company will give written notice to the mortgagee (or trustee) at least 60 days prior to the expiration of this policy.

c.  The following is added to Paragraph b., Subrogation – All Other Coverages, of General Condition 21., Subrogation and Subrogation Waiver, and supersedes any provision to the contrary:

The Company waives its rights to recover payment against:

(1)  Any unit-owner described in this policy including the developer, and members of his or her household;

(2)  The Association; and

(3)  Members of the board of directors for acts or omissions within the scope of their duties for you.

But the Company reserves its rights to recover from the developer damages for which the developer may be held liable in his or her capacity as a developer.

C.  The Declarations are amended as follows:

The 12:01 a.m. inception and expiration time of this policy are replaced by 12 noon standard time.

D.  The following is added to any provision which uses the term actual cash value as it pertains to direct loss or damage to a covered building caused by a Covered Cause of Loss:

The actual cash value immediately prior to the time of such loss or damage shall be the amount which it would cost to repair or replace such building with material of like kind and quality, minus reasonable depreciation.  Depreciation, as used herein, means a decrease in value over a period of time due to wear and tear.

© 2018 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E.  If the Spoilage endorsement, MS C3 11, is attached to the policy, the following is added to the Spoilage endorsement:

Coverage for change in temperature or humidity resulting from complete or partial interruption of electric power, as described in A.3. of the Spoilage endorsement, is extended to apply to Perishable Stock within a building at the Insured's premises that is donated by the Insured's food establishment to a temporary emergency shelter operated or supervised by a municipality or a state during a state of emergency for a limited time period, if all of the following apply:

1.  The Governor proclaims that a state of emergency exists;

2.  As a result or as part of such emergency, an electrical outage or interruption of electrical service to the Insured's premises has occurred and is forecast by the electric supplier to the Insured's premises to last longer at the Insured's premises than the time period prescribed by the Department of Public Health or local director of health, or an authorized agent thereof, for the safe handling of perishable food;

3.  Such perishable food:

    a.  Has not been deemed to be adulterated, as defined in section 21a-101 of the Connecticut general statutes by the Department of Consumer Protection or its authorized agent, and has not been embargoed or ordered to be destroyed, by the Department of Public Health or a local director of health or authorized agent thereof;

    b.  Is fit for human consumption; and

    c.  Is donated prior to the expiration of the time period described in D.2. above;

4.  The Insured provides the Company with written documentation from such shelter that states the date and time of such donation; and

5.  The Insured's food establishment is classified as class III or class IV pursuant to regulations adopted under section 19a-36 of Connecticut general statutes.

However, with respect to this coverage, the requirement of direct physical loss or damage does not apply to perishable food donated by the Insured's food establishment.

F.  If the Utility Services – Direct Damage endorsement, MS C3 27, is attached to the policy, the following is added to the Utility Services – Direct Damage endorsement:

6.  When Power Supply Services Property applies then coverage under this endorsement for perishable food also applies when the food is donated by the Insured's food establishment to a temporary emergency shelter operated or supervised by a municipality or the state during a state of emergency for a limited time period, if all the following apply:

    a.  The Governor proclaims that a state of emergency exists;

    b.  As a result or as part of such emergency, an electrical outage or interruption of electrical service to the Insured's premises has occurred and is forecast by the electric supplier to the Insured's premises to last longer at the Insured's premises than the time period prescribed by the Department of Public Health or local director of health, or an authorized agent thereof, for the safe handling of perishable food;

    c.  Such perishable food:

        (1)  Has not been deemed to be adulterated, as defined in section 21a-101 of the Connecticut general statutes by the Department of Consumer Protection or its authorized agent, and has not been embargoed or ordered to be destroyed, by the Department of Public Health or a local director of health or authorized agent thereof;

© 2018 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

MS C8 49 01 19

(2) Is fit for human consumption; and

(3) Is donated prior to the expiration of the time period described in 6.b. above;

d.  The Insured provides the Company with written documentation from such shelter that states the date and time of such donation; and

e.  The Insured's food establishment is classified as class III or class IV pursuant to regulations adopted under section 19a-36 of Connecticut general statutes.

However, with respect to coverage described in E.6. of this endorsement, the requirement of loss or damage to Covered Property does not apply to perishable food donated by the Insured's food establishment following an electrical outage or interruption of electrical service, subject to all the provisions in E.6. of this endorsement. The electrical outage or interruption of electrical service must result from direct physical loss or damage by a Covered Cause of Loss to the property described in 2.c. of the Utility Services – Direct Damage endorsement.

7.  The Governmental Action Exclusion in the policy will not serve to invalidate the coverage set forth in Section E.6. of this endorsement.

© 2018 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

MS C8 57 10 18

# FLORIDA CHANGES

This endorsement modifies insurance provided under this policy with respect to all locations in, and coverages provided with respect to all locations in, the state of Florida.

A. **CHANGES TO THE POLICY CONDITIONS**

The **POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS FORM** is amended as follows:

1. With respect of a loss to commercial residential property Section B. **LOSS CONDITIONS**, Paragraph 2. **Appraisal**, is replaced by the following:

   **Mediation Or Appraisal**

   If the Company and the Insured:

   (a) Are engaged in a dispute regarding a claim either may request a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount the Company offers and the loss settlement amount that the Insured requests. The settlement in the course of mediation is binding only if both parties agree, in writing, on a settlement, and the Insured has not rescinded the settlement within 3 business days after reaching settlement. The Insured may not rescind the settlement after cashing or depositing the settlement check or draft the Company provides the Insured.

   The Company will pay the cost of conducting any mediation conference except when the Insured fails to appear at a conference. That conference will then be rescheduled upon the Insured's payment of the mediator's fee for that rescheduled conference. However, if the Company fails to appear at a mediation conference, the Company will pay the actual cash expenses the Insured incurs in attending the conference and will also pay the mediator's fee for the rescheduled conference.

   (b) Disagree on the value of the property, the amount of net income and operating expenses or the amount of loss, either may request an appraisal of the loss, in writing. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the amount of net income and operating expense or the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   (i) Pay its chosen appraiser; and

   (ii) Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, the Company will still retain its right to deny the claim.

   However, the Insured is not required to submit to, or participate in, any appraisal of the loss as a precondition to action against the Company for failure to ay the loss, if the Company:

   (i) Requested mediation and either party rejected the mediation result; or

   (ii) Failed to notify the Insured of their right to participate in the mediation program.

2. Section A. **GENERAL CONDITIONS**, Paragraph 12. **Legal Action Against the Company**, Item b. is replaced with the following:

   b. Legal action against the Company involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. Section B. **LOSS CONDITIONS**, Paragraph 4. **Loss Payment**, Item g. is replaced by the following:

    g.   Provided the Insured has complied with all the terms of this policy, the Company will pay for covered loss or damage upon the earliest of the following:

        (1)   Within 20 days after the Company receives the sworn proof of loss it requires and reaches written agreement with the Insured;

        (2)   Within 30 days after the Company receives the sworn proof of loss it requires and;

           (a)   There is an entry of a final judgment; or

           (b)   There is a filing of an appraisal award with the Company; or

           (c)   Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless the Company denies the claim during that time or factors beyond the Company's control reasonably prevents such payment.  If a portion of the claim is denied, then the 90-day period for payment of claim relates to the portion of the claim that is denied.

               Paragraph (c) applies only to the following:

               (i)   A claim under a policy covering residential property;

               (ii)   A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

               (iii)   A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

4. The following provision is added to the **POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS FORM** when a Coinsurance percentage is shown in the Declarations:

    Florida law states as follows:

    Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

5. The following is added to Section B. **LOSS CONDITIONS**, Paragraph 3. **Duties in the Event of Loss or Damage**:

    (a)   Any claim for Sinkhole Loss, including but not limited to initial, supplemental and reopened claims, is barred unless notice of claim is provided to the Company in accordance with the terms of this policy within two years after the Insured knew or reasonable should have known about the Sinkhole Loss.

    (b)   A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other "windstorm" is barred unless notice of claim is given to the Company in accordance with the terms of this policy and within three years after the hurricane first made landfall or a "windstorm" other than hurricane caused the covered damage, (Supplemental claim or reopened claim means an additional claim for recovery from the Company for losses from the same hurricane or other "windstorm" which the Company has previously adjusted pursuant to the initial claim).

        This provision concerning time for submission of claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other "windstorm" does not affect any limitation for legal action against the Company as provided in this policy under the Legal Action Against the Company Condition, including any amendment to that condition.

    (c)   Any inspection or survey by the Company, or on the Company's behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to the Insured.  The 48-hour notice may be waived by the Insured.

© 2017 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

B. **CHANGES TO THE PROPERTY COVERAGE FORM**

The **PROPERTY COVERAGE FORM** is amended as follows:

1. Throughout the policy, references to sinkhole collapse mean Sinkhole Loss. The definition of "sinkhole collapse" is replaced by the following:

Sinkhole loss meaning loss or damage to Covered Property when structural damage to the building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the building, only when such settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

Coverage for Sinkhole Loss includes stabilization of the building (including land stabilization) and repair to the foundation, provided such work is in accordance with the requirements of Florida Insurance Law and in accordance with the recommendation of a professional engineer and in consultation with the Insured. The professional engineer must be selected or approved by the Company. However, until the Insured enters into a contract for performance of building stabilization and/or foundation repair in accordance with the recommendations of the professional engineer as set forth in a report from the Company:

(a) The Company will not pay for underpinning or grouting or any other repair technique performed below the existing foundation of the building; and

(b) The Company's payment for Sinkhole Loss to Covered Property may be limited to the actual cash value of the loss of such property.

The Insured must enter into a contract for performance of building stabilization and/or foundation repair in accordance with the aforementioned recommendations within 90 days after the Company notifies the Insured that there is coverage for the Insured's Sinkhole Loss. After the Insured has entered into such contract, the Company will pay the amounts necessary to begin and perform such repairs as the work is performed and the expenses are incurred. However, if the professional engineer determines, prior to the Insured entering into the aforementioned contract prior to the start of repair work, that the repairs will exceed the applicable Limit of Insurance, the Company must either complete the recommended repairs or pay that Limit of Insurance upon such determination. If the aforementioned determination is made during the course of repair work and the Company has begun making payments for the work performed, the Company must complete the recommended repairs of pay only the remaining portion of the applicable Limit of Insurance upon such determination. The most the Company will pay for the total of all Sinkhole Loss, including building and land stabilization and foundation repairs, is the applicable Limit of Insurance on the affected building.

The stabilization and all other repairs to the Covered Property must be completed within 12 months after entering into the contract for the performance of these repairs, unless:

(a) There is a mutual agreement between the Insured and the Company;

(b) The claim is involved with the neutral evaluation process;

(c) The claim is in litigation; or

(d) The claim is under appraisal or mediation.

Sinkhole Loss does not include sinking or collapse of land into man-made underground cavities or Earthquake.

The Earth Movement exclusion and the Collapse exclusion do not apply to the coverage provided for Sinkhole Loss.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

With respect to a claim for alleged Sinkhole Loss, the following provision is added:

Following receipt by the Company of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property,

or if the Company denies the Insured's claim, the Company will notify the Insured of their right to participate in a neutral evaluation program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). For alleged Sinkhole Loss to commercial residential properties, this program applies instead of any mediation or appraisal procedure set forth elsewhere in this policy, but does not invalidate the Appraisal Condition.

The Company or the Insured may file a request with the Department for neutral evaluation; the other party must comply with such request. The Company will pay reasonable costs associated with the neutral evaluation, regardless of which party makes the request. But if a party chooses to hire a court reporter or stenographer to contemporaneously record and document the neutral evaluation, that party must bear the costs of those services. The neutral evaluator will be selected from a list maintained by the Department. The recommendation of the neutral evaluator will not be binding on the Insured or the Company.

Participation in the neutral evaluation does not change the Insured's right to file suit against the Company in accordance with the Legal Action Against the Company Condition in this policy; except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

Coverage for Sinkhole Loss does not increase the applicable Limit of Insurance. Even if loss or damage qualifies under, or includes both Catastrophic Ground Cover Collapse (addressed under paragraph 2.) and Sinkhole Loss, only one Limit of Insurance will apply to such loss or damage.

If the Company denies the Insureds claim for Sinkhole Loss without performing testing under section 627.7072, Florida Statutes, the Insured may demand testing by communicating such demand to the Company in writing within 60 days after the Insured receives the Company's denial of the claim. The Insured is responsible for 50% of the testing costs, or $2,500, whichever is less. If the Company's professional engineer or geologist provides written certification, pursuant to section 627.7073, that there is sinkhole loss, The Company will reimburse the Insured for the testing costs.

The Insured may not accept a rebate from any person performing repairs for Sinkhole Loss covered under this endorsement. If the Insured receives a rebate, coverage under this endorsement is void and the Insured must refund the amount of the rebate to the Company.

If the Company denies the Insured's claim for Sinkhole Loss upon receipt of written certification from a professional engineer or geologist, pursuant to section 627.7073, that there is no sinkhole loss or that the cause of the damage was not sinkhole activity, and if the sinkhole claim was submitted without good faith grounds for submitting such claim, the Insured shall reimburse the Company for 50% of the actual costs of the analyses and services provided under sections 627.7072 and 627.7073, or $2,500, whichever is less. The Insured is not required to pay such reimbursement unless the Insured requested the analysis and services the Company, before ordering the analysis, informed the Insured in writing of the potential for reimbursement and gave the Insured the opportunity to withdraw the claim.

As a precondition to accepting payment for sinkhole loss, the Insured must file with the county clerk of court, a copy of any sinkhole report regarding the Insured's property which was prepared on behalf or at the Insured's request. The Insured will bear the cost of filing and recording the sinkhole report.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2. The following is added as a Covered Cause of Loss and a "specified cause of loss". However, the following is not added as a cause of loss that applies with respect to the coverage provided under the exception to the Collapse exclusion in Section D.2.h.

**Catastrophic Ground Cover Collapse**

The Company will pay for direct physical loss or damage to Covered Property caused by or resulting from such Catastrophic Ground Cover Collapse.

Catastrophic Ground Cover Collapse means geological activity that results in all of the following:

(1) The abrupt collapse of the ground cover;

(2) A depression in the ground cover clearly visible to the naked eye;

(3) Structural damage to the building or structure, including the foundation, and

(4) The insured building or structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that building or structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a Catastrophic Ground Cover Collapse.

The Earth Movement exclusion and the Collapse exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to Catastrophic Ground Cover Collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this policy), only one Limit of Insurance will apply to such loss or damage.

3. If loss or damage to Covered Property is caused by or results from "Windstorm", the following is added to Section C., **PROPERTY AND COSTS NOT COVERED** and applies in: Broward County; Dade County; Martin County; Monroe County; Palm Beach County; and all the areas east of the west bank of the Intracoastal Waterway in the Counties of Indian River and St. Lucie:

"Windstorm" exterior paint and/or waterproofing material applied to the exterior of buildings.

In addition, the Company will not include the value of exterior paint and/or waterproofing material to determine:

(a) The amount of the "Windstorm" Deductible; or

(b) The value of Covered Property when applying the Coinsurance Condition.

C. The following definitions are added with respect to the coverage provided under this endorsement:

1. "Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:

(a) Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

(b) Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the "primary structural members" or "primary structural systems" and that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those "primary structural members" or "primary structural systems" exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(c) Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical "primary structural members" to such an extent that a plumb line passing through the

center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

(d) Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems", being significantly likely to imminently collapse

because of the movement or instability of the ground within the influence zone of the supporting ground with the sheer plane necessary for the purpose of supporting such building as defined with Florida Building Code; or

(e) Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

2. "Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

3. "Primary structural system" means an assemblage of "primary structural members".

© 2017 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

MS C8 70 11 18

# ILLINOIS CHANGES

This endorsement modifies insurance provided under this policy with respect to all locations in and coverages provided with respect to all locations in, the state of Illinois.

A.  **CHANGES TO THE POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS FORM**

The **POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS FORM** is amended as follows:

1.  The following applies to Section B. **LOSS CONDITIONS**, Paragraph 2. **Appraisal**:

    If this policy covers:

    a.  The following in (1) and (2), then Paragraphs 1.b. below and A.2. of this endorsement apply:

        (1)  Real property used principally for residential purposes up to and including a four family dwelling; or

        (2)  Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes;

    b.  The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

        (1)  Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in (2) below.

        (2)  The Company will pay the Insured's appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

            (i)  The Insured demanded the appraisal; and

            (ii)  The full amount of loss, as set by the Insured's appraiser, is agreed to by the Company's appraiser or by the umpire.

2.  Section A. **GENERAL CONDITIONS**, Paragraph 6. **Concealment, Misrepresentation Or Fraud**, is replaced by the following:

    6.  **Concealment, Misrepresentation Or Fraud**

        a.  This policy is void if the Insured or any other Insured commits fraud or conceals or misrepresents a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

            (1)  Was made with actual intent to deceive; or

            (2)  Materially affected either the Company's decision to provide this insurance or the hazard assumed by the Company.

        However, this condition will not serve as a reason to void this policy after the policy has been in effect for one year or one policy term, whichever is less.

        b.  The Company does not provide coverage under this policy to the Insured or any other Insured who, at any time subsequent to the issuance of this insurance, commits fraud or intentionally conceals or misrepresents a material fact relating to:

            (1)  This policy;

            (2)  The Covered Property;

            (3)  The Insured's interest in the Covered Property; or

            (4)  A claim under this policy.

© 2019 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

MS C8 70 11 18

    c.  Notwithstanding the limitations stated in 6.a. above, the Company may cancel this policy in accordance with the terms of the Cancellation and Nonrenewal General Condition.

3.  The following is added to Section A. **GENERAL CONDITIONS**, Paragraph 12. **Legal Action Against the Company**:

The two year period for legal action against the Company is extended by the number of days between the date the proof of loss is filed with the Company and the date the Company denies the claim in whole or part.

## B.  CHANGE TO THE PROPERTY COVERAGE FORM

The **PROPERTY COVERAGE FORM** is amended as follows:

1.  The following exclusion and related provisions are added to Section D. **EXCLUSIONS**, Item 2:

    a.  The Company will not pay for loss or damage arising out of any act an Insured commits or conspires to commit with the intent to cause a loss.

      In the event of such loss, no Insured is entitled to coverage, even Insured's who did not commit or conspire to commit the act causing the loss.

    b.  However, this exclusion will not apply to deny payment to an innocent co-Insured who did not cooperate in or contribute to the creation of the loss if:

      (1)  The loss arose out of a pattern of criminal domestic violence; and

      (2)  The perpetrator of the loss is criminally prosecuted for the act causing the loss.

    c.  If the Company pays a claim pursuant to B.1.b. of this endorsement, the Company's payment to the Insured is limited to that Insured's insurable interest in the property less any payments the Company first made to a mortgagee or other party with a legal secured interest in the property.  In no event will the Company pay more than the Limit of Insurance.

2.  Exclusion 2.a. of Section D. **EXCLUSIONS**, is replaced by the following:

    a.  Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

      But if artificially generated electrical current results in fire or explosion not otherwise excluded, the Company will pay for the loss or damage caused by that fire or explosion.

© 2019 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

MS C8 72 10 18

# INDIANA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under this policy.

The **POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS FORM** is amended as follows:

A.  Section A. **GENERAL CONDITIONS**, Paragraph 4. **Cancellation and Nonrenewal**, Item a.(2) is replaced by the following:

   (2) (a) Cancellation Of Policies In Effect For 90 Days Or Less

   If this policy has been in effect for 90 days or less, the Company may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   (i)   10 days before the effective date of cancellation if the Company cancels for nonpayment of premium;

   (ii)  20 days before the effective date of cancellation if the Insured has perpetrated a fraud or material misrepresentation on the Company; or

   (iii) 60 days before the effective date of cancellation if the Company cancels for any other reason.

   (b) Cancellation Of Policies In Effect For More Than 90 Days

   If this policy has been in effect for more than 90 days, or is a renewal of a policy the Company issued, the Company may cancel this policy, only for one or more of the reasons listed below, by mailing or delivering to the first Named Insured written notice of cancellation at least:

   (i)   10 days before the effective date of cancellation if the Company cancels for nonpayment of premium;

   (ii)  20 days before the effective date of cancellation if the Insured has perpetrated a fraud or material misrepresentation on the Company; or

   (iii) 60 days before the effective date of cancellation; if:

   (A) There has been a substantial change in the scale of risk covered by this policy;

   (B) Reinsurance of the risk associated with this policy has been cancelled; or

   (C) The Insured has failed to comply with reasonable safety recommendations.

B.  Section A. **GENERAL CONDITIONS**, Paragraph 4. **Cancellation and Nonrenewal**, Item b. is replaced by the following:

   b.  Nonrenewal

   (1) If the Company elects not to renew this policy, the Company will mail or deliver to the first Named Insured written notice of nonrenewal at least 60 days before:

   (a) The expiration date of this policy, if the policy is written for a term of one year of less; or

   (b) The anniversary date of this policy, if the policy is written for a term or more than one year.

   (2) The Company will mail or deliver notice of nonrenewal to the first Named Insured's last mailing address known to the Company.  If notice is mailed, proof of mailing will be sufficient proof of notice.

© 2017 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

MS C8 73 10 18

# INDIANA CHANGES

This endorsement modifies insurance provided under this policy with respect to all locations in and coverages provided for locations in the state of Indiana.

A. **CHANGES TO THE POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS FORM**

1. Section A. **GENERAL CONDITIONS**, Paragraph 21. **Subrogation and Subrogation Waiver**, Item b., Subrogation – All Other Coverages is replaced with the following:

    b. If any person or organization to or for whom the Company makes payment under this policy has rights to recover damages from another; those rights are transferred to the Company to the extent of such payment.  The Company's right to recover damages from another may be enforced even if the person or organization to or for whom the Company makes payment has not been fully compensated for damages.

    The person or organization to or for whom the Company makes payment must do everything necessary to secure the Company's rights and must do nothing after the loss to impair them. But, the Insured may waive its rights against another party in writing:

    (1) Prior to a loss to the Insured's Covered Property or Covered Income.

    (2) After a loss to the Insured's Covered Property or Covered Income only if, at time of loss, that party is one of the following:

        (a) Someone insured by this insurance;

        (b) A business firm owned or controlled by the Insured or that owns or controls the Insured; or

        (c) The Insured's tenant.

    Such waiver will not invalidate or restrict this insurance.

2. Section A. **GENERAL CONDITIONS**, Paragraph 6. **Concealment, Misrepresentation or Fraud** is replaced with the following:

    6. **Concealment, Misrepresentation or Fraud**

        a. The Company will not pay for any loss or damage in any case of:

            (i) Concealment or misrepresentation of a material fact; or

            (ii) Fraud

        committed by an Insured at any time and relating to a claim under this policy.

        b. However, this does not apply when a claim is made by an "innocent coinsured", provided:

            (i) The property loss or damage occurs to the primary residence of the "innocent coinsured" as covered under the Building Coverage.

            (ii) The "final settlement" for the property loss or damage is at least 60% of available insurance proceeds under the policy.

        c. The following is added and supersedes any provision to the contrary:

        d. Any payment made will be for:

            (i) The actual cost of repair or replacement of the property that is the subject of the claim if the actual cost or repair or replacement is less than or equal to the maximum limit of coverage under the policy; or

© 2017 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission

MS C8 73 10 18

    (ii)    The maximum limit of coverage under the policy if the actual cost of repair or replacement of the property that is the subject of the claim is greater than the maximum limit of coverage under the policy.

  e.  Any payment made  is limited to the following:

    (i)    An "innocent coinsured's" ownership interest in the property, less any payments the Company makes to a mortgagee or other lienholder with a secured interest in the property.

    (ii)    The Company will not pay another coinsured for any part of the claim for which the Company has already paid to an "innocent coinsured".

    (iii)    The Company will not pay an amount that is greater than the amount an "innocent coinsured" is entitled to under a decree of dissolution of marriage between the "innocent coinsured" and an individual described in Paragraphs 5.a.(i) or b. of this endorsement.

  f.  As used herein, "innocent coinsured" is an Insured who:

    (i)    Did not have knowledge of, cooperate in, or intentionally contribute to a property loss or damage that was caused or arranged by another individual who:

        Is an Insured and:

        (A)    Died in connection with the circumstances that caused the property loss or damage; or

        (B)    Has been charged with a crime based on a court filing that there is probable cause to believe that the individual committed the crime in connection with the circumstances that caused the property loss or damage;

    (ii)    Signs a sworn affidavit attesting that they did not have the knowledge of, cooperate in, or intentionally contribute to the property loss or damage; and

    (iii)    Cooperates in the investigation and resolution of the claim for the property loss or damage, any police investigation related to the property loss or damage, and any criminal prosecution of the individual that caused or arranged the property loss or damage.

  g.  As used herein, "final settlement" is a determination:

    (i)    Of the amount owed by the Company to an "innocent coinsured" under Building Coverage and for property loss or damage to the "innocent coinsured's primary residence; and

    (ii)    Made by:

        (A)    Acceptance of a proof of loss by the Company;

        (B)    Execution of a release by the "innocent coinsured",

        (C)    Acceptance of an arbitartion award by the "innocent coinsured" and the Company; or

        (D)    Judgment of a court of competent jurisdiction.

  However, final settlement does not apply to loss or damage related to contents, personal property, or another loss that is not covered under the Building Coverage under this policy.

© 2017 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission

MS C8 73 10 18

B. **CHANGES TO THE LEGAL LIABILITY ENDORSEMENTS**

The following provisions are added if any Legal Liability endorsements are attached to this policy:

1. Paragraph 8.a.(5) General Condition 21., Subrogation and Subrogation Waiver, is replaced by the following:

   21. Subrogation

   If the Insured has rights to recover all or part of any payment the Company has made under this insurance, those rights are transferred to the Company. The Company's right to recover damages may be enforced even if the Insured has not been fully compensated for damages. The Insured must do nothing after loss to impair the Company's rights to recover all or part of any payment the Company has made under this endorsement. At the Company's request, the Insured will bring Suit or transfer those rights to the Company and help the Company enforce them.

2. The following condition is added under 8.c., The following additional conditions apply:

   Notice of Loss and Duties in the Event of Accident, Claim or Suit:

   Notice given on behalf of the Insured to any authorized agent of the Company in Indiana, with particulars sufficient to identify the Insured, shall be considered notice to the Company.

C. **CHANGE TO THE PROPERTY COVERAGE FORM**

Any exclusion, limitation or other provisions relating to "pollutants", or any amendment to or replacement of such exclusion, limitation or other provisions, applies whether or not the irritant or contaminant has any function in the Insured's business, operations, premises, site or location.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission

MS C9 55 03 20

# SOUTH CAROLINA CHANGES

This endorsement modifies the insurance provided under this policy with respect to all locations in and coverages provided with respect to locations in the state of South Carolina.

A.  The Policy Conditions, Additional Provisions and Definitions Form is amended as follows:

    1.  Section A., General Conditions, Paragraph 12., Legal Action Against the Company, Item b. is replaced by the following:

        b.  The action is brought within 3 years after the date on which the direct physical loss or damage occurred.

    2.  The following provision is added to Section B., Loss Conditions, Paragraph 4., Loss Payment:

      The following valuation applies if this policy insures against loss or damage to buildings or structures:

      (1)  For loss or damage to buildings caused by or resulting from fire or lightning, the Insured and the Company agree that:

        (a)  The value of buildings described in this policy; and

        (b)  The total amount of insurance to be carried on the buildings in this policy;

        are the amounts shown in the latest Statement of Values or other documentation on file with the Company.

      (2)  If this policy covers Builders Risk, then the agreed value of Buildings represents the value of the building when it is completed.

      (3)  In accordance with paragraphs (a) and (b) above, in the event of a total loss by fire, the Insured is entitled to recover the full amount of insurance.  In the event of a partial loss by fire, the Insured is entitled to recover the actual amount of the loss but in no event more than the amount of insurance stated for that building in the latest Statement of Values or other documentation on file with the Company.

B.  When a "Windstorm" or Hail Limit of Insurance of Not Covered is shown in the Supplemental Coverage Declarations, the following provisions are added to the policy:

    1.  Coverage will continue to apply to Extra Expense as provided under the Business Income and/or Rental Value Coverage Form Including Extra Expense, the Extra Expense Coverage Form or the Leasehold Interest Coverage endorsement, if attached to this policy, for loss caused by or resulting from "Windstorm" or Hail.

    2.  "Windstorm" or Hail is deleted from the "specified causes of loss".

© 2020 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

KTJ-CMB-7J14877-9-20                    Page 1 of 1

MS C9 63 07 20

# TEXAS CHANGES

This endorsement modifies insurance provided under this policy with respect to all locations in, and coverages provided with respect to locations in, the state of Texas.

A.  The Policy Conditions, Additional Provisions and Definitions Form is amended as follows:

   1.  Section A. General Conditions, is amended as follows:

      a.  Paragraph 4. Cancellation and Nonrenewal, a. Cancellation, Items (2), (3) and (5) are replaced by the following:

         (2)(a)  If this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then the Company may cancel this policy by mailing or delivering written notice of cancellation to the first Named Insured and each unit-owner to whom the Company has issued a certificate or memorandum of insurance, at least:

           (i)  30 days before the effective date of cancellation if the Company cancels for nonpayment of premium; or

           (ii)  60 days before the effective date of cancellation if the Company cancels for any other reason.

         (b)  If the policy covers a risk other than the risk described in (2) (a) above, then the Company may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

           (i)  14 days before the effective date of cancellation if the Company cancels for nonpayment of premium; or

           (ii)  60 days before the effective date of cancellation if the Company cancels for any other reason.

         (c)  If a higher number of days is indicated in the Supplemental Coverage Declarations for Cancellation, the 60 day period in (2)(a)(i) and (2)(a)(ii) is increased to the number of days indicated in the Supplemental Coverage Declarations.

         (d)  With respect to coverage on one and two family dwellings and governmental property:

           (i)  If this policy has been in effect for 90 days or less and is not a renewal of a policy issued by the Company, the Company may cancel coverage on one and two family dwellings and on governmental units for any reason.

           (ii)  If this policy has been in effect for more than 90 days or is a renewal of a policy issued by the Company, the Company may cancel coverage on one and two family dwellings and on governmental units for the following reasons:

              ■  If the first Named Insured does not pay the premium or any portion of the premium when due;

              ■  If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

              ■  If the Named Insured submits a fraudulent claim; or

              ■  If there is an increase in the hazard covered by this policy that is within the control of the Named Insured and would produce an increase in the premium rate of this policy.

© 2019 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission

(e) If the Company cancels this policy, the Company will, at the request of the Named Insured, provide a written statement of the reason or reasons for such cancellation.

(f) In compliance with Texas law, the Company will not cancel this policy solely because the policyholder is an elected official.

(3) The Company will mail or deliver notice to the first Named Insured's last mailing address known to the Company.

If this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then the Company will also mail or deliver notice of cancellation to each unit-owner to whom the Company has issued a certificate or memorandum of insurance, to each last mailing address known to the Company.

(5) If this policy is cancelled, the Company will send to the first Named Insured any premium refund due.  If the Company cancels, the refund will be pro rata.  The refund will also be pro rata with respect to one and two family dwellings and governmental units if the first Named Insured cancels the policy because:

(a) The Company refused to provide additional coverage which the first Named Insured requested under the policy; or

(b) The Company reduced or restricted coverage under the policy without the consent of the first Named Insured.

Except as provided above, if the first Named Insured cancels this policy, the refund may be less than pro rata.

The notice of cancellation will state that any premium refund due, if not tendered, will be refunded on demand.  But the cancellation will be effective even if the Company has not made a refund.

b. Paragraph 4.b. Nonrenewal, is amended by the addition of the following:

In the event the Company elects not to renew this policy, the Company will, at the request of the Named Insured, provide a written statement of the reason or reasons for the nonrenewal. In compliance with Texas law, the Company will not refuse to renew this policy solely because the policyholder is an elected official.

If this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then the Company will mail or deliver written notice of nonrenewal, not later than the 60th day before the expiration or anniversary date of the policy, to the first Named Insured and each unit-owner to whom the Company has issued a certificate or memorandum of insurance.  Such notice will be mailed or delivered to each last mailing address known to the Company.  If notice is mailed or delivered later than the 60th day before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered.  Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's rate.

If notice of nonrenewal is mailed, proof of mailing will be sufficient proof of notice.

With respect to coverage on one and two family dwellings and governmental property the following additional provisions apply:

(1) If the Company elects not to renew coverage on one or two family dwellings or on governmental units, the Company will mail or deliver written notice of nonrenewal to the first Named Insured and any applicable mortgageholder named in this policy, at least 60 days before the expiration date.  If the Company fails to give proper nonrenewal notice to the first Named Insured, the first Named Insured may require the Company to renew the policy.

© 2019 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission

MS C9 63 07 20

(2) The Company may not elect to nonrenew coverage solely because the policyholder is an elected official or because of claims for losses resulting from natural causes. The Company may elect to nonrenew coverage for any other reason, but with respect to nonrenewal because of claims that do not result from natural causes, the Company may nonrenew coverage only if:

- In any three year period, the Named Insured has filed under this policy three or more claims that do not result from natural causes; and

- After the Named Insured has filed two such claims in a period of less than three years, the Company has notified the Named Insured in writing that, if the Named Insured files a third such claim during the three year period, the Company may refuse to renew coverage.

A claim does not include a claim that is filed but is not paid or payable under the policy.

c. The following is added to Paragraph 7., Control of Property:

If this policy covers a condominium association, no act or omission by any unit-owner will void this policy or be a condition to recovery under this policy. But this provision does not apply to unit-owners acting within the scope of their authority on behalf of the association.

d. Paragraph 12. Legal Action Against The Company, is replaced by the following:

12. Legal Action Against The Company

    a. No one may bring a legal action against the Company under this policy unless:

      (1) There has been full compliance with all of the terms of this policy; and

      (2) The action is brought in the United States of America, in a court having jurisdiction, within two years and one day from the date the cause of action first accrues. A cause of action accrues on the date of the initial breach of the Company's contractual duties as alleged in the action.

    b. With respect to loss or damage in the State of Texas caused by "windstorm" or hail in the catastrophe area as defined by the Texas Insurance Code, no one may bring a legal action against the Company under this policy unless:

      (1) There has been full compliance with all the terms of this policy; and

      (2) The action is brought within the earlier of the following:

        (a) Two years and one day from the date the Company accepts or rejects the claim; or

        (b) Three years and one day from the date of the loss or damage that is the subject of the claim.

e. Paragraph 14. Mortgagees and Obligations, is amended as follows:

(1) Under Item c., the number of days within which the mortgagee (or trustee) must submit a signed, sworn proof of loss is increased from 60 days to 91 days.

(2) The last paragraph is amended as follows:

    (a) Except as provided under (2)(b) below, the number of days this policy will continue in force for the benefit of the mortgagee (or trustee) in the event of cancellation for nonpayment of premium is increased from 10 days to 14 days after notice of such cancellation to the mortgagee (or trustee).

© 2019 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission

    (b) If this policy covers a condominium association, the last paragraph is replaced by the following;

        If the Company cancels this policy, the Company will give written notice to the mortgagee (or trustee) at least 60 days before the effective date of cancellation.  If the Company elects not to renew this policy, the Company will give written notice to the mortgagee (or trustee) at least 30 days before the expiration or anniversary date of this policy.

    f.   The following is added to Item b. of Paragraph 21., Subrogation and Subrogation Waiver

       If this policy covers a condominium association, the Company waives its rights to recover payment against:

       (1) Any unit-owner described in the Declarations, including the developer, and members of his or her household;

       (2) The association; and

       (3) Members of the board of directors for acts or omissions within the scope of their duties for the Insured.

       But the Company reserves its rights to recover from the developer damages for which the developer may be held liable in his or her capacity as a developer.

2.  Section B. Loss Conditions, is amended as follows:

    a.   Paragraph 2. Appraisal, is replaced by the following

       If the Company and the Insured disagree on the amount of loss, either may make written demand for an appraisal of the loss.  In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand.  The two appraisers will select an umpire.  If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction.  Each appraiser will state the amount of loss.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding as to the amount of loss.  Each party will:

       (1) Pay its chosen appraiser; and

       (2) Bear the other expenses of the appraisal and umpire equally.

       If there is an appraisal:

       (1) The Insured will still retain the right to bring a legal action against the Company, subject to the provisions of the Legal Action Against The Company General Condition; and

       (2) The Company will still retain its right to deny the claim.

    b.   Paragraph 4. Loss Payment is amended as follows:

       Item c. is replaced by the following:

    c.   (1) Within 15 days after the Company recieves written notice of a claim, the Company will:

         (a) Acknowledge receipt of the claim.  If the Company does not acknowledge receipt of the claim in writing, the Company will keep a record of the date, method and content of the acknowledgment;

         (b) Begin any investigation of the claim: and

         (c) Request a signed, sworn proof of loss, specify the information the Insured must provide and supply the Insured with the necessary forms.  The Company may request more information at a later date, if during the investigation of the claim such additional information is necessary.

       (2) The Company will notify the Insured in writing as to whether:

© 2019 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission

MS C9 63 07 20

(a) The claim or part of the claim will be paid;

(b) The claim or part of the claim has been denied, and inform the Insured of the reasons for denial;

(c) More information is necessary; or

(d) The Company needs additional time to reach a decision.  If the Company needs additional time, the Company will inform the Insured of the reasons for such need.

(3) The Company will provide notification, as described in (2)(a) through (2)(d) above, within:

(a) 15 business days after the Company receives the signed, sworn proof of loss and all information the Company has requested; or

(b) 30 days after the Company receives the signed, sworn proof of loss and all information the Company requested, if the Company has reason to believe the loss resulted from arson.

If the Company has notified the Insured that the Company needs additional time to reach a decision, the Company must then either approve or deny the claim within 45 days of such notice.

c.  Item g. under Paragraph 4. Loss Payment is replaced by the following:

g.  The Company will pay for covered loss or damage within five business days after:

(1) The Company has notified the Insured that payment of the claim or part of the claim will be made and has reached agreement with the Insured on the amount of loss; or

(2) An appraisal award has been made.

However, if payment of the claim or part of the claim is conditioned on the Insured's compliance with any of the terms of this policy, the Company will make payment within five business days after the date the Insured has complied with such terms.

d.  The following provisions are added:

j.  If a claim results from a weather related catastrophe or a major natural disaster, the claim handling and claim payment deadlines described in Items c. and g. of this provision are extended for an additional 15 days.  Catastrophe or Major Natural Disaster means a weather related event which:

(1) Is declared a disaster under the Texas Disaster Act of 1975; or

(2) Is determined to be a catastrophe by the State Board of Insurance.

k.  As used in this condiiton, the term business day means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

e.  Under Paragraph 3. Duties in the Event of Loss or Damage, the number of days within which the Insured must send a signed, sworn proof of loss to the Company is increased from 60 days to 91 days after the Company's request.

B.  The following is added to the Valuation Provisions of this policy:

Chapter 862 – Subsection 862.053.  Policy A Liquidated Demand

A fire insurance policy, in case of total loss by fire of property insured, shall be held and considered to be a liquidated demand against the Company for the full amount of such policy.  The provisions of this Article shall not apply to personal property.

© 2019 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission

MS C9 63 07 20

C.  The following is added to the Duties in the Event of Accident, Claim or Suit additional condition:

   (e)  The Company will notify the first Named Insured in writing of:

      (i)   An initial offer to settle a claim made or suit brought against the Insured under this coverage. The notice will be given not later than the 10th day after the date on which the offer is made.

      (ii)  Any settlement of a claim made or "suit" brought against the Insured under this coverage. The notice will be given not later than the 30th day after the date of the settlement.

© 2019 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission

MS C9 64 08 13

# ATTORNEY IN FACT

This policy consists of this policy cover, the Declarations and the forms, schedules and endorsements listed in the Index of Forms.

In return for payment of the premiums, The Travelers Lloyds Insurance Company (639) of Richardson, Texas agrees with The Named Insured to provide the insurance afforded by this policy. This company will be indicated as insuring company in the Common Policy Declarations by the abbreviation of its name - TLC- opposite that Coverage Part and as the Company in those Coverage Parts.

Service in Process may be had upon the State Official duly designated for such purpose in the State in which the property insured hereunder is located if the company is licensed in such state; or upon the Commissioner of Insurance of the State of Texas, or upon the duly appointed Attorneys-in-Fact for the company at Richardson, Texas. Underwriters at the Travelers Lloyds Insurance Company have complied with the laws of the State of Texas regulating Lloyd's Plan Insurance and said statutes are hereby made a part of this policy. The entire assets of the Company support its policies, but each individual underwriter's liability is several and not joint and is limited by law to the amount fixed by his underwriter's contract and subscription and no underwriter is liable as a partner. This policy is made and accepted subject to the foregoing stipulations and conditions together with such other provisions, agreements or conditions as may be endorsed hereon or added hereto, and no agent or other representative of the Company shall have the power to waive any provision or condition of this policy. This policy is non-assessable and no contingent liability of any kind and character attaches to the Insured named herein.

**IN WITNESS WHEREOF**, the Attorney-in-Fact, Travelers Lloyds Management Company, 1301 East Collins Boulevard, Richardson, Texas 75081 has executed this policy in Richardson, Texas, binding the underwriters at the Travelers Lloyds Insurance Company, but this policy shall not be valid unless countersigned by an authorized Agent of this Company.

D. Keith Bell

Travelers Lloyds Management Company

Attorney-in-Fact

MS C9 82 10 18

# WISCONSIN CHANGES

This endorsement modifies insurance provided under this policy with respect to all locations in, and coverages provided with respect to locations in, the state of Wisconsin.

A.  **CHANGES TO THE PROPERTY COVERAGE FORM**

The **PROPERTY COVERAGE FORM** is amended as follows:

1.  The following exclusion and related provisions are added to Section D. **EXCLUSIONS**, Paragraph 2.

    a.  The Company will not pay for loss or damage arising out of any act committed:

        (i)  By or at the direction of any Insured; and

        (ii) With the intent to cause a loss.

    b.  However, this exclusion will not apply to deny coverage to an Insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this policy and:

        (i)  The loss arose out of an act or pattern of abuse or domestic abuse; and

        (ii) The perpetrator of the loss is criminally prosecuted for the act or acts causing the loss.

    c.  If the Company pays a claim pursuant to A.1.b. of this endorsement, the Company's payment to the innocent Insured is limited to that Insured's ownership interest in the property less any payments the Company first made to a mortgagee or other party with a legal secured interest in the property.  In no event will the Company pay more than the Limit of Insurance.

2.  The Ordinance or Law exclusion in Section D. **EXCLUSIONS**, Paragraph 1.does not apply to dwelling properties occupied as a residence by the Insured.

B.  **CHANGES TO THE POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS**

The **POLICY CONDITIONS, ADDITIONAL PROVISIONS AND DEFINITIONS FORM** is amended as follows:

1.  Section A. **GENERAL CONDITIONS**, Paragraph 6. **Concealment, Misrepresentation or Fraud**, is replaced by the following:

    **6.  Concealment, Misrepresentation or Fraud**

        a.  No misrepresentation and no breach of affirmative warranty made by the Insured or on the Insured's behalf in the negotiation for or procurement of this policy affects the Company's obligations unless, if a misrepresentation, the person knew or should have known that the representation was false, and unless:

            (1)  The Company relies on the misrepresentation or affirmative warranty and the misrepresentation or affirmative warranty is either material or made with intent to deceive; or

            (2)  The facts misrepresented or falsely warranted contribute to the loss.

        b.  No failure of a condition before a loss and no breach of a promissory warranty affects the Company's obligation under this policy unless such failure or breach exists at the time of loss and either:

            (1)  Increases the risk at the time of loss; or

            (2)  Contributes to the loss.

© 2017 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

MS C9 82 10 18

2. The following is added to Section B. **LOSS CONDITIONS**, Paragraph 4. **Loss Payment**:

If a municipality, which is a first class city, has elected to apply the provisions of Wis. Stat. Ann. Secs. 632.10 through 632.104, a part of the Company's payment for fire or explosion loss or damage to the Insured's covered real property in that municipality will be withheld if the loss or damage is subject to the aforementioned provisions.

   a. The withheld amount will be paid in accordance with the law, to the following:

      (1) The municipality where the covered property is located;

      (2) The Insured and any other interest named in the Declarations; or

      (3) The mortgageholder, if any.

      However, the Company will not pay more than the amount of loss payable under this policy.

   b. Within 10 days after withholding the required amount, the Company will give written notice of the withholding to the following:

      (1) The building inspection official of the municipality where the covered property is located;

      (2) The Insured;

      (3) Any mortgageholder and any other lienholder who has an existing lien against the property and is named in the Declarations; and

      (4) The court in which judgment was entered if the final settlement was determined by judgment.

   c. The Company will not be liable in any cause of action, nor may any liability be imposed on the Company, arising from the payment, withholding or transferring of all or any portion of a final settlement in accordance with Wis. Stat. Ann. Secs. 632.10 through 632.104.

3. The following is added to Section A. **GENERAL CONDITIONS**, Paragraph 21. **Subrogation and Subrogation Waiver**:

If the Company pays an Insured for a loss described in Paragraph A.1.b., of this endorsement, the rights of the Insured to recover damages from the perpetrator are transferred to the Company to the extent of the Company's payment.  Following the loss, the Insured may not waive such rights to recover against the perpetrator.

The Company will be entitled to a recovery only after the Insured has been fully compensated for damages.

4. Section A. **GENERAL CONDITIONS**, Paragraph 12. **Legal Action Against the Company** is replaced by the following:

No one may bring a legal action against the Company unless the action is brought within 2 years after the date on which the direct physical loss or damage occurred.

5. The following are added to Section A. **GENERAL CONDITIONS**:

**Knowledge and Acts of Agents**

   (1) If any of the Company's agents knows any fact that breaches a condition of this policy, the Company will be considered to know it also if that fact:

      (a) Is known to the agent at the time the policy is issued or an application made; or

      (b) Later becomes known to the agent in the course of his or her dealings as an agent with the Insured.

© 2017 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) Any fact that breaches a condition of this policy and is known to the agent before the loss will not:

    (a) Void this policy; or

    (b) Prevent a recovery in the event of loss.

**Conformity to Statute or Rule**

Any provision of this policy (including endorsements which modify the policy) that is in conflict with a Wisconsin statute or rule is hereby amended to conform to that statute or rule.

The term rule means a valid rule promulgated by the Commissioner of Insurance in accordance with the rule-making authority conferred under Wis. Stat. Ann. s. 227.11(2) and published in the Wisconsin Administrative Code.

**C.  CHANGE TO THE LEGAL LIABILITY ENDORSEMENTS**

When attached to the policy, the **LEGAL LIABILITY** endorsement(s) is amended as follows:

1.  Paragraph 8.a.(2)., Legal Action Against the Company, is deleted.

**D.  CHANGE TO THE REPLACEMENT COST ENDORSEMENT**

1.  When this policy insures real property in Wisconsin which is owned and occupied, in part, by the Insured as a dwelling and the property is wholly destroyed, the Company will pay the Limit of Insurance that applies to such property, subject to the exceptions and conditions in Paragraph D.2. of this endorsement.

2.  The Valued Policy provision, Paragraph D.1. above, does not apply to any claim for loss to any building which is insured under a blanket form or endorsement with one Limit of Insurance applicable to two or more buildings.  When a building, owned and occupied by the Insured primarily as a dwelling, is wholly destroyed, the loss will be settled at the value stated in the most recent Statement of Values on file with the Company.

© 2017 The Travelers Indemnity Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

MS G2 06 10 18

# DEPENDENT PROPERTIES OUTSIDE OF THE U.S.A. – COVERED CAUSE OF LOSS LIMITATIONS

This endorsement modifies the insurance provided under the Business Income and/or Rental Value Coverage Form and the Extra Expense Coverage Form.

The Dependent Property Coverage Extension is amended by the following:

With respect only to the insurance provided under this Coverage Extension for loss and/or expense caused by direct physical loss or damage to property at the premises of a "dependent property" located within the Policy Territory, but outside of the United States of America, the Company will not pay for loss caused by direct physical loss or damage that is directly or indirectly caused by any of the following causes of loss, even if such causes of loss are Covered Causes of Loss under this policy.  Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the direct physical loss or damage:

1. **Earth Movement**

   Any of the following, whether naturally occurring or due to man-made or other artificial causes:

   a.  (1) Earthquake, including tremors and aftershocks, and earth sinking, rising or shifting related to such event;

   (2) Landslide, including tremors and aftershocks, and earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased; or

   (4) Earth sinking, rising or shifting, including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty.  Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   b.  Volcanic eruption, explosion, effusion or "volcanic action".

2. **Flood**

   Flood meaning:

   a.  Flood, surface water, underground water, waves (including tidal waves and tsunami), tides, tidal water, overflow of any body of water, or their spray, all whether driven by wind or not (including storm surge);

   b.  Mudslide or mudflow;

   c.  Release of water impounded by a dam;

   d.  Water or sewage that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment; and

   e.  Waterborne material carried or otherwise moved by any of the water referred to in a., c. or d above, or material carried or otherwise moved by mudslide or mudflow;

   all whether naturally occurring or due to man-made or other artificial causes.

3. **"Windstorm" or Hail**

   "Windstorm" or Hail meaning:

   a.  "Windstorm" or hail; or

   b.  Rain, snow, sand or dust, whether driven by wind or not, if that loss or damage would not have occurred but for the windstorm or hail.

© 2017 The Travelers Indemnity Company.  All rights reserved.

MS G4 08 10 15

## HIGH HAZARD EARTHQUAKE, VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE AREAS – NON-U.S.A.

The following listing of high hazard Earthquake, Volcanic Eruption, Landslide and Mine Subsidence areas, by country, jurisdiction or island location, is provided to determine applicable Coverage, Limit(s) of Insurance and Deductible(s) referred to in the Supplemental Coverage Declarations for Earthquake, Volcanic Eruption, Landslide and Mine Subsidence occurring in High Hazard Areas outside of the United States of America (including its territories and possessions).

| COUNTRY/JURISDICTION/ ISLAND LOCATION | HIGH HAZARD EARTHQUAKE VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE AREAS | | |
|---|---|---|---|
| **Algeria** | Entire Country | | |
| | | | |
| **Argentina** | The provinces of: | | |
| | • Catamarca | • Mendoza | • San Juan |
| | • Jujuy | • Neuquen | • Tucuman |
| | • La Rioja | • Salta | |
| | | | |
| **Australia** | The states of: | | |
| | • Western Australia | • South Australia | |
| | | | |
| **Azerbaijan** | Entire Country | | |
| | | | |
| **Azores** (autonomous region of Portugal) | Entire Region | | |
| | | | |
| **Bangladesh** | Entire Country | | |
| | | | |
| **Bhutan** | Entire Country | | |
| | | | |
| **Bolivia** | The departments of: | | |
| | • La Paz | • Potosi | |
| | • Oruro | • Tarija | |
| | | | |
| **Bosnia and Herzegovina** | Entire Country | | |
| | | | |
| **Bulgaria** | Sofiya City and the provinces of: | | |
| | • Biagoevgrad | • Plovdiv | • Stara Zagora |
| | • Kyustendil | • Sofia | • Veliko Tamova |
| | | | |
| **Burundi** | Entire Country | | |
| | | | |
| **Canada** | The provinces of: | | |
| | • British Columbia | • Quebec | |
| | • New Brunswick | • Yukon | |
| | | | |
| **Canary Islands** | Entire Autonomous Community | | |
| | | | |
| **Caribbean Islands and Lucayan Archipelago** | All islands that border or are surrounded by the Caribbean Sea (other than Puerto Rico and the US Virgin Islands) and all islands in the Lucayan Archipelago | | |

© 2015 The Travelers Indemnity Company. All rights reserved.
KTJ-CMB-7J14877-9-20

MS G4 08 10 15

| COUNTRY/JURISDICTION/ ISLAND LOCATION | HIGH HAZARD EARTHQUAKE VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE AREAS | | |
|---|---|---|---|
| Chile | Entire Country | | |
| | | | |
| China | The provinces of (postal map spelling in brackets): | | |
| | • Gansu (Kansu) | • Jiangsu (Kiangsu) | • Shanxi (Shansi) |
| | • Hainan (Hainan) | • Liaoning (Liaoning) | • Shandong (Shantung) |
| | • Hebei (Hopeh) | • Qinghai (Tsinghai) | • Sichuan (Szechaun) |
| | • Henan (Honan) | • Shaanxi (Shensi) | • Yunnan (Yunnan) |
| | | | |
| | The autonomous regions of: | | |
| | • Macau | • Tibet | Xinjiang Uyghur |
| | | | |
| | The municipalities of: | | |
| | • Chongqing | • Beijing | • Tianjin |
| | | | |
| Colombia | Entire Country | | |
| | | | |
| Comoro Islands | All Islands | | |
| | | | |
| Costa Rica | Entire Country | | |
| | | | |
| Croatia | Entire Country | | |
| | | | |
| Cyprus | Entire Country | | |
| | | | |
| Djibouti | Entire Country | | |
| | | | |
| Ecuador | Entire Country | | |
| | | | |
| Egypt | Entire Country | | |
| | | | |
| El Salvador | Entire Country | | |
| | | | |
| Eritrea | Entire Country | | |
| | | | |
| Ethiopia | Entire Country | | |
| | | | |
| Gabon | The provinces of: | | |
| | • Ogooué-Ivindo | • Ogooué-Lolo | |
| | | | |
| Georgia | Entire Country | | |
| | | | |
| Ghana | Entire Country | | |
| | | | |
| Greece | Entire Country | | |
| | | | |
| Guatemala | Entire Country | | |
| | | | |

© 2015 The Travelers Indemnity Company. All rights reserved.

MS G4 08 10 15

| COUNTRY/JURISDICTION/ ISLAND LOCATION | HIGH HAZARD EARTHQUAKE VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE AREAS | | |
|---|---|---|---|
| **Guinea** | The administrative region of: Boké | | |
| **Honduras** | Entire Country | | |
| **Iceland** | Entire Country | | |
| **India** | The states of: | | |
| | • Arunachal Pradesh | • Himachal Pradesh | • Mizoram |
| | • Assam | • Jammu and Kashmir | • Nagaland |
| | • Gujarat | • Manipur | • Punjab |
| | • Haryana | • Meghalaya | • Uttarakhand |
| **Indonesia** | Entire Country | | |
| **Islands in the Pacific Ocean South of the Tropic of Cancer** | All Islands in the Pacific Ocean south of the Tropic of Cancer (other than American Samoa, Australia, Guam, Hawaii, New Zealand, Philippines and Taiwan), including but not limited to Micronesia, Polynesia and Melanesia and the Pitcairn Islands | | |
| **Israel** | Entire Country | | |
| **Italy** | Entire Country | | |
| **Japan** | Entire Country | | |
| **Jordan** | Entire Country | | |
| **Kazakhstan** | Entire Country | | |
| **Kenya** | Entire Country | | |
| **Kyrgyzstan** | Entire Country | | |
| **Laos** | The provinces of: | | |
| | • Attapeu | • Khammouane | • Sekong |
| | • Bolikhamsai | • Salavan | |
| | • Champasak | • Savannakhet | |
| **Lesotho** | The districts of: | | |
| | • Mafeteng | • Mohale's Hoek | • Quthing |
| | • Maseru | • Qacha's Nek | |
| **Madeira Autonomous Region** | Entire Region | | |
| **Malawi** | Entire Country | | |

© 2015 The Travelers Indemnity Company.  All rights reserved.

MS G4 08 10 15

| COUNTRY/JURISDICTION/ ISLAND LOCATION | HIGH HAZARD EARTHQUAKE VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE AREAS | | |
|---|---|---|---|
| **Malaysia** | Entire Country | | |
| | | | |
| **Mexico** | Mexico City (Federal District) and the states of: | | |
| | • Aguascalientes | • Hildago | • Puebla |
| | • Baja California | • Jalisco | • Querétaro |
| | • Baja California Sur | • México | • Sinaloa |
| | • Chiapas | • Michoacán | • Sonora |
| | • Colima | • Morelos | • Tabasco |
| | • Guanajuato | • Nayarit | • Tlaxcala |
| | • Guerrero | • Oaxaca | • Veracruz |
| | | | |
| **Moldova** | Entire Country | | |
| | | | |
| **Mongolia** | Entire Country | | |
| | | | |
| **Morocco** | Entire Country | | |
| | | | |
| **Mozambique** | Entire Country | | |
| | | | |
| **Nepal** | Entire Country | | |
| | | | |
| **New Zealand** | Entire Country | | |
| | | | |
| **Nicaragua** | Entire Country | | |
| | | | |
| **Pakistan** | Entire Country | | |
| | | | |
| **Palestine** | Entire Region | | |
| | | | |
| **Panama** | Entire Country | | |
| | | | |
| **Papua New Guinea** | Entire Country | | |
| | | | |
| **Peru** | Entire Country | | |
| | | | |
| **Philippines** | Entire Country | | |
| | | | |
| **Portugal** | Entire Country | | |
| | | | |
| **Republic of Congo** | Entire Country | | |
| | | | |
| **Romania** | Entire Country | | |
| | | | |

© 2015 The Travelers Indemnity Company.  All rights reserved.
KTJ-CMB-7J14877-9-20

MS G4 08 10 15

| COUNTRY/JURISDICTION/ ISLAND LOCATION | HIGH HAZARD EARTHQUAKE VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE AREAS | | |
|---|---|---|---|
| Russian Federation | The republics of: | | |
| | • Adygeya | • Dagestan | • Karachay-Cherkessia |
| | • Altai | • Ingushetia | • Khakassia |
| | • Buryatia | • Kabardino-Balkaria | • North Ossetia-Alania |
| | • Chechnya | • Kalmykia | • Tuva |
| | | | |
| | The oblast (province) of: Irkutsk | | |
| | | | |
| | The krais (territories) of: | | |
| | • Kamchatka | • Krasnodar | • Stavropol |
| | | | |
| San Marino | Entire Country | | |
| | | | |
| Slovenia | Entire Country | | |
| | | | |
| South Africa | Entire Country | | |
| | | | |
| Spain | The autonomous communities of: | | |
| | • Andalusia | • Murcia | |
| | | | |
| Swaziland | Entire Country | | |
| | | | |
| Taiwan | Entire Sovereign State | | |
| | | | |
| Tajikistan | Entire Country | | |
| | | | |
| Tanzania | Entire Country | | |
| | | | |
| Thailand | Entire Country | | |
| | | | |
| Timor-Leste | Entire Country | | |
| | | | |
| Tunisia | Entire Country | | |
| | | | |
| Turkey | Entire Country | | |
| | | | |
| Turkmenistan | Entire Country | | |
| | | | |
| Uganda | Entire Country | | |
| | | | |
| United Arab Emirates | Entire Country | | |
| | | | |
| Uzbekistan | Entire Country | | |

© 2015 The Travelers Indemnity Company. All rights reserved.
KTJ-CMB-7J14877-9-20

MS G4 08 10 15

| COUNTRY/JURISDICTION/ ISLAND LOCATION | HIGH HAZARD EARTHQUAKE VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE AREAS | | |
|---|---|---|---|
| **Venezuela** | The Federal Dependencies and the states of: | | |
| | • Anzoátegui | • Falcón | • Portuguesa |
| | • Apure | • Guárico | • Sucre |
| | • Aragua | • Lara | • Táchira |
| | • Barinas | • Mérida | • Trujillo |
| | • Carabobo | • Miranda | • Yaracuy |
| | • Caracas | • Monagas | • Zulia |
| | • Cojedes | • Nueva Esparta | • Vargas |
| | | | |
| **Vietnam** | The provinces/municipalities of: | | |
| | • Bình Định | • Khánh Hòa | • Quảng Bình |
| | • Hải Dương | • Lào Cai | • Quảng Ngãi |
| | • Haiphong | • Lai Châu | • Sơn La |
| | • Hanoi | • Nghệ An | • Thái Bình |
| | • Hà Tĩnh | • Ninh Bình | • Thanh Hóa |
| | • Hòa Bình | • Ninh Thuận | • Vĩnh Phúc |
| | • Hưng Yên | • Phú Yên | • Yên Bái |
| | | | |
| **Zambia** | Entire Country | | |
| | | | |
| **Zimbabwe** | Entire Country | | |
| | | | |

PN T0 22 12 15

# IMPORTANT NOTICE – INFORMATION OR COMPLAINTS – TEXAS

To obtain information or make a complaint:

You may call Travelers toll-free telephone number for information or to make a complaint at:

**1-800-328-2189**

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:
P.O. Box 149104
Austin, TX 78714-9104
FAX (512) 490-1007

Web: www.tdi.texas.gov

E-mail: ConsumerProtection@tdi.texas.gov

**PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact your Agent or Travelers first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document.

# AVISO IMPORTANTE – INFORMACIÓN O QUEJAS – TEXAS

Para obtener información o para presentar una queja:

Usted puede llamar al número de teléfono gratuito de Travelers para información o para presentar una queja al:

**1-800-328-2189**

Usted puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre de compañiás, coberturas, derechos, o quejas al:

**1-800-252-3439**

Usted puede escribir al Departamento de Seguros de Texas a:
P.O. Box 149104
Austin, TX 78714-9104
FAX (512) 490-1007

Web: http://www.tdi.texas.gov

E-mail: ConsumerProtection@tdi.texas.gov

**DISPUTAS DE PRIMAS DE SEGUROS O RECLAMACIONES:** Si tiene una disputa relacionada a su prima de seguro o con una reclamación, usted debe comunicarse con el Agente o Travelers primero. Si la disputa no es resuelta, usted puede comunicarse con el Departmente de Seguros de Texas.

**ADJUNTE ESTE AVISO A SU PÓLIZA:** Este aviso es solamente para propositos informativos y no se convierte en parte o en condición del documento adjunto.

PN T0 57 03 20

## SOUTH CAROLINA – POLICYHOLDER NOTIFICATION

**THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR NAMED STORM OR WIND/HAIL LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU. THE ENCLOSED EXAMPLE ILLUSTRATES HOW THE DEDUCTIBLE MIGHT AFFECT YOU. THE EXAMPLE IS SHOWN BELOW.**

### SEPARATE DEDUCTIBLE EXAMPLE – NAMED STORM OR WIND/HAIL LOSSES

If applicable, the following illustrates how a separate deductible applying to "Windstorm" or Hail damage is applied under your policy:

A separate 2% "Windstorm" or Hail deductible, subject to a $10,000 minimum per occurrence deductible, and Building coverage and Business Personal Property coverage are the only coverages subject to this deductible:

| | |
|---|---:|
| Limit of Insurance on the damaged building | $ 500,000 |
| Total amount of building loss | $  50,000 |
| 2% deductible ($500,000 x .02) | $  10,000 |
| | |
| Limit of Insurance on the damaged business | |
| personal property | $ 100,000 |
| Total amount of business personal property loss | $  20,000 |
| 2% deductible ($100,000 x .02) | $   2,000 |
| | |
| $12,000 (total 2% deductible applied) > $10,000 | |
| (minimum per occurrence deductible); Total | |
| deductible applicable | $12,000 |
| | |
| Total net payment to insured for building loss | |
| ($50,000 – $10,000 = $40,000) and business personal | |
| property loss ($20,000 – $2,000 = $18,000) | $ 58,000 |

PN T0 60 05 10

## IMPORTANT NOTICE – RISK MANAGEMENT PLANS - FLORIDA

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY.  YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS.  IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Florida loss control insurance statutes require insurers to provide commercial policyholders, at their request, with guidelines for risk management plans. Travelers' Risk Control Department has available guidelines to assist you with your accident prevention activities.  These guidelines are available to you free of charge.

A risk management plan shall include safety measures for different exposures, including, as applicable, pollution and environmental hazards; disease hazards; accidental occurrences; fire hazards and fire prevention and detection; liability for acts from the course of business; slip and fall hazards; product injury; and hazards unique to a particular class or category of insureds. Training in safety management techniques and safety management counseling services are also available.

If you would like to request assistance with risk management or your safety program, please call our Risk Control Department at 407-388-3307.  For access to over 1,600 safety and health resources, including training programs, checklists, management guides, etc. visit our Risk Control Customer Portal at http://www.travelers.com/riskcontrol.

PN T1 89 10 15

*NOTICE TO POLICY HOLDERS*

# JURISDICTIONAL INSPECTIONS OF EQUIPMENT IN THE UNITED STATES OF AMERICA (INCLUDING ITS TERRITORIES AND POSSESSIONS)

Dear Policyholder,

Many states and some cities issue certificates permitting the continued operation of certain equipment such as boilers, water heaters, pressure vessels, etc. Periodic inspections are normally required to renew these certificates. In most jurisdictions, insurance company employees who have been licensed by the jurisdictions are authorized to perform these inspections.

If:
- You own or operate equipment that requires a certificate from a state or city within the United States of America (including its territories and possessions) to operate legally, and
- We insure that equipment under this Policy, and
- You would like us to perform the next required inspection;

Then:

Call this toll-free number – **1-800-425-4119**

When you call this number, our representative will ask you for the following information:
- Name of your business (as shown on this Policy)
- Policy Number
- Location where the equipment is located, including Zip Code
- Person to contact and phone number for scheduling of inspection
- Type of equipment requiring inspection
- Certificate inspection date and certificate number

Or:

Fill in the information on the following form and fax it to the toll free number indicated on that form.

Please note the following:

- Your jurisdiction may charge you a fee for renewing a certificate. It is your responsibility to pay such a fee.
- All the provisions of the INSPECTIONS AND SURVEYS Condition apply to the inspections described in this notice.

## REMINDER

If new equipment is installed or old equipment replaced that requires a jurisdictional inspection please let us know by calling our toll free number listed above.

© 2015 The Travelers Indemnity Company. All rights reserved.

PN T1 89 10 15

# REQUEST FOR JURISDICTIONAL INSPECTION
# OF EQUIPMENT IN THE UNITED STATES OF AMERICA
# (INCLUDING ITS TERRITORIES AND POSSESSIONS)

**Name of Business (as shown on policy):** _____

**Policy Number:** _____

**Location of Equipment:**

_____

_____

_____

City                              State                              Zip Code

**Inspection Contact Name for ALL locations:** _____

**Phone:** _____

| Equipment Type | Certificate Number | Certificate Expiration Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*Fax Form to 1 877-764-9535*

Completed by:_____     Phone Number:_____

© 2015 The Travelers Indemnity Company.  All rights reserved.

KTJ-CMB-7J14877-9-20

PN T2 19 05 10

# IMPORTANT NOTICE - CONTACT INFORMATION - FLORIDA

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY.  YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS.  IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Please review your policy carefully.  Should you have any questions concerning coverages, billings, additions or deletion, please contact your agent.  Should you feel the need for additional information or wish to make a complaint, we offer the following number:

For information or to make a complaint, call
1-800-328-2189

PN T4 54 01 08

# IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com, or you may request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

**Toll Free Telephone Number:  1-866-904-8348**

.

PN T4 71 12 09

# IMPORTANT NOTICE – POLICYHOLDER INFORMATION - ARKANSAS

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY.  YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS.  IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

In the event you need to contact someone about this policy, please contact your agent as shown on your policy or in the material accompanying the policy.  If you need additional assistance, you may contact us at the address listed below:

Travelers
One Tower Square
Hartford, CT 06183

Telephone:  1-800-328-2189

If you feel we have failed to provide you with reasonable and adequate service, feel free to contact:

Arkansas Insurance Department
1200 West Third Street
Little Rock, Arkansas 72201

Telephone: (501) 371-2640 or (800) 852-5494

PN T5 68 07 12

# IMPORTANT NOTICE – COMPLAINTS - ILLINOIS

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY.  YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS.  IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

If you are having problems you may contact your insurance agent directly or you may contact the company at:

Mail:     Consumer Affairs
          One Tower Square,
          Hartford, CT 06183

Phone:  (860) 277-1561 or

Email:   consumeraffairs@travelers.com

The address of the consumer complaint division of the Illinois Department of Insurance is:

Illinois Department of Insurance
Consumer Division
320 W Washington St
Springfield, IL 62767

Complaints may also be filed electronically to the Illinois Department of Insurance at
https://insurance.illinois.gov/applications/ComplaintForms/default.aspx

PN T9 70 03 13

# IMPORTANT NOTICE – PERIOD TO FILE A CLAIM OR BRING LEGAL ACTION AGAINST US – WINDSTORM OR HAIL – CATASTROPHE AREA - TEXAS

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

In accordance with Texas Insurance Code Section 2301.010(f), we are notifying you that:

1. With respect to loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area, as defined by Texas Insurance Code, any claim must be filed with us not later than one year after the date of the loss or damage that is the subject of the claim, except that a claim may be filed after the first anniversary of the date of the loss or damage for good cause shown by the person filing the claim; and

2. Any legal action brought against us under the policy for loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area, as defined by the Texas Insurance Code, must be brought within the earlier of the following:

   a. Two years and one day from the date we accept or reject the claim; or
   b. Three years and one day from the date of the loss or damage that is the subject of the claim.

© 2013 The Travelers Indemnity Company. All rights reserved.

PN U3 53 06 19

# IMPORTANT NOTICE - FLOOD - TEXAS

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY.  YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY.  PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS.  IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Flood Insurance: You may also need to consider the purchase of flood insurance.  Your insurance policy does not include coverage for damage resulting from a flood even if hurricane winds and rain caused the flood to occur. Without separate flood insurance coverage, you may have uncovered losses caused by a flood.  Please discuss the need to purchase separate flood insurance coverage with your insurance agent or insurance company, or visit www.floodsmart.gov.

© 2019 The Travelers Indemnity Company.  All rights reserved.

TR IA 01 01 15

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement provides supplementary information regarding the insurance provided under this policy.

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA).  "Act Of Terrorism" is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is established by TRIA and is a percentage of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). Through 2020, that percentage is established by TRIA as follows:

85% with respect to such Insured Losses occurring in calendar year 2015.

84% with respect to such Insured Losses occurring in calendar year 2016.

83% with respect to such Insured Losses occurring in calendar year 2017.

82% with respect to such Insured Losses occurring in calendar year 2018.

81% with respect to such Insured Losses occurring in calendar year 2019.

80% with respect to such Insured Losses occurring in calendar year 2020.

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible.  Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

The charge for such Insured Losses is included in the total premium for this policy. The charge that has been included for such Insured Losses under this policy is the amount indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under the TRIA:

$ 9,000

© 2015 The Travelers Indemnity Company.  All rights reserved.

KTJ-CMB-7J14877-9-20

TR IA 04 01 15

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies the insurance provided under this policy.

The following is added to this policy.  This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and the Company has met its insurer deductible under "TRIA", the Company will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

© 2015 The Travelers Indemnity Company.  All rights reserved.

KTJ-CMB-7J14877-9-20


**HUB**

**Named Insured(s)**
*Please review and update as necessary.*

| Named Insured | Property | GL | Auto | Excess Liability | |
|---|---|---|---|---|---|
| Central Wire Holdings Inc. | ☑ | ☑ | ☑ | ☐ | ☐ |
| Central Wire Industries | ☑ | ☐ | ☐ | ☐ | ☐ |
| CWI Holdings, Inc. | ☐ | ☑ | ☐ | ☐ | ☑ |
| Central Wire Inc./Techalloy Company, Inc. | ☑ | ☑ | ☐ | ☐ | ☐ |
| Central Wire Industries Ltd. | ☑ | ☑ | ☐ | ☐ | ☐ |
| Central Wire Industries UK Limited | ☑ | ☑ | ☐ | ☐ | ☐ |
| Central Wire Industries, LLC (dba Strand Core) | ☐ | ☑ | ☐ | ☐ | ☐ |
| Sunfish Interactive | ☐ | ☑ | ☐ | ☐ | ☐ |
| Central Wire BC Corp | ☐ | ☑ | ☐ | ☐ | ☐ |
| Central Wire Properties, LLC | ☑ | ☑ | ☐ | ☐ | ☐ |
| Techalloy Company, Inc. | ☐ | ☑ | ☐ | ☐ | ☐ |
| United States Holding Company | ☐ | ☑ | ☐ | ☐ | ☐ |
| Wire Industries Inc. | ☐ | ☑ | ☐ | ☐ | ☐ |
| Central Wire Erin Inc. | ☐ | ☑ | ☐ | ☐ | ☐ |
| Hempel Wire Ltd. | ☐ | ☑ | ☐ | ☐ | ☐ |
| Loos & Co., Inc. | ☑ | ☑ | ☐ | ☑ | ☐ |
| Sanlo, Inc. | ☑ | ☐ | ☐ | ☐ | ☐ |

55 E. Jackson Blvd.
Chicago, IL  60604
Main Phone #:  312-922-5000

As of:  5/15/2023