IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CENTRAL WIRE, INC.**                                                                                  **PLAINTIFF**

v.                              CASE NO. 2:23-CV-00117-BSM

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE